NOTICE OF APPEAL



**FILED**

2022 OCT 25 PM 9: 25

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

—————————————————x

MARIO H. CAPOGROSSO,

                Plaintiff,

     -against-

ALAN GELBSTEIN, in his individual

capacity; IDA TRASCHEN, in her

individual capacity; et. al.,

                Defendants.

—————————————————x

**NOTICE OF APPEAL**

18-CV-2710

Notice is hereby given that Mario H. Capogrosso hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of Eric Komitee, United States District Judge granting Defendants' motions for summary judgment and his decline to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims entered in this action on the 29th day of September, 2022.

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(914) 806-3682

October 25, 2022

✦ FILED ✦

2022 OCT 25  PM 9: 25

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX



CHECK

$( CAPOGRUSSO \ V. GELBSTEIN, et. a). , \ 18-CV-2710$

NOTICE OF APPEAL .

≠FILING

2022 OCT 25 PM 9:26

CLERK
U.S. DISTRICT COURT
E.D.N.Y.



APPEAL,NPROSE

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:18–cv–02710–EK–LB

Capogrosso v. Gelbstein et al
Assigned to: Judge Eric R. Komitee
Referred to: Magistrate Judge Lois Bloom
Cause: 42:1983 Civil Rights Act

Date Filed: 05/08/2018
Date Terminated: 09/30/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mario H. Capogrosso**                    represented by   **Mario H. Capogrosso**
21 Sheldrake Place
New Rochelle, NY 10804
914–806–3692
PRO SE

V.

**Defendant**

**Alan Gelbstein**                          represented by   **James M. Thompson**
*in his official and individual capacity*                   Office of the New York State Attorney
General
28 Liberty Street
New York, NY 10005
(212)416–6556
Fax: (212)416–6075
Email: james.thompson@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Siegmund**
Fred Hutchinson Cancer Center
1100 Fairview Ave N
Mail Stop J6–105
Seattle, WA 98109
206–667–6493
Email: mas4038@med.cornell.edu
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stannard Oloughlin**
Office of The Attorney General
State of New York
28 Liberty Street
New York, NY 10005
212–416–8593
Email: stanoloughlin@gmail.com
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
New York State Office of Court
Administration
25 Beaver Street
New York, NY 10004
212–428–2153
Email: eforman@nycourts.gov
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boshra Vahdatlamas**
*in her official and individual capacity*
*TERMINATED: 11/14/2019*
*also known as*
Bushra Vahdat
*TERMINATED: 11/14/2019*

represented by **Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ida Traschen**
*in her official and individual capacity*

represented by **James M. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stannard Oloughlin**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Prickett–Morgan**
*in her official and individual capacity*
*TERMINATED: 11/14/2019*

represented by **Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Flanagan**
*in her official and individual capacity*
*TERMINATED: 11/14/2019*

represented by **Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vincent Palmieri**
*in his official and individual capacity*

represented by **Mark Siegmund**
(See above for address)

*TERMINATED: 11/14/2019*

*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Danielle Calvo**
*in her official and individual capacity*

represented by **James M. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stannard Oloughlin**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sadiq Tahir**
*in his individual capacity*

represented by **Sadiq Tahir**
2994 Coney Island Avenue
Brooklyn, NY 11235
929–366–1717
PRO SE

**Defendant**

**PEC Group of NY, Inc.**

**Defendant**

**David Smart**

represented by **Brianne Holland–Stergar**
Davis Polk & Wardwell LLP
New York
450 Lexington Avenue
New York, NY 10017
212–450–4000
Email: brianne.holland–stergar@davispolk.com
*TERMINATED: 08/02/2021*
*ATTORNEY TO BE NOTICED*

**Maura Douglas**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212–450–3957
Fax: 212–701–6957
Email: maura.douglas@davispolk.com
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Sharon Katz**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212–450–4000
Email: skatz@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John and Jane Doe**
*TERMINATED: 11/14/2019*

**Defendant**

**Mark J.F. Schroeder**                     represented by  **James M. Thompson**
*Commissioner of the New York State*                      (See above for address)
*Department of Motor Vehicles*                            *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**David Smart**
*TERMINATED: 10/17/2018*

V.

**Counter Defendant**

**Mario H. Capogrosso**
*TERMINATED: 10/17/2018*

**Counter Claimant**

**Sadiq Tahir**
*in his individual capacity*
*TERMINATED: 10/17/2018*

V.

**Counter Defendant**

**Mario H. Capogrosso**
*TERMINATED: 10/17/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2018 | 1 | COMPLAINT against Danielle Calvo, Jean Flanagan, Alan Gelbstein, John and Jane Doe, PEC Group of NY, Inc., Vincent Palmieri, Elizabeth Prickett–Morgan, David Smart, Sadiq Tahir, Ida Traschen, filed by Mario H. Capogrosso. (1) Civil Cover Sheet (Davis, Kimberly). (Entered: 05/09/2018) |
| 05/08/2018 |  | FILING FEE: $ 400, receipt number 4653127676 (Davis, Kimberly) (Entered: 05/09/2018) |
| 05/08/2018 | 2 | Summons Issued as to Danielle Calvo, Jean Flanagan, Alan Gelbstein, John and Jane Doe, PEC Group of NY, Inc., Vincent Palmieri, Elizabeth Prickett–Morgan, David Smart, Sadiq Tahir, Ida Traschen, Boshra Vahdatlamas. (Davis, Kimberly) (Entered: 05/09/2018) |
| 05/09/2018 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following |

| | | |
|---|---|---|
| | | link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 05/09/2018) |
| 05/14/2018 | 4 | ORDER: The Honorable Margo K. Brodie assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiff and defendants, alike, are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint. Plaintiff shall have 90 days from the date the summonses were issued to serve defendants. Accordingly, if service, is not made upon defendants by 8/6/2018, or if plaintiff fails to show good cause why such service has not been effected by that date, it will be recommended that the Court dismiss this action without prejudice. Plaintiff is required to advise the Clerk of Court of any change of address. Plaintiff may choose to receive electronic notification of court issued filings in this civil case. If plaintiff is eligible and wishes to receive electronic notification of court issued documents, plaintiff should complete the attached Registration and Consent form and return the form to the Court. SO ORDERED by Magistrate Judge Lois Bloom, on 5/14/2018. *C/mailed w/Attachments: # 1 Individual Practices of Magistrate Judge Lois Bloom, # 2 Instruction for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases, # 3 Pro Se Registration and Consent Form. (Service upon Defendants due by 8/6/2018.)* (Latka–Mucha, Wieslawa) (Entered: 05/15/2018) |
| 05/30/2018 | 5 | First MOTION for Extension of Time to File Answer *to Verified Complaint* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 05/30/2018) |
| 05/30/2018 | 6 | ANSWER to 1 Complaint, COUNTERCLAIM against Mario H. Capogrosso by David Smart. (Lee, Tiffeny) (Entered: 05/31/2018) |
| 05/30/2018 | 7 | ANSWER to 1 Complaint, COUNTERCLAIM against Mario H. Capogrosso by Sadiq Tahir. (Lee, Tiffeny) (Entered: 05/31/2018) |
| 06/01/2018 | 8 | ORDER: Counsel for defendant Gelberstein writes to request an extension of the deadline to respond to plaintiff's complaint "until 30 days after the last State Defendant has been served." The Court will not grant an extension based upon an unknown date. Nevertheless, the first request for an extension of is generally granted as a courtesy. Accordingly, the 5 request is granted in part and denied in part. Defendant Gelberstein shall respond to plaintiff's complaint by 7/16/2018. SO ORDERED by Magistrate Judge Lois Bloom, on 6/1/2018. *C/mailed.* (Latka–Mucha, Wieslawa) (Entered: 06/01/2018) |
| 06/08/2018 | 9 | Summons Returned Unexecuted by Mario H. Capogrosso as to Danielle Calvo. (Piper, Francine) (Entered: 06/11/2018) |
| 06/08/2018 | 10 | SUMMONS Returned Executed by Mario H. Capogrosso. Danielle Calvo served on 5/30/2018, answer due 6/20/2018; Alan Gelbstein served on 5/11/2018, answer due 6/1/2018; Elizabeth Prickett–Morgan served on 5/29/2018, answer due 6/19/2018; David Smart served on 5/11/2018, answer due 6/1/2018; Sadiq Tahir served on 5/11/2018, answer due 6/1/2018. (Attachments: # 1 Morgan Executed Summons, # 2 David Executed Summons, # 3 Daniel Executed Summons, # 4 Alan Executed Summons) (Piper, Francine) (Entered: 06/11/2018) |
| 06/08/2018 | 11 | Letter dated June 6, 2018 from Mario Capogrosso to Mag. Bloom, objecting to defendant's request for an extension of time to answer. (Piper, Francine) (Entered: 06/11/2018) |
| 06/11/2018 | | Document # 13, a duplicate of Mario Capogrosso's 11 letter dated June 6, 2018, was removed from the Court record, as per Chambers' request. (Latka–Mucha, Wieslawa) (Entered: 06/15/2018) |
| 06/12/2018 | 12 | ORDER TO ANSWER: *Pro se* plaintiff 11 writes to object to defendant Gelberstein's request for an extension of time to respond to plaintiff's complaint. Now that proof of service on all defendants has been 10 filed with the Court, the Court orders all defendants to respond to plaintiff's complaint by 7/16/2018. The Court shall hold an |

| | | |
|---|---|---|
| | | initial conference on 7/25/2018 at 10:30 a.m. in Courtroom 11A South of the United States Courthouse. The parties shall exchange their Rule 26(a)(1) initial disclosures and file their Rule 26(f) Meeting Report with the Court by 7/23/2018. SO ORDERED by Magistrate Judge Lois Bloom, on 6/12/2018. *C/mailed. (Initial Conference set for 7/25/2018 at 10:30 a.m. in Courtroom 11A South before Magistrate Judge Lois Bloom.)* (Latka–Mucha, Wieslawa) (Entered: 06/13/2018) |
| 06/14/2018 | 13 | Letter MOTION for Extension of Time to File *to defendants' Tahir and Smart's counterclaims as set forth in their pro se Answer to my Complaint, No. CV18–2710* by Mario H. Capogrosso. (Marziliano, August) (Entered: 06/15/2018) |
| 06/18/2018 | 14 | ORDER: The Court notes that plaintiff requests additional time to, among other things, "interview parties." Plaintiff need not "interview parties" to respond to defendant's counterclaims. ECF Nos. 6 , 7 . Nevertheless, as a first request for an extension of time is generally granted as a courtesy, plaintiff's 13 request for an extension of time to respond to the counterclaims is granted. Plaintiff shall respond to defendants' counterclaims by 7/16/2018. SO ORDERED by Magistrate Judge Lois Bloom, on 6/18/2018. *C/mailed.* (Latka–Mucha, Wieslawa) (Entered: 06/19/2018) |
| 06/20/2018 | 15 | MOTION to Dismiss *David Smart''s Counterclaims* by Mario H. Capogrosso. (Attachments: # 1 Memorandum in Support, # 2 Affirmation In Support, # 3 Affirmation of Service) (Piper, Francine) (Entered: 06/21/2018) |
| 06/20/2018 | 16 | Letter dated June 20, 2018 from Mario H. Capogrosso to Judge Brodie, seeking the recusal of Mag. Bloom, or in the alternative a fair hearing on the merits. (Piper, Francine) (Entered: 06/21/2018) |
| 06/20/2018 | 17 | MOTION to Dismiss *Sadiq Tahir's Counterclaim; filed* by Mario H. Capogrosso. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support, # 3 Affidavit of Service, # 4 Notice) (Latka–Mucha, Wieslawa) (Entered: 06/25/2018) |
| 06/20/2018 | 18 | NOTICE re: Mario H. Capogrosso's 15 Motion to Dismiss David Smart's Counterclaim; filed by *pro se* Mario H. Capogrosso, dated 6/19/2018. (Latka–Mucha, Wieslawa) (Entered: 06/25/2018) |
| 07/13/2018 | 19 | Letter *Requesting Pre–Motion Conference Relating to State Defendants' Motion to Dismiss Verified Complaint* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas (Attachments: # 1 Exhibit Ex. 1 – Statements, Complaints and Reports from 2009 through 2011, # 2 Exhibit Ex. 2 – Employee Petition, # 3 Exhibit Ex. 3 – Feb. 8, 2012 DMV Letter Summarizing Complaints, # 4 Exhibit Ex. 4 – May 15, 2012 Letter from DMV's Counsel to Mr. Capogrosso's Counsel, # 5 Exhibit Ex. 5 – June 20, 2012 Letter from DMV's Counsel to Mr. Capogrosso's Counsel, # 6 Exhibit Ex. 6 – Statements, Complaints and Reports from 2014 through 2016) (Siegmund, Mark) (Entered: 07/13/2018) |
| 07/13/2018 | 20 | First MOTION to Stay *Discovery* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 07/13/2018) |
| 07/18/2018 | 21 | MOTION to Appoint Counsel by David Smart. (Attachments: # 1 Support Papers, # 2 Tax Attachment, # 3 Mailing Envelope) (Piper, Francine) (Entered: 07/19/2018) |
| 07/19/2018 | | **SCHEDULING ORDER:** Pre Motion Conference is set for **August 2, 2018 at 11:30 AM** in Courtroom 6F North before Judge Margo K. Brodie. The Court will address all pending issues, including the request to stay discovery at the conference. Ordered by Judge Margo K. Brodie on 7/19/2018. (Brucella, Michelle) (Entered: 07/19/2018) |
| 07/20/2018 | 22 | ORDER: In light of the pre–motion conference scheduled before Judge Brodie, the Court cancels the 7/25/2018 initial conference. SO ORDERED by Magistrate Judge Lois Bloom, on 7/20/2018. *C/mailed.* (Latka–Mucha, Wieslawa) (Entered: 07/23/2018) |
| 07/23/2018 | 23 | Letter *Advising Court of Incident Involving Plaintiff* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas (Attachments: # 1 Exhibit Ex. 1 – Letter to Plaintiff Dated 7/18/18) (Siegmund, Mark) (Entered: 07/23/2018) |

