FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 30 2022 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
MARIO H. CAPOGROSSO,

        Plaintiff,

                                                    JUDGMENT
-against-                                    18-CV-2710(EK)(LB)

ALAN GELBSTEIN, in his individual capacity;
IDA TRASCHEN, in her individual capacity;
et al.,

        Defendants.
----------------------------------------------------------------- X

A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on September 29, 2022, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated February 1, 2022, granting Defendants' motions for summary judgment; declining to exercise supplemental jurisdiction over Plaintiff's state-law claims against defendants Tahir and PEC Group of NY, Inc.; granting Defendants' motion to strike Plaintiff's unauthorized sur-replies (ECF Nos. 289 and 290); it is

ORDERED and ADJUDGED that Defendants' motions for summary judgment are granted; that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims against defendants Tahir and PEC Group of NY, Inc.; and that Defendants' motion to strike Plaintiff's unauthorized sur-replies (ECF Nos. 289 and 290) is granted.

Dated: Brooklyn, NY                                           Brenna B. Mahoney
       September 30, 2022                            Clerk of Court

                                                                       By: /s/Jalitza Poveda
                                                                           Deputy Clerk