# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Oct 26, 2022 10:23AM

Mario H Capogrosso

Rcpt. No: 100002436                    Trans. Date: Oct 26, 2022 10:23AM                    Cashier ID: #BG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #2665 | 10/26/2022 | | $505.00 |
| | | | Total Due: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 18-CV-2710

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.