**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

**Distribution of Instructions & Forms for Pro Se Parties in U.S & Private Civil Cases**

__X_ Acknowledgment and Notice of Appearance
__X_ Docketing Notice
__X_ Docket Report
__X_ How to Appeal Your Civil Case
__X_ How to Appeal as a Pro Se Party
_____ Form D-P
__X_ T-1080 Form
_____ Financial Affidavit
__X_ Local Rule 24.1 Statement
__X_ Certificate of Service
__X_ Format Motion
__X_ Format Brief
__X_ Format Appendix
__X_ Pro Se Scheduling Notification
__X_ Oral Argument Statement (Local Rule 34.1(a))
__X_ Form 6 Certificate of compliance
_____ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)