## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Capogrosso v. Gelbstein          Docket No.: 22-2827

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: David Lawrence III, Assistant Solicitor General

Firm: Office of the Attorney General

Address: 28 Liberty St., 23rd Floor   New York, NY 10005

Telephone: (212) 416-8023                    Fax: (212) 416-8962

E-mail: David.Lawrence@ag.ny.gov

**Appearance for:** appellees Gelbstein, Traschen, Calvo, and Schroeder
                        (party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood                    )
                                                  (name/firm)

[ ] Substitute counsel (replacing other counsel:                    )
                                                  (name/firm)

[ ] Additional counsel (co-counsel with:                    )
                                          (name/firm)

[ ] Amicus (in support of :                    )
                              (party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on  11/5/2019                                                      OR

[ ] I applied for admission on                                                      .

Signature of Counsel: /s/David Lawrence III

Type or Print Name: David Lawrence III