## CERTIFICATE OF SERVICE

I hereby certify that I have, on the 8th day of November, 2022, served or caused to be served one copy of the accompanying Notice of Appearance for Substitute Counsel by United States Postal Service first class/priority mail upon the following named person(s):

Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804

PEC Group of NY, Inc.
Ste 701
352 7th Avenue
New York, NY 10001

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

　　　/s/  David Lawrence III