| | | |
|---|---|---|
| 07/27/2018 | 24 | SUMMONS Returned Executed by Mario H. Capogrosso. PEC Group of NY, Inc. served on 6/11/2018, answer due 7/16/2018; Ida Traschen served on 6/6/2018, answer due 7/16/2018; Boshra Vahdatlamas served on 6/11/2018, answer due 7/16/2018. (Piper, Francine) (Entered: 07/27/2018) |
| 07/31/2018 | 25 | Letter dated July 30, 2018 from Mario Capogrosso to Judge Brodie and Mag. Bloom, requesting that sanctions be entered against attorney M. Siegmund. (Piper, Francine) (Entered: 08/01/2018) |
| 08/01/2018 | 26 | Letter *in Response to Letter from Plaintiff to the Court, dated July 30, 2018 (ECF No. 25),* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 08/01/2018) |
| 08/01/2018 | 27 | Letter dated July 31, 2018 from Mario Capograsso to Judge Brodie and Magistrate Bloom, requesting prospective injunctive relief, enjoining the defendants from denying plaintiff the right to practice law in the Traffic Violations Bureau Courts in the State of New York. (Piper, Francine) (Entered: 08/02/2018) |
| 08/02/2018 | 28 | Letter MOTION for pre motion conference by Mario H. Capogrosso. (Piper, Francine) (Entered: 08/02/2018) |
| 08/02/2018 | 29 | Letter dated August 2, 2018 from Mario Capograsso to Judge Brodie and Magistrate Bloom, attaching several exhibits mistakenly omitted and requesting that it be attached to the July 31, 2018 letter. (Attachments: # 1 Exhibits B–D) (Piper, Francine) (Entered: 08/02/2018) |
| 08/02/2018 | | Minute Entry for pre–motion conference held on August 2, 2018. Pro se plaintiff Mario Capogrosso appeared on behalf of himself. Mark Siegmund appeared for defendants Alan Gelbstein, Boshra Vahdatlamas, Ida Traschen, Elizabeth Prickett–Morgan, Jean Flanagan, Vincent Palmieri and Danielle Calvo (the "State Defendants"). Pro se defendant and counterclaim–plaintiff David Smart appeared on behalf of himself. Pro se defendant and counterclaim–plaintiff Sadiq Tahir appeared on behalf of himself. Defendant PEC Group of NY, Inc. did not appear. For the reasons stated on the record, the Court denied Plaintiff's motion to recuse Judge Bloom from this case. The Court also denied Mr. Smart's motion for appointment of counsel, and informed Mr. Smart that a written order denying his motion would be forthcoming. For the reasons stated on the record, the Court denied plaintiff's motion to dismiss the counterclaims filed by Mr. Smart and Mr. Tahir. The Court directed Mr. Smart to file an amended answer and counterclaim on or before August 9, 2018 to clarify that his counterclaim is based on prior conduct by plaintiff and also on plaintiff's filing of this action. Plaintiff shall respond to Mr. Smart's amended answer and counterclaim on or before August 23, 2018. The Court ordered Plaintiff to serve all papers on Mr. Smart by mail, using the mailing address Mr. Smart provided to the Court. For the reasons stated on the record, the Court considered Mr. Tahir's oral statements made during the conference that his counterclaim is based on plaintiff's commencement of this action, and deemed such statements an amended answer and counterclaim. Plaintiff shall respond to Mr. Tahir's amended counterclaim on or before August 16, 2018. The Court discussed with the parties the bases for the State Defendants' anticipated motion to dismiss the Complaint. The State Defendants shall serve their moving papers on or before August 17, 2018; Plaintiff shall serve his opposition on or before September 17, 2018; State Defendants shall serve their reply on or before October 1, 2018. The Court granted the State Defendants' motion for a stay of discovery pending the resolution of their motion to dismiss. Ordered by Judge Margo K. Brodie on 8/2/2018. (McKenzie, Lindsay) (Entered: 08/02/2018) |
| 08/02/2018 | 30 | ORDER re 21 motion to appoint counsel. At this early stage of the litigation, Mr. Smart has not established that his position is "likely to be of substance." Accordingly, the Court denies Mr. Smart's request for pro bono counsel without prejudice. Ordered by Judge Margo K. Brodie on 8/2/2018. (McKenzie, Lindsay) (Entered: 08/02/2018) |
| 08/02/2018 | 31 | Letter from David Smart to Judge Brodie, enclosing (1) reports from the police department and (b) report of labor relations of department of motor vehicles. (Piper, Francine) (Entered: 08/03/2018) |
| 08/16/2018 | 32 | Letter *to Plaintiff, with Copy to the Court, Attaching State Defendants' Motion to Dismiss Opening Papers* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent |

| | | Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 08/16/2018) |
|---|---|---|
| 08/16/2018 | 33 | MOTION to Dismiss *Counterclaims of Defendant Sadiq Tahir* by Mario H. Capogrosso. (Attachments: # 1 Proposed Order, # 2 Affirmation in Support, # 3 Memorandum In Support, # 4 Affirmation of Service) (Piper, Francine) (Entered: 08/16/2018) |
| 08/16/2018 | 34 | Letter dated August 15, 2018 from Mario Capogrosso to Judge Brodie and Magistrate Bloom, in regards to Attorney Siegmund's letter to the court dated August 1, 2018. (Piper, Francine) (Entered: 08/16/2018) |
| 08/22/2018 | 35 | MOTION to Dismiss *the Counterclaims of Defendant David Smart* by Mario H. Capogrosso. (Attachments: # 1 Memorandum in Support, # 2 Affirmation In Support, # 3 Proposed Order, # 4 Affirmation of Service) (Piper, Francine) (Entered: 08/23/2018) |
| 09/10/2018 | 36 | Letter MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss (ECF No. 32)* by Mario H. Capogrosso. (Piper, Francine) (Entered: 09/11/2018) |
| 09/11/2018 | 37 | Letter *in Response to Plaintiff's September 10, 2018 Letter (ECF No. 36)* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 09/11/2018) |
| 09/12/2018 | | ORDER granting in part and denying in part 36 Motion for Extension of Time to File Response/Reply. Plaintiff shall serve opposition papers on or before September 28, 2018. Defendants shall serve their reply on or before October 12, 2018. Ordered by Judge Margo K. Brodie on 9/12/2018.(Obanor, Dorielle) (Entered: 09/12/2018) |
| 10/02/2018 | 38 | Letter Letter dated October 2, 2018 from Mario Capogrosso to Judge Brodie and Magistrate Bloom, in response to attorney M. Siegmunds' telephone call of October 2, 2018. (Attachments: # 1 Mailing Envelope) (Piper, Francine) Modified on 10/3/2018 to correct spelling of plaintiff's name (Piper, Francine). (Entered: 10/03/2018) |
| 10/02/2018 | 39 | Letter dated October 1, 2018 from Mario Capogrosso to Judge Brodie and Mag. Bloom, in compliance with the court's standing order showing proof of service. (Attachments: # 1 Affirmation of Service, # 2 Mailing Envelope) (Piper, Francine) (Entered: 10/03/2018) |
| 10/02/2018 | 40 | DECLARATION In Opposition To Defendant's Motion To Dismiss Plaintiff's Complaint; filed by Mario H. Capogrosso. W/Attachments: # 1 Affirmation of Service, # 2 Envelope. (Latka–Mucha, Wieslawa) (Entered: 10/09/2018) |
| 10/02/2018 | 41 | MEMORANDUM Of Law In Opposition To Defendants' Motion To Dismiss; filed by *pro se* Mario H. Capogrosso. W/Attachments: # 1 Letter (Duplicate of doc.# 38 ), # 2 Affirmation of Service (Duplicate of doc.# 39 ). (Latka–Mucha, Wieslawa) (Entered: 10/09/2018) |
| 10/11/2018 | 42 | MOTION to Dismiss for Failure to State a Claim by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 43 | Letter *(Cover Letter to Court for motion to dismiss)* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Boshra Vahdatlamas (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 44 | MEMORANDUM in Support *Of Defendants' Motion to Dismiss* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 45 | AFFIDAVIT/DECLARATION in Support re 42 MOTION to Dismiss for Failure to State a Claim *Declaration of Barbara Montena with Exhibits* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Attachments: # 1 Exhibit Ex. 1 – Perez Jr Incident Report (4–21–2009), # 2 Exhibit Ex. 2 – Roy Tucci Letter (4–21–2009), # 3 Exhibit Ex. 3 – Marisol Cervoni Letter (6–19–2009), # 4 Exhibit Ex. 4 – Fuller Letter (Redacted) (8–5–2009), # 5 Exhibit Ex. 5 – Dorset Letter (9–28–2010), # 6 Exhibit |

| | | |
|---|---|---|
| | | Ex. 6 – Employee Petition (1–6–2011), # 7 Exhibit Ex. 7 – Brody Letter (12–21–2011), # 8 Exhibit Ex. 8 – Maher Letter (12–21–2011), # 9 Exhibit Ex. 9 – Tahir Letter (12–21–2011), # 10 Exhibit Ex. 10 – Meyers Letter (12–23–2011), # 11 Exhibit Ex. 11 – Letter from Ida Traschen (2–8–2012), # 12 Exhibit Ex. 12 – Letter re 10–29–2014 Incident (Redacted), # 13 Exhibit Ex. 13 – Letter re 2–5–2015 Incident, # 14 Exhibit Ex. 14 – David Smart Statement (2–3–2015), # 15 Exhibit Ex. 15 – Letter re 2–5–2015 Incident (Redacted), # 16 Exhibit Ex. 16 – Email from TVB Employee (2–9–2015) (Redacted), # 17 Exhibit Ex. 17 – Letter from Tahir and Other Attorney (3–19–2015) (Redacted), # 18 Exhibit Ex. 18 – Letter from TVB Clerk (5–5–2015) (Redacted), # 19 Exhibit Ex. 19 – Letter from Attorney (5–5–2015) (Redacted), # 20 Exhibit Ex. 20 – Tahir Letter (5–5–2015) (Redacted), # 21 Exhibit Ex. 21 – Report of Workplace Violence Incident (Calvo & Flanagan) (Redacted) (5–5–2015), # 22 Exhibit Ex. 22 – Report of Workplace Violence Incident (Calvo) (Redacted) (5–11–2015), # 23 Exhibit Ex. 23 – Attorney Statement (5–11–2015), # 24 Exhibit Ex. 24 – Attorney Statement (5–11–2015) – Police Incident Information Slip (5–11–2015), # 26 Exhibit Ex. 26 – Internal DMV Memorandum (5–27–2015) (Redacted), # 27 Exhibit Ex. 27 – Letter from ALJ (June 2015) (Redacted), # 28 Exhibit Ex. 28 – Letter from Roy Tucci (3–3–2011)) (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 46 | AFFIDAVIT/DECLARATION in Support re 42 MOTION to Dismiss for Failure to State a Claim *Declaration of Mark Siegmund with Exhibits* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Attachments: # 1 Exhibit Ex. 1 – Capogrosso Petition (3–1–2012), # 2 Exhibit Ex. 2 – Gelbstein Affirmation (5–3–2012), # 3 Exhibit Ex. 3 – Traschen Affirmation (4–11–2012) (with exhibits) (Redacted), # 4 Exhibit Ex. 4 – First Letter from DMV Counsel to Capogrosso Counsel, dated 5–13–2012, # 5 Exhibit Ex. 5 – Second Letter from DMV Counsel to Capogrosso Counsel, dated 6–20–2012, # 6 Exhibit Ex. 6 – Capogrosso v. DMV Stipulation of Discontinuance, dated 6–22–2012, # 7 Exhibit Ex. 7 – Capogrosso Letter to Elizabeth Morgan, dated 3–20–2015) (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 47 | MEMORANDUM in Opposition *Plaintiff's Memo of Law in Opposition* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 48 | AFFIDAVIT/DECLARATION in Opposition re 42 MOTION to Dismiss for Failure to State a Claim filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Attachments: # 1 Exhibit Capogrosso Decl. – Ex. A, # 2 Exhibit Capogrosso Decl. – Ex. B, # 3 Exhibit Capogrosso Decl. – Ex. C, # 4 Exhibit Capogrosso Decl. – Ex. D, # 5 Exhibit Capogrosso Decl. – Ex. E, # 6 Exhibit Capogrosso Decl. – Ex. F, # 7 Exhibit Capogrosso Decl. – Ex. G) (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 49 | REPLY in Support re 42 MOTION to Dismiss for Failure to State a Claim –– *Reply Memorandum of Law in Further Support of State Defendants' Motion to Dismiss the Complaint* –– filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/17/2018 | 50 | **MEMORANDUM AND ORDER:** The Court grants Plaintiff's 33 and 35 motions and dismisses Defendants' counterclaims. Ordered by Judge Margo K. Brodie on 10/17/2018. (Brucella, Michelle) (Entered: 10/17/2018) |
| 11/05/2018 | | ORDER REFERRING MOTION: Defendants' 42 Motion to Dismiss for Failure to State a Claim is respectfully referred to Magistrate Judge Lois Bloom for a report and recommendation. Ordered by Judge Margo K. Brodie on 11/5/2018.(Obanor, Dorielle) (Entered: 11/05/2018) |
| 01/30/2019 | 51 | **REPORT & RECOMMENDATION**: The State Defendants move to dismiss plaintiff's 1 complaint pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(1), 12(b)(5), and 12(b)(6). The Honorable Margo K. Brodie referred the motion to me for a Report and Recommendation in accordance with 28 U.S.C. § 636(b). The Court respectfully recommends that the State Defendants' 42 motion to dismiss should be granted in part and denied in part. The State Defendants' motion to dismiss should |

| | | |
|---|---|---|
| | | be granted as to plaintiff's due process and Sections 1985 and 1986 claims, as well as all claims against Vahdatlamas, Morgan, Flanagan, and Palmieri. The State Defendants' motion to dismiss plaintiff's First Amendment retaliation claim against Gelbstein, Calvo, and Traschen should be denied. Likewise, plaintiff's claims for prospective injunctive relief against Gelbstein, Calvo, and Traschen should be denied. The State Defendants' motion to dismiss based on qualified immunity should be denied without prejudice. Should this Report be adopted, plaintiff should be afforded fourteen days leave to file an amended complaint as set forth herein. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen days from service of this Report to file written objections. SO ORDERED by Magistrate Judge Lois Bloom on 1/30/2019. *C/mailed. (Objections to R&R due by 2/13/2019.)* (Latka–Mucha, Wieslawa) (Entered: 01/30/2019) |
| 01/31/2019 | 52 | OBJECTION to 51 Report and Recommendations filed by Mario H. Capogrosso. (Piper, Francine) (Entered: 02/01/2019) |
| 02/04/2019 | 53 | ORDER: As set forth in the attached Order, this Order is to correct the Conclusion of my January 30, 2019 Report and Recommendation. The relevant portion of the Conclusion should be corrected to read: "Likewise, the State Defendants' motion to dismiss plaintiff's claim for prospective injunctive relief against Gelbstein, Calvo, and Traschen should be denied." See attached Order. *C/mailed to plaintiff via FedEx.* Ordered by Magistrate Judge Lois Bloom on 2/4/2019. (Panjini, Madhura) (Entered: 02/04/2019) |
| 02/08/2019 | 57 | Letter MOTION to Dismiss *Case* by David Smart. (Attachments: # 1 Incident Form) (Piper, Francine) (Entered: 02/13/2019) |
| 02/11/2019 | 54 | MOTION for Extension of Time to File *Objections to the Report and Recommendation* by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 02/12/2019) |
| 02/12/2019 | 55 | Letter *to Judge Brodie in Response to Plaintiff's Request for Extension of Time to File Objections to Report and Recommendation (ECF Doc. No. 54)* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 02/12/2019) |
| 02/12/2019 | 56 | Mail Returned as Insufficient Address Unable to Forward. Mail sent to Sadiq Tahir – Notice of Electronic Filing Dated 11/5/18 (Piper, Francine) (Entered: 02/13/2019) |
| 02/12/2019 | 58 | Mail Returned as Undeliverable. Mail sent to Sadiq Tahir 2994 Coney Island Ave Brooklyn, NY 11235 (Marziliano, August) (Entered: 02/19/2019) |
| 02/13/2019 | | ORDER granting 54 Motion for Extension of Time to File. The parties shall file any objections to Magistrate Judge Bloom's Report & Recommendation on or before February 27, 2019. Ordered by Judge Margo K. Brodie on 2/13/2019. (Obanor, Dorielle) (Entered: 02/13/2019) |
| 02/27/2019 | 59 | OBJECTION to 51 Report and Recommendations filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 02/27/2019) |
| 02/27/2019 | 60 | Declaration of Mario H. Capograsso in support of Plaintiffs 52 Objection to Report and Recommendations (Piper, Francine) (Entered: 02/28/2019) |
| 03/11/2019 | 61 | Mail Returned as Unclaimed, Unable to Forward. Mail, Electronic Order granting 54 Motion For Extension of time was sent to Sadiq Tahir.; (Piper, Francine) (Entered: 03/11/2019) |
| 03/13/2019 | 62 | MEMORANDUM in Support *State Defendants' Response to Plaintiff's Written Objections to the Magistrate Judge's Report & Recommendation Dated January 30, 2019* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett–Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 03/13/2019) |
| 03/18/2019 | 63 | Plaintiff's Response to State Defendants Response to Plaintiff's Written Objections to Report & Recommendation of Magistrate Bloom Dated January 30, 2019. (Piper, Francine) (Entered: 03/20/2019) |

| | | |
|---|---|---|
| 03/18/2019 | 64 | Mail Returned as Insufficient Address, Unable to Forward. Mail – Report and Recommendation was sent to Sadiq Tahir (Piper, Francine) (Entered: 03/22/2019) |
| 04/15/2019 | 65 | Letter dated April 8, 2019 from David Smart to Magistrate Bloom, regarding dfts efforts to dismiss the case against Mario H. Capogrosso. (Attachments: # 1 Mailing Envelope) (Piper, Francine) (Entered: 04/16/2019) |
| 04/24/2019 | 66 | MOTION to Appoint Counsel *(Pro–Bono)* by David Smart. (Piper, Francine) (Entered: 04/25/2019) |
| 05/24/2019 | 67 | Letter dated May 24, 2019 from Mario H. Capogrosso to Judge Brodie, advising that defendants Smart's Letter Motion to Dismiss was not received. (Piper, Francine) (Entered: 05/28/2019) |
| 05/24/2019 | 68 | Letter dated May 24, 2019 from Mario H. Capogrosso to Judge Brodie, requesting a decision on the state defendants' motion to dismiss filed on October 11, 2018. (Piper, Francine) (Entered: 05/28/2019) |
| 05/31/2019 | 69 | AFFIRMATION by Mario H. Capogrosso in opposition to defendant Smart's Motion to Dismiss Dated April 15, 2015 (Dkt. 65) (Piper, Francine) (Entered: 06/04/2019) |
| 09/06/2019 | 70 | Letter dated September 6, 2019 to Judge Brodie and Magistrate Bloom, providing the court with a letter to Judge Irizarry dated August 29, 2019. (Piper, Francine) (Entered: 09/06/2019) |
| 09/25/2019 | 71 | ORDER ADOPTING REPORT AND RECOMMENDATION: The Court grants in part and denies in part the State Defendants' motion to dismiss. The Court grants the motion to dismiss as to Plaintiff's due process and section 1985 and section 1986 claims, as well as all claims against Vahdatlamas, Morgan, Flanagan, and Palmieri. The Court denies the motion to dismiss for lack of standing. The Court also denies the motion to dismiss Plaintiff's First Amendment retaliation claim and claim for prospective injunctive relief Gelbstein, Calvo, and Traschen. Finally, the Court denies without prejudice the motion to dismiss on qualified immunity grounds. The Court grants Plaintiff leave to file an amended complaint within thirty (30) days of this Memorandum and Order. Ordered by Judge Margo K. Brodie on 9/25/2019. (Valentin, Winnethka) (Entered: 09/26/2019) |
| 09/27/2019 | 72 | ORDER. In support of his motion, Smart attaches several documents seeking to show that he is a victim of Plaintiff's actions. (Incident Form, annexed to Def. Mot., Docket Entry No. 57–1.) Because Smart has not stated a proper basis to dismiss the Complaint against him, the Court denies without prejudice his motion to dismiss. The Court also denies without prejudice Smart's April 24, 2019 application for appointment of pro bono counsel. (Mot. to Appoint Counsel, Docket Entry No. 66.) As stated in the Court's prior Order denying a similar application from Smart, there is no right to counsel in a civil case. Ordered by Judge Margo K. Brodie on 9/27/2019. (Valentin, Winnethka) (Entered: 09/27/2019) |
| 09/30/2019 | 73 | Letter dated September 30, 2019 from Mario H. Capogrosso to Judge Brodie, requesting clarification in the Memorandum and Decision dated September 25, 2019. (Piper, Francine) (Entered: 09/30/2019) |
| 09/30/2019 | | ORDER re: 73 Plaintiff's Letter dated September 30, 2019, seeking clarification of the Court's Memorandum and Order dated September 25, 2019. In the Memorandum and Order denying in part and granting in part defendants' motion to dismiss, the Court did not decide whether plaintiff is entitled to prospective injunctive relief (or any relief). The Court only decided whether plaintiff's claims, including his request for prospective injunctive relief, can proceed to discovery. Ordered by Judge Margo K. Brodie on 9/30/2019. (Schindler, Emma) (Entered: 09/30/2019) |
| 10/24/2019 | 74 | AMENDED COMPLAINT against Danielle Calvo, Jean Flanagan, Alan Gelbstein, John and Jane Doe, PEC Group of NY, Inc., Vincent Palmieri, Elizabeth Prickett–Morgan, David Smart, Sadiq Tahir, Ida Traschen, Boshra Vahdatlamas, filed by Mario H. Capogrosso. (Attachments: # 1 Affirmation of Service) (Piper, Francine) (Entered: 10/28/2019) |
| 10/24/2019 | 75 | Letter dated October 24, 2019 from Mario Capogrosso to Judge Brodie and Magistrate Judge Bloom, advising the court of changes made in pages 11–14 and paragraphs 44–64 of the amended complaint. (Attachments: # 1 Affirmation of Service) (Piper, |

| | | Francine) (Entered: 10/28/2019) |
|---|---|---|
| 10/28/2019 | 76 | ORDER: The Court shall hold the initial conference in *pro se* plaintiff's case on 11/14/2019 at 12:00 p.m. in Courtroom 11A South of the United States Courthouse. No planning conference pursuant to Rule 26(a) shall be required at this time. SO ORDERED by Magistrate Judge Lois Bloom, on 10/28/2019. *C/mailed. (Initial Conference set for 11/14/2019 at 12:00 p.m. in Courtroom 11A South before Magistrate Judge Lois Bloom.)* (Latka−Mucha, Wieslawa) (Entered: 10/29/2019) |
| 11/07/2019 | 77 | MOTION to Dismiss for Failure to State a Claim by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett−Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 11/07/2019) |
| 11/07/2019 | 78 | MOTION to Stay *Discovery* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett−Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 11/07/2019) |
| 11/07/2019 | 79 | AFFIDAVIT/AFFIRMATION *of Service of Pre−Motion Letters* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett−Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 11/07/2019) |
| 11/08/2019 | 80 | Mail Returned as Undeliverable. Order dated 10/28/2019 (ECF No. 76 ) sent to Sadiq Tahir. (Barrett, C) (Entered: 11/13/2019) |
| 11/14/2019 | 81 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Initial Conference held on 11/14/2019. Tick #(s) 12:07 − 1:09. Appearance for Plaintiff: *pro se* Mario H. Capogrosso. Appearances for Defendants: Mark Siegmund, New York State Attorney General; and *pro se* David Smart. (Latka−Mucha, Wieslawa) (Entered: 11/14/2019) |
| 11/14/2019 | 82 | ORDER: Plaintiff voluntarily withdrew his 74 amended complaint. Accordingly, the Clerk of Court shall terminate the state defendants' 77 motion to dismiss. The state defendants' 78 motion to stay discovery is denied. This case shall proceed on the original 1 complaint against defendants Gelbstein, Calvo, Traschen, Smart, Tahir, and PEC Group of NY as set forth in Judge Brodie's 9/25/2019 Memorandum & Order 71 . The state defendants shall answer plaintiff's 1 Complaint and plaintiff and the state defendants shall exchange initial disclosures by **12/4/2019**. The parties shall complete all discovery by **5/15/2020**. Before requesting the Court's assistance regarding a discovery dispute, the parties must make a good faith effort to resolve the dispute with one another. Upon completion of discovery, any party seeking to file a dispositive motion shall file a pre−motion conference request by **6/5/2020** in accordance with Judge Brodie's Individual Motion Practices and Rules. Defendants Tahir and PEC Group of NY did not appear at the conference. The Court's Order scheduling the 11/14/2019 conference that was sent to Tahir was returned as 80 undeliverable. As Tahir did not have notice of today's conference, the Court excused his appearance on the record. A transcript of the 11/14/2019 conference has been ordered and shall be made part of the record. The Clerk of Court is directed to amend the caption as set forth above. Defendants Smart and Tahir have answered plaintiff's complaint. The Clerk of Court is directed to mail defendant Smart a copy of the *pro se* manual. SO ORDERED by Magistrate Judge Lois Bloom, on 11/14/2019. *C/mailed. (Defendants Vincent Palmieri, Elizabeth Prickett−Morgan, Boshra Vahdatlamas, Jean Flanagan and John and Jane Doe terminated. Danielle Calvo, Alan Gelbstein and Ida Traschen's answers due by 12/4/2019. Discovery due by 5/15/2020; Parties' Request for a Pre−motion Conference due by 6/5/2020.)* (Latka−Mucha, Wieslawa) (Entered: 11/15/2019) |
| 11/18/2019 | 83 | NOTICE of Appearance by James M. Thompson on behalf of Danielle Calvo, Alan Gelbstein, Ida Traschen (aty to be noticed) (Thompson, James) (Entered: 11/18/2019) |
| 11/19/2019 | 84 | MOTION to Withdraw as Attorney by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Attachments: # 1 Declaration) (Siegmund, Mark) (Entered: 11/19/2019) |
| 11/20/2019 | 85 | TRANSCRIPT of Proceedings held on November 14, 2019 before Judge Bloom. Court Transcriber: Typewrite Word Processing Service, Telephone number 518−581−8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File |

| | | |
|---|---|---|
| | | redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 12/11/2019. Redacted Transcript Deadline set for 12/23/2019. Release of Transcript Restriction set for 2/18/2020. (Rocco, Christine) (Entered: 11/20/2019) |
| 11/20/2019 | 86 | ORDER, granting 84 Motion to Withdraw as Counsel for Defendants Alan Gelbstein, Ida Traschen, and Danielle Calvo (collectively, the "State Defendants"). Accordingly, it is ORDERED that Mark Siegmund, Esq. is hereby withdrawn as counsel of record for the State Defendants and shall be removed from all future notices in this lawsuit. **SO ORDERED** by Magistrate Judge Lois Bloom, on 11/20/2019. *C/mailed. (Attorney Mark Siegmund terminated.)* (Latka−Mucha, Wieslawa) (Entered: 11/21/2019) |
| 11/22/2019 | 87 | Mail Returned as **Undeliverable**. A copy of Judge Lois Bloom's 82 Order, dated 11/14/2019, was sent to *pro se* Defendant **Sadiq Tahir**'s secondary address: **2875 W. 8th Street, Brooklyn, NY 112224**. Envelope marked, "Return To Sender. No Such Street. Unable To Forward." (Latka−Mucha, Wieslawa) (Entered: 11/22/2019) |
| 11/26/2019 | 88 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 11/14/19 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 11/26/2019) |
| 11/27/2019 | 89 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, *and serve initial disclosures* by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Thompson, James) (Entered: 11/27/2019) |
| 11/27/2019 | 90 | ORDER: The state defendants' 89 request is granted over plaintiff's objection. The state defendants shall answer plaintiff's 1 Complaint, and plaintiff and the state defendants shall exchange initial disclosures by **12/18/2019**. SO ORDERED by Magistrate Judge Lois Bloom, on 11/27/2019. *C/mailed. (Defendants Danielle Calvo; Alan Gelbstein; and Ida Traschen's Answers due by 12/18/2019.)* (Latka−Mucha, Wieslawa) (Entered: 11/27/2019) |
| 12/02/2019 | 91 | Letter MOTION *Seeking Entrance to DMV TVB and Statement on Key Issues* by Mario H. Capogrosso. (Attachments: # 1 Affidavit of Service) (Lee, Tiffeny) (Entered: 12/02/2019) |
| 12/03/2019 | 92 | Mail Returned as Attempted Not Known. Unable to Forward. Mail – Order, Document 86 was sent to Sadiq Tahir (Piper, Francine) (Entered: 12/04/2019) |
| 12/06/2019 | 93 | RESPONSE in Opposition re 91 Letter MOTION *Seeking Entrance to DMV TVB and Statement on Key Issues* filed by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Attachments: # 1 Exhibit A – Attorney Correspondence) (Thompson, James) (Entered: 12/06/2019) |
| 12/10/2019 | 94 | ORDER: Plaintiff seeks to physically enter DMV premises to "gather information with respect to not only my initial disclosures but as well as any and all discovery which I must undertake with respect to my Complaint." The state defendants 93 oppose plaintiff's 91 request. The Court shall hold a status conference on 1/10/2020 at 10:30 a.m. in Courtroom 11 A South of the United States Courthouse, to discuss the parties' discovery obligations. As previously ordered, the state defendants shall answer plaintiff's complaint and plaintiff and the state defendants shall exchange initial disclosures by 12/18/2019. ORDERED by Magistrate Judge Lois Bloom, on 12/10/2019. *C/mailed. (Defendants' answers due by 12/18/2019; Initial Disclosures due by 12/18/2019; Status Conference set for 1/10/2020 at 10:30 a.m. in Courtroom 11A South before Magistrate Judge Lois Bloom.)* (Latka−Mucha, Wieslawa) (Entered: 12/11/2019) |
| 12/11/2019 | 95 | Mail Returned as Insufficient Address. Mail sent to Sadiq Tahir, 2994 Coney Island Avenue, Brooklyn, NY 11235. Envelope was returned with no document inside. (Piper, Francine) (Entered: 12/11/2019) |
| 12/11/2019 | 96 | Letter MOTION to Substitute Party *for official−capacity claims* by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Thompson, James) (Entered: 12/11/2019) |
| 12/12/2019 | 97 | Mail Returned as Insufficient Address, Unable to Forward. Mail – Order 90 was sent to Sadiq Tahir (Piper, Francine) (Entered: 12/16/2019) |

| | | |
|---|---|---|
| 12/13/2019 | 98 | Mail Returned as Insufficient Address, Unable to Forward. Mail – Order 86 was sent to Sadiq Tahir (Piper, Francine) (Entered: 12/16/2019) |
| 12/18/2019 | 99 | ANSWER to 1 Complaint, by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Thompson, James) (Entered: 12/18/2019) |
| 12/30/2019 | 100 | Mail Returned as Return to Sender, No such Number, Unable to Forward. Mail – Order 94 was sent to Sadiq Tahir. (Piper, Francine) (Entered: 01/02/2020) |
| 01/03/2020 | 101 | RESPONSE in Opposition re 91 Letter MOTION *Seeking Entrance to DMV TVB and Statement on Key Issues Supplemental Response Regarding Plaintiff's Appearance at TVB* filed by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Attachments: # 1 Exhibit A – Attorney Correspondence, # 2 Exhibit B – Declaration of Claudio Collins) (Thompson, James) (Entered: 01/03/2020) |
| 01/08/2020 | 102 | Letter dated January 8, 2020 from Mario Capogrosso to Judge Brodie and Magistrate Bloom, in response to State Defendants letters dated December 6, 2019 and December 11, 2019 annexed as Exhibit A. (Attachments: # 1 Affirmation of Service, # 2 Mailing Envelope) (Piper, Francine) (Entered: 01/09/2020) |
| 01/10/2020 | 103 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Status Conference held on 1/10/2020 (FTR Log #10:50–11:33.) (Panjini, Madhura) (Entered: 01/10/2020) |
| 01/10/2020 | 104 | ORDER: As set forth in the following Order, the Court held a conference in this case on January 10, 2020. The State defendants' request to add DMV Commissioner Mark Schroeder in his official capacity regarding plaintiff's claim for prospective injunctive relief pursuant to Rule 25(d) of the Federal Rules of Civil Procedure is granted. ECF No. 96. As discussed, plaintiff's request to enter TVB premises to conduct discovery is denied. ECF No. 91. Plaintiff shall comply with Rules 26–37 of the Federal Rules of Civil Procedure and the Court's November 14, 2019 Order regarding discovery. As previously set, the parties shall complete all discovery by May 15, 2020 and shall file any pre–motion conference request by June 5, 2020. Electronic Order dated Nov. 14, 2019. See attached Order. *C/mailed to plaintiff via first class mail.*Ordered by Magistrate Judge Lois Bloom on 1/10/2020. (Panjini, Madhura) Modified on 1/16/2020 for clerical purposes. (Panjini, Madhura). (Entered: 01/10/2020) |
| 01/15/2020 | 106 | Letter MOTION for Reconsideration re 104 Order on Motion to Compel,,,, Order on Motion to Substitute Party,,, by Mario H. Capogrosso. (Piper, Francine) (Entered: 01/16/2020) |
| 01/16/2020 | 105 | TRANSCRIPT of Proceedings held on January 10, 2020, before Judge Bloom. Court Transcriber: Typewrite Word Processing Service, Telephone number 518–581–8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 2/6/2020. Redacted Transcript Deadline set for 2/17/2020. Release of Transcript Restriction set for 4/15/2020. (Rocco, Christine) (Entered: 01/16/2020) |
| 01/16/2020 | | ORDER re 106 Motion for Reconsideration. The Court directs the state defendants to respond to plaintiff's motion for reconsideration on or before January 23, 2020. Ordered by Judge Margo K. Brodie on 1/16/2020. (Schindler, Emma) (Entered: 01/16/2020) |
| 01/23/2020 | 107 | RESPONSE in Opposition re 106 Letter MOTION for Reconsideration re 104 Order on Motion to Compel,,,, Order on Motion to Substitute Party,,, filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Attachments: # 1 Exhibit A – Status Conference Transcript, # 2 Exhibit B – Employee Petition, # 3 Exhibit C – Plaintiff's Initial Disclosures) (Thompson, James) (Entered: 01/23/2020) |
| 02/03/2020 | 108 | ORDER denying 106 Motion for Reconsideration. The Court has reviewed Judge Blooms Order, denying Plaintiffs request for a court order giving him access to the TVB and directing Plaintiff to comply with the Federal Rules of Civil Procedure regarding discovery, and finds that it was not "clearly erroneous or contrary to law." Ebo, 2015 WL 4078550, at *4 (quoting McNamee, 2014 WL 1338720, at *2). Accordingly, the Court declines to modify or set aside Judge Blooms Order. Ordered |

| | | |
|---|---|---|
| | | by Judge Margo K. Brodie on 2/3/2020. (Piper, Francine) (Entered: 02/03/2020) |
| 02/07/2020 | | Case Reassigned to Judge Eric R. Komitee. Judge Margo K. Brodie no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 02/07/2020) |
| 02/11/2020 | 109 | Letter from Mario H. Capogrosso to Judge Brodie requesting deposition dates and clarification as to deposition transpiration costs. (*See letter for details*). (Ramesar, Thameera) (Entered: 02/12/2020) |
| 02/12/2020 | 110 | Letter from Mario H. Capogrosso to Judge Brodie regarding follow up to 109 Letter. (Ramesar, Thameera) (Entered: 02/13/2020) |
| 02/18/2020 | 111 | ORDER: As set forth in the following Order, plaintiff filed two letters regarding the parties' depositions. ECF Nos. 109–110. He reports that defendants seek to hold Ida Traschen's deposition in Albany instead of Brooklyn. ECF No. 109 at 2, 6. Plaintiff does not consent to deposing Traschen by telephone. Id. at 5. As Traschen is a named defendant in this action and defendants were granted permission to hold all the depositions in this action in the Brooklyn Courthouse, defendants shall bear the cost for Traschen's travel to Brooklyn to be deposed. Plaintiff also reports that he intends to depose three defendants in the same day. ECF No. 110 at 3, 6. Rule 30 of the Federal Rules of Civil Procedure provides that a deposition "is limited to 1 day of 7 hours." Fed. R. Civ. P. 30(d)(1). Although the Court would not advise trying to depose three defendants in the same day, plaintiff may do so. However, if he chooses to do so, he must complete all three depositions on the selected day.<br><br>The Court has reserved Room 402 South in the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, from 9:00 a.m. to 5:00 p.m. for the parties to conduct depositions on the four dates requested: March 12, March 19, April 29, and April 30, 2020. ECF No. 109 at 1. The parties shall jointly confirm in writing the dates of the depositions by February 25, 2020. The parties are reminded of their obligation to cooperate regarding discovery and that they must make a good–faith effort to resolve any dispute prior to seeking Court intervention. L. Civ. R. 26.4, 37.3. See attached Order. *C/mailed to pro se plaintiff via FedEx.* Ordered by Magistrate Judge Lois Bloom on 2/18/2020. (Panjini, Madhura) (Entered: 02/18/2020) |
| 02/18/2020 | 112 | Mail Returned as Undeliverable. 104 Order sent to Sadiq Tahir, returned to sender. Postal notation: Not deliverable as addressed. (Ramesar, Thameera) (Entered: 02/19/2020) |
| 02/25/2020 | 113 | Letter *Regarding Agreement On Deposition Dates* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Thompson, James) (Entered: 02/25/2020) |
| 02/26/2020 | 114 | ORDER: As set forth in the following Order, the parties confirm that they plan to conduct depositions on April 28 and April 29, 2020. ECF No. 113. The Court has reserved Room 402 South in the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on April 28 and 29, 2020 from 9:00 a.m. to 5:00 p.m. The parties are reminded that they are responsible for arranging for their own court reporters. As previously set, the parties shall complete all discovery by May 15, 2020 and shall file any pre–motion conference request in accordance with Judge Komitee's Individual Rules by June 5, 2020. Electronic Order dated Nov. 14, 2019. See attached Order. *C/mailed to plaintiff via first–class mail.* Ordered by Magistrate Judge Lois Bloom on 2/26/2020. (Panjini, Madhura) (Entered: 02/26/2020) |
| 03/01/2020 | 116 | Mail Returned as Undeliverable. 108 Order mailed to Sadiq Tahir – returned to sender. Postal notation: not deliverable as addressed. (Ramesar, Thameera) (Entered: 03/05/2020) |
| 03/04/2020 | 115 | Mail Returned as Undeliverable. Mail sent to Sadiq Tahir 2994 Coney Island Avenue Brooklyn, NY 11235 (Marziliano, August) (Entered: 03/04/2020) |
| 03/18/2020 | 117 | Letter MOTION to Take Deposition from Ida Traschen *Remotely via Telephone* by Ida Traschen. (Thompson, James) (Entered: 03/18/2020) |

| | | |
|---|---|---|
| 03/18/2020 | <u>118</u> | ORDER: As set forth in the attached Order, State defendants' counsel requests that the deposition of Ida Traschen be conducted remotely due to the COVID–19 pandemic. ECF No. 117. Plaintiff does not consent. The request is denied.<br><br>In light of the national emergency posed by COVID–19, the Court stays all deadlines in this case and cancels all depositions, ECF No. 114. The Court shall reschedule deadlines and any depositions that need to be conducted at the Courthouse at a later date. The parties shall file a status letter proposing dates and times for a telephone conference by May 1, 2020. State defendants' counsel shall mail a copy of this Order to plaintiff and file proof of service forthwith. <u>See attached Order.</u> Ordered by Magistrate Judge Lois Bloom on 3/18/2020. (Panjini, Madhura) (Entered: 03/18/2020) |
| 03/20/2020 | <u>119</u> | Letter *Certifying Service of Court's Order* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # <u>1</u> Affidavit of Service, # <u>2</u> Exhibit Email Exchange with pro se attorney Plaintiff indicating electronic receipt) (Thompson, James) (Entered: 03/20/2020) |
| 03/20/2020 | <u>120</u> | MOTION for Sanction / Letter from Mario H. Capogrosso to Judge Komitee seeking an Order requiring State's Attorney, service. (*See letter for details*). (Ramesar, Thameera) *Modified. (Latka–Mucha, Wieslawa)* (Entered: 03/23/2020) |
| 03/25/2020 | <u>121</u> | Letter *Opposing Pro Se Attorney Plaintiff's March 23 Letter–Motion for Hard Copy Service and Sanctions* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Thompson, James) (Entered: 03/25/2020) |
| 03/25/2020 | <u>122</u> | DECLARATION re <u>121</u> Letter *Opposing Pro Se Attorney Plaintiff's March 23 Letter–Motion for Hard Copy Service and Sanctions* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # <u>1</u> Exhibit 1 – Email from Plaintiff Enclosing Deposition Notices, # <u>2</u> Exhibit 2 – Email from Plaintiff Refusing to Register for ECF, # <u>3</u> Exhibit 3 – Email to Plaintiff Attaching Dkt. No. 117, # <u>4</u> Exhibit 4 – Email from Plaintiff Showing Receipt of March 18 Order, # <u>5</u> Exhibit 5 – Email Exchange with Plaintiff Threatening Sanctions, # <u>6</u> Exhibit 6 – Excerpts of Aug. 2, 2018 Conference Before Judge Brodie, # <u>7</u> Exhibit 7 – Excerpts of Jan. 10, 2020 Conference Before Judge Bloom) (Thompson, James) (Entered: 03/25/2020) |
| 03/26/2020 | <u>123</u> | REPLY re <u>121</u> Letter, filed by Mario H. Capogrosso. (Ramesar, Thameera) (Entered: 03/27/2020) |
| 03/27/2020 | <u>124</u> | Letter from Mario H. Capogrosso to Judge Komitee regarding requested sanction amount. (*See letter for details*). (Ramesar, Thameera) Modified on 3/30/2020 to correct the docket description. (Panjini, Madhura). (Entered: 03/27/2020) |
| 04/27/2020 | <u>125</u> | Letter *Regarding Upcoming Conference Date* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Thompson, James) (Entered: 04/27/2020) |
| 04/29/2020 | | ORDER: The Court shall hold a telephone status conference in plaintiff's case on May 5, 2020 at 11:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 11:00 a.m. on May 5, 2020. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least forty–eight (48) hours before the scheduled conference. The State defendants' counsel is respectfully directed to communicate this Order to plaintiff and co–defendants by any means available forthwith, including by e–mail or telephone. Ordered by Magistrate Judge Lois Bloom on 4/29/2020. (Panjini, Madhura) (Entered: 04/29/2020) |
| 05/01/2020 | <u>128</u> | Letter from Mario H. Capogrosso to Judge Komitee, response to March 18, 2020 Order (Dkt. 118). <u>See attached.</u> (Ramesar, Thameera) (Entered: 05/06/2020) |
| 05/04/2020 | <u>126</u> | STATUS REPORT by Mario H. Capogrosso (Ramesar, Thameera) (Entered: 05/05/2020) |
| 05/05/2020 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 5/5/2020 (AT&T #11:01–11:57.) (Panjini, Madhura) (Entered: 05/06/2020) |

| | | |
|---|---|---|
| 05/05/2020 | 127 | ORDER: As discussed on the record, plaintiff failed to comply with the safe harbor provision of Rule 11 of the Federal Rules of Civil Procedure and failed to establish a factual or legal basis upon which to impose sanctions; thus, plaintiff's 120 motion for sanctions against the State defendants' counsel is denied. During the conference, the Court suggested that plaintiff register for electronic case notifications. If plaintiff is eligible and wishes to receive electronic notifications, plaintiff should complete the attached Registration and Consent form and return the form to the Court. The Court shall hold a telephone status conference in this case on June 16, 2020 at 11:00 a.m. to discuss the parties' depositions. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 11:00 a.m. The Clerk of Court is respectfully directed to mail this Order to plaintiff and the *pro se* defendants. SO ORDERED by Magistrate Judge Lois Bloom, on 5/5/2020. *(Attachments: # 1 Instruction for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases, # 2 Pro Se Registration and Consent Form; Telephone Conference set for 6/16/2020 at 11:00 a.m. before Magistrate Judge Lois Bloom.)* (Latka–Mucha, Wieslawa) (Entered: 05/06/2020) |
| 05/15/2020 | 129 | TRANSCRIPT of Proceedings held on May 5, 2020, before Judge Bloom. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 6/5/2020. Redacted Transcript Deadline set for 6/15/2020. Release of Transcript Restriction set for 8/13/2020. (Hong, Loan) (Entered: 05/15/2020) |
| 06/10/2020 | 130 | Mail Returned as Undeliverable. 127 Order mailed to Sadiq Tahir – returned to sender. Postal notation: Insufficient address. (Ramesar, Thameera) (Entered: 06/10/2020) |
| 06/16/2020 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 6/16/2020 (AT&T #11:02–11:57.) (Panjini, Madhura) (Entered: 06/16/2020) |
| 06/16/2020 | 131 | ORDER: The parties shall complete all discovery by 10/16/ 2020. All depositions shall be conducted remotely. The parties shall notify the Court of the agreed–upon dates for all depositions. Once the depositions are scheduled, the Court shall provide an e–mail address to the parties which may be used should a dispute arise during the deposition that the parties cannot resolve despite their best efforts. The parties shall file any pre–motion conference request in accordance with Judge Komitee's Individual Rules by 10/30/2020. SO ORDERED by Magistrate Judge Lois Bloom, on 6/16/2020. *C/mailed. (Discovery due by 10/16/2020; Parties' pre–motion conference request due by 10/30/2020.)* (Latka–Mucha, Wieslawa) (Entered: 06/17/2020) |
| 07/06/2020 | 132 | Mail Returned as Undeliverable. 131 Order mailed to Sadiq Tahir returned to sender. Postal notation: Insufficient address. (Ramesar, Thameera) (Entered: 07/09/2020) |
| 09/03/2020 | 133 | Letter from David Smart in regards to case. See attached. (Ramesar, Thameera) (Entered: 09/04/2020) |
| 09/16/2020 | 134 | NOTICE of Change of address. Address updated. (*Copy of docket sheet mailed*) (Ramesar, Thameera) (Entered: 09/18/2020) |
| 09/16/2020 | 135 | NOTICE of Change of Phone number. Docket updated. (Ramesar, Thameera) (Entered: 09/18/2020) |
| 09/16/2020 | 136 | AFFIRMATION of Service for Interrogatories on August 25, 2020, filed by David Smart. (Ramesar, Thameera) (Entered: 09/18/2020) |
| 09/22/2020 | 137 | Consent MOTION for Extension of Time to Complete Discovery *for Plaintiff's and State Defendants' responses to discovery requests* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 09/22/2020) |
| 09/23/2020 | 138 | ORDER: Granting Motion for Extension of Time to Complete Discovery. ECF No. 137. Ordered by Magistrate Judge Lois Bloom on 9/23/2020. (Wilhelm, Samantha) (Entered: 09/23/2020) |

| | | |
|---|---|---|
| 10/23/2020 | 139 | Letter MOTION for Protective Order *pursuant to FRE 502(d) and Confidentiality Order* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Attachments: # 1 Proposed Order Proposed 502(d) Order, # 2 Proposed Order Proposed Confidentiality Order) (Thompson, James) (Entered: 10/23/2020) |
| 10/28/2020 | 140 | ORDER: The State Defendants plan to produce discovery to plaintiff but first request two proposed orders. ECF No. 139. The Court grants defendants' request for an order under the Federal Rule of Evidence 502(d), which protects the parties against the inadvertent waiver of privileged information. See attached. However, the Court cannot so order a confidentiality order unless all parties sign it. Plaintiff is advised that signing an agreement to keep discovery materials confidential is not a motion to exclude evidence. If plaintiff refuses to sign a confidentiality agreement, defendants may not produce confidential material to him during discovery. Ordered by Magistrate Judge Lois Bloom on 10/28/2020. (Wilhelm, Samantha) (Entered: 10/28/2020) |
| 11/23/2020 | 141 | Mail Returned as Undeliverable. 140 Order mailed to Sadiq Tahir, returned to sender. Postal notation: insufficient address. (Ramesar, Thameera) (Entered: 11/24/2020) |
| 11/27/2020 | 143 | Letter MOTION to Appoint Counsel by David Smart. (Ramesar, Thameera) (Entered: 12/01/2020) |
| 11/30/2020 | 142 | Consent MOTION for Extension of Time to Complete Discovery *to Complete Depositions* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 11/30/2020) |
| 12/02/2020 | 144 | Pro se defendant David Smart requests pro bono counsel. ECF No. 143. There is no right to counsel in a civil case. Guggenheim Capital, LLC v. Birnbaum, 722 F.3d 444, 453 (2d Cir. 2013). The Court cannot compel an attorney to represent a litigant in a civil case without a fee. Mallard v. U.S. Dist. Court, 490 U.S. 296 (1989). Although the Court would prefer all parties to have access to counsel, there is no right to counsel. Accordingly, defendant's request for pro bono counsel is denied without prejudice. Defendant Smart may contact The Federal Pro Se Legal Assistance Project, a free, limited−scope legal assistance clinic operated by the City Bar Justice Center of the New York City Bar Association. A copy of the City Bar Justice Centers flyer is included with this Order. See attached. Ordered by Magistrate Judge Lois Bloom on 12/2/2020. (Wilhelm, Samantha) (Entered: 12/02/2020) |
| 12/02/2020 | 145 | ORDER: Defendants, with plaintiff's consent, request a second extension of the deadline for the parties to complete all discovery. ECF No. 142. The request is granted. The parties shall complete all discovery by December 22, 2020. The parties shall file any pre−motion conference request by January 12, 2021, in accordance with Judge Komitee's Individual Rules. Ordered by Magistrate Judge Lois Bloom on 12/2/2020. (Wilhelm, Samantha) *Modified. (Latka−Mucha, Wieslawa)* (Entered: 12/02/2020) |
| 12/10/2020 | 147 | Letter fro Mario H. Capogrosso to Judge Komitee regarding discovery dispute. See attached. (Ramesar, Thameera) (Entered: 12/15/2020) |
| 12/15/2020 | 146 | Letter MOTION for Protective Order *against attempt to depose Commissioner Schroeder* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 12/15/2020) |
| 12/16/2020 | 148 | ORDER: On December 10, 2020, plaintiff requested a Court Order that defendant Commissioner Schroeder be produced for a deposition. ECF No. 147. Defendants request a protective order, pursuant to Federal Rule of Civil Procedure 26(c), prohibiting plaintiff's deposition of Commissioner Schroeder. ECF No. 146. For the reasons set forth in the attached order, defendants' motion for a protective order is granted. Plaintiff also requests that defendant Smart be ordered to respond to his interrogatories dated August 25, 2020 and that defendant Smart provide plaintiff with an email address or phone number to conduct his deposition remotely. Although plaintiff states that he served interrogatories on defendant Smart, he has not provided them to the Court. Therefore, the Court cannot rule on plaintiff's request to compel defendant Smart to respond. Whereas plaintiff is permitted to pursue discovery, the Court will not compel defendant Smart to provide his email address or phone number to plaintiff. Plaintiff may provide the interrogatories that are outstanding to the Court for the Court to consider them. This will be the one exception to the parties' deadline to complete all discovery by December 22, 2020. Defendants' counsel shall |

| | | |
|---|---|---|
| | | communicate this order to plaintiff by all available means. <u>See attached Order</u>. Ordered by Magistrate Judge Lois Bloom on 12/16/2020. (Wilhelm, Samantha) (Entered: 12/16/2020) |
| 12/22/2020 | <u>149</u> | Letter dated December 21, 2020 from Exhibit Mano H. Capogrosso to Judge Komitee regarding discovery dispute of interrogatories. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E) (Ramesar, Thameera) (Entered: 12/28/2020) |
| 12/28/2020 | <u>150</u> | Letter *Opposing Pro Se Attorney Plaintiff's Subpoena Request* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # <u>1</u> Exhibit A – March 6 Attorney Correspondence Regarding Deposition Subpoena) (Thompson, James) (Entered: 12/28/2020) |
| 01/11/2021 | <u>151</u> | Letter MOTION for pre motion conference *regarding motion for summary judgment* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 01/11/2021) |
| 01/13/2021 | <u>152</u> | Letter MOTION for Reconsideration re <u>148</u> Order on Motion for Protective Order,,,,, by Mario H. Capogrosso. (Ramesar, Thameera) (Entered: 01/13/2021) |
| 01/13/2021 | <u>153</u> | RESPONSE in Opposition re <u>152</u> Letter MOTION for Reconsideration re <u>148</u> Order on Motion for Protective Order,,,,, filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 01/13/2021) |
| 01/13/2021 | <u>154</u> | ORDER: Plaintiff moves the Court to compel discovery. Specifically, plaintiff seeks a Court Order that defendant Smart answer his interrogatories and "produce an email and requisite laptop" so that plaintiff can conduct Smart's deposition, that defendant Smart be ordered to appear at a deposition, that the State's Attorney produce two clerks he wishes to depose, and that the discovery deadline be extended by 30 days. ECF No. 149. The State defendants oppose plaintiff's requests to conduct additional depositions and to extend discovery. For the reasons set forth in the <u>attached Order</u>, plaintiff's requests are granted in part and denied in part. Defendant Smart shall, to the best of his ability, respond in writing to plaintiff's interrogatories No. 1–7 by February 1, 2021. Fed. R. Civ. P. 33(b)(2). Discovery in this matter is otherwise closed.Plaintiff's deadline to respond to the State defendant's pre–motion conference request, ECF No. 151, pursuant to Judge Komitee's individual rules, is extended. Plaintiff shall respond to the State defendant's pre–motion conference request by February 19, 2021. Defendants' counsel shall communicate this order to plaintiff and to defendant Smart by all available means. Ordered by Magistrate Judge Lois Bloom on 1/13/2021. (Wilhelm, Samantha) (Entered: 01/13/2021) |
| 01/15/2021 | <u>155</u> | RESPONSE in Opposition re <u>151</u> Letter MOTION for pre motion conference *regarding motion for summary judgment* filed by Mario H. Capogrosso. (Ramesar, Thameera) (Entered: 01/15/2021) |
| 02/03/2021 | <u>156</u> | Mail Returned as Undeliverable. <u>154</u> Order mailed to Sadiq Tahir returned to sender. Postal notation: insufficient address. (Ramesar, Thameera) (Entered: 02/04/2021) |
| 02/19/2021 | <u>157</u> | Letter MOTION for Sanctions *and that default judgment be entered against deft David Smart, filed* by Mario H. Capogrosso. (Attachments: # <u>1</u> Exhibit A) (Galeano, Sonia) (Entered: 02/22/2021) |
| 02/22/2021 | <u>158</u> | RESPONSE in Opposition re <u>157</u> Letter MOTION for Sanctions *and that default judgment be entered against deft David Smart, filed* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 02/22/2021) |
| 02/25/2021 | <u>159</u> | ORDER: The Court ordered Defendant David Smart to respond to plaintiff's interrogatories dated August 25, 2020 by February 12, 2021. ECF No 154. Plaintiff reports that Defendant Smart has not responded to his interrogatories and moves the Court to impose sanctions on Defendant Smart. ECF No. 157. The state defendants oppose plaintiff's motion. ECF No. 158. Plaintiffs request is denied without prejudice. Defendant Smart proceeds in this matter pro se, and unlike plaintiff, Mr. Smart is not an attorney. The Court shall therefore give Mr. Smart another chance to comply with the Court's Order. The Court shall hold a conference in this action on March 16, 2021 at noon. Instead of providing written responses to plaintiffs interrogatories, **Defendant** |

| | | |
|---|---|---|
| | | **Smart shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 at 12:00p.m. on March 16, 2021.** At the conference, the Court shall swear defendant Smart to the truth of his testimony and defendant Smart shall answer plaintiff's interrogatories orally on the record. The Clerk of Court is respectfully requested to serve a copy of this order upon Defendant Smart via overnight delivery. Ordered by Magistrate Judge Lois Bloom on 2/25/2021. (Wilhelm, Samantha) (Entered: 02/25/2021) |
| 03/01/2021 | | ORDER re 51 Motion for Pre Motion Conference –– The Court has reviewed the parties' pre–motion letters concerning State Defendants' motion for summary judgment and has determined that a pre–motion conference is not necessary. The motion shall be briefed as follows: State Defendants' motion by March 31, 2021; Plaintiff's response by April 30, 2021; and State Defendants' reply, if any, by May 10, 2021. As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline. *See* Rule III.B.2 this Court's Individual Practices and Rules. Ordered by Judge Eric R. Komitee on 3/1/2021. *c/m to pro se parties.* (Guy, Alicia) (Entered: 03/01/2021) |
| 03/09/2021 | 160 | Mail Returned as Undeliverable, Reason for return: "Return to Sender, No Such Number, Unable to Forward." Order dated 2/25/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 03/09/2021) |
| 03/09/2021 | 161 | Letter MOTION for Extension of Time to File Response/Reply . *Deft opposes Plaintiffs Letter Motion for Sanctions (ECF # 157) filed February 19, 2021; (2) to respectfully request an extension of time, nunc pro tunc, to serve my responses to Plaintiff s interrogatories; and (3) to request appointment of limited–scope pro bono counsel for the purpose of moving for summary judgment. I,* Letter MOTION to Appoint Counsel *filed* by David Smart. (Galeano, Sonia) (Entered: 03/10/2021) |
| 03/11/2021 | 162 | ORDER: Defendant Smart, who proceeds in this matter pro se, writes to oppose plaintiff's motion for sanctions, ECF No. 157, to request an extension of time, *nunc pro tunc*, to serve his responses to plaintiff's interrogatories, and to request the appointment of limited–scope pro bono counsel for the purpose of moving for summary judgment. ECF No. 161. Defendant Smart's requests are granted in part and denied in part.<br>On February 25, 2021, the Court denied plaintiff's motion for sanctions without prejudice. ECF No. 159. Accordingly, Defendant Smart's request to oppose sanctions is denied as moot. The Court grants Defendant Smart's request for an extension of time to serve his responses to plaintiff's interrogatories *nunc pro tunc*. Defendant Smart states that he received assistance from the City Bar Justice Centers Pro Se Project ("the Pro Se Project") to draft his responses to plaintiff's interrogatories and intends to serve a copy of his responses shortly. The Court notes that Defendant Smart's letter is dated February 24, 2021 and that Defendant Smart may have already served his interrogatory responses. However, the conference scheduled for March 16, 2021 at noon shall proceed as scheduled. **The parties, including defendant Smart, shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 at 12:00p.m. on March 16, 2021.** Defendant Smart requests the Pro Se Project's assistance in searching for limited–scope pro bono counsel. The Court grants defendant Smart's request for the Pro Se Project to seek limited–scope pro bono counsel in order for Mr. Smart to move for summary judgment. Ordered by Magistrate Judge Lois Bloom on 3/11/2021. (Wilhelm, Samantha) (Entered: 03/11/2021) |
| 03/16/2021 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 3/16/2021. AT&T Log # (12:08–12:33). (Wilhelm, Samantha) (Entered: 03/16/2021) |
| 03/18/2021 | 163 | TRANSCRIPT of Proceedings held on March 16, 2021, before Judge Bloom. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/8/2021. Redacted Transcript Deadline set for 4/19/2021. Release of Transcript Restriction set for 6/16/2021. (Hong, Loan) (Entered: 03/18/2021) |

| | | |
|---|---|---|
| 03/18/2021 | 164 | ORDER: The Court held a telephone status conference in this action on March 16, 2021. Defendant Smart answered plaintiff's interrogatories under oath on the record. The Court shall have the transcript of the conference made part of the record. The Clerk of Court shall mail plaintiff a copy of the transcript. ECF No. 163. Discovery in this matter is closed. The briefing schedule set by Judge Komitee for defendants' motion for summary judgment remains in effect. A copy of this Order shall be sent to plaintiff and to Defendant Smart. Ordered by Magistrate Judge Lois Bloom on 3/18/2021. (Wilhelm, Samantha) (Entered: 03/18/2021) |
| 03/18/2021 | 165 | Mail Returned as Undeliverable, "Return to Sender; Insufficient Address, Unable to Forward." Order dated 3/1/2021 previously sent to to Sadiq Tahir. (Galeano, Sonia) (Entered: 03/22/2021) |
| 03/25/2021 | 166 | Letter MOTION for Extension of Time to File *Motion for Summary Judgment* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 03/25/2021) |
| 03/26/2021 | | ORDER granting 166 Motion for Extension of Time to File. The motion schedule is amended as follows: State Defendants' motion by April 30, 2021; Plaintiff's response by June 1, 2021; and State Defendants' reply, if any, by June 11, 2021. c/m to *pro se* parties. Ordered by Judge Eric R. Komitee on 3/26/2021 (LiCalzi, Christine) (Entered: 03/26/2021) |
| 03/26/2021 | 167 | NOTICE of Appearance by Maura Douglas on behalf of David Smart (aty to be noticed) (Douglas, Maura) (Entered: 03/26/2021) |
| 03/26/2021 | 168 | NOTICE of Appearance by Brianne Holland–Stergar on behalf of David Smart (aty to be noticed) (Holland–Stergar, Brianne) (Entered: 03/26/2021) |
| 03/30/2021 | 173 | Mail Returned as Undeliverable: Fed ex overnight mailing re: Magistrate Judge Bloom's Order dated 2/25/2021. Mail sent to David Smart. Fed ex failed to check off reason for package return. (Tavarez, Jennifer) (Entered: 04/08/2021) |
| 04/05/2021 | 169 | Mail Returned as Undeliverable, Reason for Return: "Return to Sender, Insufficient Address, Unable to Forward." Order dated 3/26/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 04/05/2021) |
| 04/06/2021 | 170 | MOTION for pre motion conference by David Smart. (Douglas, Maura) (Entered: 04/06/2021) |
| 04/06/2021 | 172 | Mail Returned as Undeliverable. Reason for return: "Return to Sender, Insufficient Address, Unable to Forward." Orders dated 3/11/2021 and 3/18/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 04/08/2021) |
| 04/07/2021 | | NOTICE: Defendant David Smart submitted a letter requesting a pre–motion conference on an anticipated motion for summary judgment on April 6, 2021. The Parties are reminded that pursuant to Rule III.B.4 of Judge Komitee's Individual Motion Practices and Rules, all served parties are required to serve and file a letter response of three pages or less, within five days from service of defendant Smart's letter. *c/m to pro se parties.* (Guy, Alicia) (Entered: 04/07/2021) |
| 04/07/2021 | 171 | RESPONSE to Motion re 170 MOTION for pre motion conference filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 04/07/2021) |
| 04/17/2021 | 174 | RESPONSE in Opposition to Deft David Smart's motion for summary judgment and apologizing to the Court for pltff's late reply with respect to opposing counsel's 170 MOTION for pre motion conference, filed by Mario H. Capogrosso. (Galeano, Sonia) (Entered: 04/19/2021) |
| 04/17/2021 | 175 | AFFIRMATION of Service re: Pltff's Response in Opposition to Deft's Motion, served upon Maura Douglas, Esq., James Thompson, Esq., Sadiq Tahir, and Pec Group of NY via 4/17/2021, filed Mario H. Capogrosso. (Galeano, Sonia) (Entered: 04/19/2021) |
| 04/20/2021 | | ORDER denying 170 Motion for Pre Motion Conference –– Defendant Smart's motion for a pre–motion conference is denied. Defendant Smart shall join the State Defendants' briefing schedule, which is adjourned as follows: Defendants' motions by May 17, 2021; Plaintiff's response by June 29, 2021; and Defendants' replies, if any, by July 9, 2021. The forthcoming motions for summary judgment are respectfully |

| | | |
|---|---|---|
| | | referred to Magistrate Judge Bloom for a Report and Recommendation. Ordered by Judge Eric R. Komitee on 4/20/2021. *c/m to pro se parties.* (Guy, Alicia) Modified on 4/20/2021 (Guy, Alicia). (Entered: 04/20/2021) |
| 04/26/2021 | [176](#) | Mail Returned as Undeliverable: Notice of electronic filing entered on 4/7/2021. Mail sent to Sadiq Tahir, 2994 Coney Island Avenue, Brooklyn, NY 11235. Postal Notation: Return to sender, insufficient address, unable to forward. (Tavarez, Jennifer) (Entered: 04/30/2021) |
| 05/12/2021 | [177](#) | Letter MOTION for Leave to File Excess Pages by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/12/2021) |
| 05/17/2021 | [178](#) | MOTION for Summary Judgment by David Smart. (Attachments: # [1](#) Memorandum in Support of Motion for Summary Judgment, # [2](#) Declaration of Maura Douglas, # [3](#) Exhibit 1 – Excerpts of Deposition of Mario Capogrosso, # [4](#) Exhibit 2 – Excerpts of Plaintiff's Responses to Interrogatories and Document Production, # [5](#) Exhibit 3 – Transcript of March 16, 2021 Hearing, # [6](#) Exhibit 4 – Excerpts of Deposition of Danielle Calvo, # [7](#) Rule 56.1 Statement of Undisputed Material Facts, # [8](#) Rule 56.2 Statement) (Douglas, Maura) (Entered: 05/17/2021) |
| 05/17/2021 | [179](#) | MOTION for Summary Judgment by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [180](#) | MEMORANDUM in Support re [179](#) MOTION for Summary Judgment filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [181](#) | RULE 56.1 STATEMENT *in Support of State Defendants' Motion for Summary Judgment* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [182](#) | NOTICE by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen re [179](#) MOTION for Summary Judgment *Local Civil Rule 56.2 Notice* (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [183](#) | AFFIDAVIT/DECLARATION in Support re [179](#) MOTION for Summary Judgment *Declaration of Danielle Calvo* filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [184](#) | EXHIBIT *1 – TVB Employee Petition* by Danielle Calvo. Related document: [183](#) Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [185](#) | EXHIBIT *2 – May 5, 2014 Piparo Workplace Violence Report* by Danielle Calvo. Related document: [183](#) Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [186](#) | EXHIBIT *3 – May 5, 2015 Calvo Workplace Violence Report* by Danielle Calvo. Related document: [183](#) Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [187](#) | EXHIBIT *4 – May 11, 2015 Calvo–Smart Workplace Violence Report* by Danielle Calvo. Related document: [183](#) Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [188](#) | EXHIBIT *5 – May 11, 2015 Adinolfi Statement* by Danielle Calvo. Related document: [183](#) Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [189](#) | EXHIBIT *6 – May 11, 2015 Han Statement* by Danielle Calvo. Related document: [183](#) Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [190](#) | AFFIDAVIT/DECLARATION in Support re [179](#) MOTION for Summary Judgment *Declaration of Alan Gelbstein* filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | [191](#) | EXHIBIT *1 – April 21, 2009 Perez Statement* by Alan Gelbstein. Related document: [190](#) Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) |

| | | (Entered: 05/17/2021) |
|---|---|---|
| 05/17/2021 | 192 | EXHIBIT *2 – April 21, 2009 Tucci Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 193 | EXHIBIT *3 – June 19, 2009 Cervoni Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 194 | EXHIBIT *4 – August 5, 2009 Paez/Fuller Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 195 | EXHIBIT *5 – TVB Employee Petition* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 196 | EXHIBIT *6 – December 23, 2011 Vahdatalamas Email to File* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 197 | EXHIBIT *7 – December 22, 2011 Brody Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 198 | EXHIBIT *8 – December 22, 2011 Maher Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 199 | EXHIBIT *9 – Tahir Statement re December 2011 Incident* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 200 | EXHIBIT *10 – December 23, 2011 Meyers Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 201 | EXHIBIT *11 – May 3, 2012 ALJ Affirmation in Article 78 Proceeding* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 202 | EXHIBIT *12 – May 9, 2014 Piparo Workplace Violence Report* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 203 | EXHIBIT *13 – October 29, 2014 Alford Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 204 | EXHIBIT *14 – February 3 Smart Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 205 | EXHIBIT *15 – February 5, 2015 Perez Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 206 | EXHIBIT *16 – February 5, 2015 Vergara Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 207 | EXHIBIT *17 – February 5, 2015 Levine Workplace Violence Report* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 208 | EXHIBIT *18 – February 9, 2015 Piparo Email Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |

| | | |
|---|---|---|
| 05/17/2021 | <u>209</u> | EXHIBIT *19 – March 19, 2015 Fuller/Tahir Complaint Memo* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>210</u> | EXHIBIT *20 – May 5, 2015 Tahir Complaint* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>211</u> | EXHIBIT *21 – May 5, 2015 Rivers Statement* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>212</u> | EXHIBIT *22 – May 5, 215 Beer Statement* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>213</u> | EXHIBIT *23 – May 5, 2015 Calvo Workplace Violence Report* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>214</u> | EXHIBIT *24 – May 11, 2015 Calvo/Smart Workplace Violence Report* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>215</u> | EXHIBIT *25 – May 11, 2015 Adinolfi Statement* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>216</u> | EXHIBIT *26 – May 11, 2015 Han Statement* by Alan Gelbstein. Related document: <u>190</u> Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>217</u> | AFFIDAVIT/DECLARATION in Support re <u>179</u> MOTION for Summary Judgment *Declaration of Ida Traschen* filed by Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>218</u> | EXHIBIT *1 – Commissioner's Job Announcement* by Ida Traschen. Related document: <u>217</u> Affidavit in Support of Motion filed by Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>219</u> | EXHIBIT *2 – May 15, 2012 Letter Warning Plaintiff Regarding Further Aggressive Or Violent Conduct* by Ida Traschen. Related document: <u>217</u> Affidavit in Support of Motion filed by Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>220</u> | AFFIDAVIT/DECLARATION in Support re <u>179</u> MOTION for Summary Judgment *Declaration of James M. Thompson* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>221</u> | EXHIBIT *1 – Plaintiff's Deposition Transcript Part 1* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: <u>220</u> Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>222</u> | EXHIBIT *2 – Plaintiff's Deposition Transcript Part 2* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: <u>220</u> Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>223</u> | EXHIBIT *3 – January 25, 2012 Letter from Plaintiff's Counsel* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: <u>220</u> Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | <u>224</u> | EXHIBIT *4 – Plaintiff's 2012 Article 78 Verified Petition* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: <u>220</u> Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |

| | | |
|---|---|---|
| 05/17/2021 | 225 | EXHIBIT *5 – Statement of Dr. John McCann* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 226 | EXHIBIT *6 – June 2012 Article 78 Stipulation of Discontinuance* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 227 | EXHIBIT *7 – March 20, 2015 AG Letter* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 228 | EXHIBIT *8 – Transcript of March 16, 2021 Telephone Conference Before Judge Bloom* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 229 | EXHIBIT *9 – Plaintiff's Responses to State Defendants' Interrogatories* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/18/2021 | | MOTIONS REFERRED: 179 MOTION for Summary Judgment , 178 MOTION for Summary Judgment. *See* Judge Komitee's Order dated April 20, 2021. (Guy, Alicia) (Entered: 05/18/2021) |
| 05/19/2021 | 230 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 4/20/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 05/21/2021) |
| 05/21/2021 | 231 | Letter *Regarding Pro Se Attorney Plaintiff's Inappropriate And Aggressive Telephone Behavior* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # 1 Exhibit 1 – Service of Motion Papers, # 2 Exhibit 2 – Service of Calvo Declaration and Exhibits, # 3 Exhibit 3 – Service of Gelbstein Declaration and Exhibits, # 4 Exhibit 4 – Service of Traschen Declaration and Exhibits, # 5 Exhibit 5 – Service of Thompson Declaration and Exhibits) (Thompson, James) (Entered: 05/21/2021) |
| 05/26/2021 | 232 | Letter dated 5/25/2021 from Mario H. Capogrosso to Judge Komitee, submitting Response and Objection to State Defendants' Request for a Page Enlargement, Dkt.177, dated May 12, 2021. (Attachments: # 1 Exhibit A, # 2 Affirmation of Service) (Galeano, Sonia) (Entered: 05/26/2021) |
| 06/29/2021 | 233 | Letter MOTION for Extension of Time to File *to file and serve pltff's opposition and response to the State Defts and Deft Smarts' motion for summary judgment. Pltff request an extension of time to 7/29/2021 to respond, filed* by Mario H. Capogrosso. (w/ Affirmation of Service attached) (Galeano, Sonia) Modified on 7/1/2021 (Galeano, Sonia). (Entered: 07/01/2021) |
| 06/29/2021 | 235 | PLTFF'S AFFIRMATION in Opposition to State Defts' 179 MOTION for Summary Judgment filed by Mario H. Capogrosso. (w/ Affirmation of Service attached to main document) (Attachments: # 1 Envelope) (Galeano, Sonia) (Additional attachment(s) added on 7/12/2021: # 2 Exhibit A, # 3 Exhibit B, # 5 Exhibit C, # 6 Exhibit D) (Galeano, Sonia). Modified on 7/12/2021 (Galeano, Sonia). (Entered: 07/12/2021) |
| 06/29/2021 | 236 | EXHIBIT E Part 1 by Mario H. Capogrosso. Related document: 235 Affidavit in Opposition to Motion, filed by Mario H. Capogrosso. (Attachments: # 1 Exhibit E Part 2, # 2 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 06/29/2021 | 237 | EXHIBIT F by Mario H. Capogrosso. Related document: 235 Affidavit in Opposition to Motion, filed by Mario H. Capogrosso. (Attachments: # 1 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 06/29/2021 | 238 | EXHIBIT G–M by Mario H. Capogrosso. Related document: 235 Affidavit in Opposition to Motion, filed by Mario H. Capogrosso. (Attachments: # 1 Exhibit P – V, |

| | | # 2 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
|---|---|---|
| 06/29/2021 | 239 | PLTFF'S AFFIRMATION in Opposition to Deft Smart's 178 MOTION for Summary Judgment filed by Mario H. Capogrosso. (w/ Affirmation of Service attached to Main Document) (Attachments: # 1 Exhibit A–K, M, # 2 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 07/02/2021 | 234 | MOTION to Withdraw as Attorney by David Smart. (Holland–Stergar, Brianne) (Entered: 07/02/2021) |
| 07/06/2021 | | ORDER granting 233 Motion for Extension of Time to File –– The application is granted. The briefing schedule is amended as follows: Plaintiff's response to Defendants' motions are due by July 29, 2021; and Defendants' replies, if any, are due by August 8, 2021. In the future, the Court will deny untimely requests for scheduling relief absent extraordinary circumstances accompanied by documentary support. Ordered by Judge Eric R. Komitee on 7/6/2021. *c/m to pro se parties.* (Guy, Alicia) (Entered: 07/06/2021) |
| 07/15/2021 | 240 | Mail Returned as Undeliverable, "Return to Sender, Not Deliverable As Addressed, Unable to Forward." Order dated 7/6/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 07/16/2021) |
| 07/29/2021 | 245 | Letter dated 7/29/2021 from Mario Capogrosso regarding documents to be added to his opposition. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 246 | MEMORANDUM of Law in Opposition to State Defendants' Motion for Summary Judgment filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 247 | PLAINTIFF'S SUPPLEMENTAL OPPOSITION to State Defendants' Motion for Summary Judgment filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 248 | EXHIBIT W by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 249 | EXHIBIT X by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 250 | EXHIBIT Y by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 251 | EXHIBIT Z by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 252 | EXHIBIT AA by Mario H. Capogrosso. Related document: 247 CR 21–400–ARR Notice of Rule 7b Motion filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 253 | EXHIBIT BB by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 254 | EXHIBIT CC by Mario H. Capogrosso. Related document: 247 CR 21–400–ARR Notice of Rule 7b Motion filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 255 | EXHIBIT DD by Mario H. Capogrosso. Related document: 247 CR 21–400–ARR Notice of Rule 7b Motion filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 256 | EXHIBIT EE by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 257 | AFFIRMATION OF SERVICE by Mario H. Capogrosso re 253 Exhibit, 246 Memorandum in Opposition, 250 Exhibit, 254 Exhibit, 248 Exhibit, 252 Exhibit, 256 Exhibit, 251 Exhibit, 255 Exhibit, 249 Exhibit, 247 Reply in Opposition (Lee, Tiffeny) (Entered: 08/04/2021) |

| | | |
|---|---|---|
| 07/29/2021 | 258 | MEMORANDUM of Law in Opposition to Defendant Smart's Motion for Summary Judgment filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 259 | EXHIBIT N by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 260 | EXHIBIT O by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 261 | EXHIBIT P by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 262 | EXHIBIT Q by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 263 | EXHIBIT R by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 264 | EXHIBIT S by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 265 | EXHIBIT T by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 266 | CERTIFICATE OF SERVICE by Mario H. Capogrosso re 258 Memorandum in Opposition, 261 Exhibit, 265 Exhibit, 262 Exhibit, 260 Exhibit, 263 Exhibit, 264 Exhibit, 259 Exhibit. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/30/2021 | 241 | First MOTION for Extension of Time to File Response/Reply as to 235 Affidavit in Opposition to Motion, by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Oloughlin, D.) (Entered: 07/30/2021) |
| 08/02/2021 | 242 | ORDER granting 234 Motion to Withdraw as Attorney. Attorney Brianne Holland–Stergar terminated. Endorsed on doc 234 . So Ordered by Magistrate Judge Lois Bloom on 8/2/2021. (Rein, Gilbert) (Entered: 08/02/2021) |
| 08/02/2021 | 243 | ORDER: The State defendants request an extension of time to file a reply in support of their motion for summary judgment. ECF No. 241 . The request is granted. The State defendants shall file their reply by September 10, 2021. See Attached Order. Ordered by Magistrate Judge Lois Bloom on 8/2/2021. (Rein, Gilbert) (Entered: 08/02/2021) |
| 08/02/2021 | 267 | Letter dated 8/2/2021 to Judge Komitee and Judge Bloom regarding opposing counsel's request for extension of time to reply. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 08/03/2021 | 244 | Letter MOTION for Extension of Time to File Response/Reply as to 239 Affidavit in Opposition to Motion, by David Smart. (Douglas, Maura) (Entered: 08/03/2021) |
| 08/05/2021 | 268 | ORDER: Defendant David Smart requests an extension of time to file a reply in support of his motion for summary judgment. ECF No. 244. Defendant Smart requests to extend the August 8, 2021 deadline to September 10, 2021. This is a 33–day extension of time. Defendant writes that plaintiff consents only to a 30–day extension. The additional three days will not prejudice plaintiff. Accordingly, defendant Smart's request is granted. Defendant Smart shall file his reply by September 10, 2021. Ordered by Magistrate Judge Lois Bloom on 8/5/2021. (Wilhelm, Samantha) (Entered: 08/05/2021) |
| 08/12/2021 | 269 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 8/2/2021 and Motion to Withdraw As Counsel previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 08/13/2021) |
| 08/20/2021 | 270 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 8/5/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 08/23/2021) |
| 09/08/2021 | 271 | NOTICE of Appearance by Sharon Katz on behalf of David Smart (aty to be noticed) (Katz, Sharon) (Entered: 09/08/2021) |
| 09/08/2021 | 272 | REPLY in Support re 178 MOTION for Summary Judgment filed by David Smart. (Douglas, Maura) (Entered: 09/08/2021) |

| | | |
|---|---|---|
| 09/08/2021 | 273 | MOTION to Withdraw as Attorney by David Smart. (Douglas, Maura) (Entered: 09/08/2021) |
| 09/09/2021 | | ORDER: Attorney Maura Douglas requests leave to withdraw as counsel for David Smart. ECF No. 273. The request is granted. Davis Polk will continue to be pro bono counsel of record in this matter for the limited purpose of Mr. Smart's motion for summary judgment. Ordered by Magistrate Judge Lois Bloom on 9/9/2021. (Wilhelm, Samantha) (Entered: 09/09/2021) |
| 09/09/2021 | 274 | REPLY in Support re 179 MOTION for Summary Judgment *by the State Defendants* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 09/09/2021) |
| 09/10/2021 | 275 | MOTION to Withdraw as Attorney *on behalf of D. Stan O'Loughlin and Elizabeth Forman* by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Oloughlin, D.) (Entered: 09/10/2021) |
| 09/13/2021 | | ORDER: Attorneys Stan O'Loughlin and Elizabeth Forman request leave to withdraw as counsel for defendants Gelbstein, Traschen, Calvo, and the DMV ("the State Defendants"). ECF No. 275. The request is granted. Attorney James Thompson will continue to represent the State Defendants on behalf of the Attorney General. Ordered by Magistrate Judge Lois Bloom on 9/13/2021. (Wilhelm, Samantha) (Entered: 09/13/2021) |
| 09/22/2021 | 276 | Mail Returned as Undeliverable, "Return to Sender, No Such Street, Unable to Forward." Order dated 9/13/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 09/23/2021) |
| 09/22/2021 | 277 | Mail Returned as Undeliverable, "Return to Sender, No Such Number, Unable to Forward." Order dated 9/9/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 09/23/2021) |
| 02/01/2022 | 278 | **REPORT AND RECOMMENDATION:** Attorney Mario H. Capogrosso, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1988, alleging that defendants retaliated against him for exercising his First Amendment rights by permanently barring him from the Traffic Violations Bureau ("TVB") in May of 2015. Defendant David Smart and defendants Alan Gelbstein, Ida Transchen, Danielle Calvo, and New York State Department of Motor Vehicles Commissioner Mark Schroeder, (collectively, "the State Defendants") move for summary judgment on plaintiff's claims against them pursuant to Rule 56 of the Federal Rules of Civil Procedure. ECF Nos. 178, 179. Plaintiff opposes the motions. ECF Nos. 246, 258. The Honorable Eric R. Komitee referred defendants' motions to me for a Report and Recommendation in accordance with 28 U.S.C. § 636(b). For the reasons set forth in the attached Report and Recommendation, it is respectfully recommended that defendants' motions for summary judgment should be granted and plaintiff's complaint should be dismissed. Plaintiff's state law claims should be dismissed without prejudice. Objections to R&R due by 2/15/2022. Ordered by Magistrate Judge Lois Bloom on 2/1/2022. (Wilhelm, Samantha) (Entered: 02/01/2022) |
| 02/09/2022 | 279 | ORDER: On February 7, 2022, plaintiff left a message on my chamber's voicemail stating that he wishes to request an extension of time to file his objections to my February 1, 2022 Report and Recommendation. Plaintiff is an attorney and he should be well aware that any request for an extension of time must be made in writing and filed on the docket. The Court will not consider requests made by telephone. Ordered by Magistrate Judge Lois Bloom on 2/9/2022. (Wilhelm, Samantha) (Entered: 02/09/2022) |
| 02/09/2022 | 280 | Letter MOTION for Extension of Time to File *Objection to Report and Recommendations. Pltff seeks a seven (7) day extension to 2/21/22, filed* by Mario H. Capogrosso. (Galeano, Sonia) (Entered: 02/11/2022) |
| 02/14/2022 | 281 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Report and Recommendation dated 2/1/2022 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 02/16/2022) |
| 02/14/2022 | 282 | OBJECTION to 278 Report and Recommendations dated 2/1/2022, filed by Mario H. Capogrosso. (Attachments: # 1 Affirmation of Service and Envelope) (Galeano, Sonia) |

| | | |
|---|---|---|
| | | (Entered: 02/18/2022) |
| 02/16/2022 | 283 | SUPPLEMENTAL OBJECTIONS to 278 REPORT AND RECOMMENDATIONS dated 2/1/2022 filed by Mario H. Capogrosso. (Attachments: # 1 Affirmation of Service and Envelope) (Galeano, Sonia) (Entered: 02/18/2022) |
| 02/18/2022 | 284 | Mail Returned as Undeliverable, "Return to Sender, Attempted–Not Known, Unable to Forward." Order dated 2/9/2022 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 02/24/2022) |
| 02/22/2022 | | ORDER finding as moot 280 Motion for Extension of Time to File –– *See* docket entries 282 and 283 . Ordered by Judge Eric R. Komitee on 2/22/2022. (Guy, Alicia) (Entered: 02/22/2022) |
| 02/26/2022 | 285 | Letter MOTION for Extension of Time to File Response/Reply as to 282 Objection to Report and Recommendations, 283 Notice (Other) by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 02/26/2022) |
| 02/28/2022 | | ORDER granting in part and denying in part 285 Motion for Extension of Time to File Response/Reply as to 282 Objection to Report and Recommendations, 283 Notice (Other)–– The application is granted in part. The State Defendants' time to respond to Plaintiff's objections and supplemental objections is extended to March 10, 2022. Ordered by Judge Eric R. Komitee on 2/28/2022. *c/m*. (Guy, Alicia) (Entered: 02/28/2022) |
| 03/03/2022 | 286 | MEMORANDUM in Opposition re 282 Objection to Report and Recommendations, 283 Notice (Other) *Supplemental Objection to Report and Recommendation* filed by David Smart. (Katz, Sharon) (Entered: 03/03/2022) |
| 03/03/2022 | 287 | REPLY to Motion for Extension of Time (ECF 285 ) filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 03/04/2022) |
| 03/10/2022 | 288 | MEMORANDUM in Opposition re 282 Objection to Report and Recommendations, 283 Notice (Other) filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 03/10/2022) |
| 03/15/2022 | 289 | RESPONSE to State Defendants' Reply to Opposition to Report and Recommendations filed by Mario H. Capogrosso. (Lee, Tiffeny) *Stricken pursuant to Judge Komitee's Order dated 9/29/22.*. Modified on 9/29/2022 to note the filing has been stricken from the docket. (Guy, Alicia). (Entered: 03/16/2022) |
| 03/15/2022 | 290 | RESPONSE to Defendant Smart's Reply to Opposition to Report and Recommendations filed by Mario H. Capogrosso. (Lee, Tiffeny) *Stricken pursuant to Judge Komitee's Order dated 9/29/22.*. Modified on 9/29/2022 to note the filing has been stricken from the docket. (Guy, Alicia). (Entered: 03/16/2022) |
| 03/17/2022 | 291 | Letter MOTION to Strike 289 Reply in Opposition by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 03/17/2022) |
| 03/17/2022 | 292 | RESPONSE in Opposition re 291 Letter MOTION to Strike 289 Reply in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 03/18/2022) |
| 09/29/2022 | 293 | **MEMORANDUM & ORDER ADOPTING REPORT AND RECOMMENDATIONS** –– The R&R 278 is adopted in its entirety. Defendants' motions for summary judgment 178 , 179 are granted, the Court declines to exercise supplemental jurisdiction over Plaintiff's state–law claims against defendants Tahir and PEC Group of NY, Inc., and Defendants' motion to strike Plaintiff's unauthorized sur–replies(ECF Nos. 289 and 290) is granted. The Clerk of Court is respectfully directed to enter judgment in Defendants' favor and to close the case. **ORDER ATTACHED**. Ordered by Judge Eric R. Komitee on 9/29/2022. ((copy mailed). (Guy, Alicia) (Entered: 09/29/2022) |
| 09/29/2022 | | ORDER granting 291 Letter MOTION to Strike –– *See* docket entry 293 . Ordered by Judge Eric R. Komitee on 9/29/2022. (Guy, Alicia) (Entered: 09/29/2022) |
| 09/30/2022 | 294 | JUDGMENT: It is ORDERED and ADJUDGED that Defendants' motions for summary judgment are granted; that the Court declines to exercise supplemental jurisdiction over Plaintiff's state–law claims against defendants Tahir and PEC Group of NY, Inc.; and that Defendants' motion to strike Plaintiff's unauthorized sur–replies |

| | | |
|---|---|---|
| | | (ECF Nos. 289 and 290) is granted. ORDERED by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 9/30/2022. *(Copy of this Judgment and the attached appeals packet sent to pro se Plaintiff.)* (Latka–Mucha, Wieslawa) (Entered: 09/30/2022) |
| 10/14/2022 | <u>295</u> | Mail Returned as Undeliverable, "Return to Sender, No Such Number, Unable to Forward." Judgment dated 9/30/2022 previously sent to Sadiq Tahir. (SG) (Entered: 10/20/2022) |
| 10/25/2022 | <u>296</u> | NOTICE OF APPEAL as to <u>294</u> Clerk's Judgment,, <u>293</u> Order Adopting Report and Recommendations, Order on Motion for Summary Judgment, Order on Report and Recommendations,, by Mario H. Capogrosso. (VJ) (Entered: 10/26/2022) |
| 10/26/2022 | <u>297</u> | USCA Appeal Fees received $ 505 receipt number 100002436 re <u>296</u> Notice of Appeal filed by Mario H. Capogrosso (VJ) (Entered: 10/26/2022) |
| 10/26/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. <u>296</u> Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/26/2022) |