# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Capogrosso v. Gelbstein, et al.  **Docket No.:** 22-2827

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Amelia T.R. Starr

**Firm:** Davis Polk & Wardwell LLP

**Address:** 450 Lexington Ave, New York, NY 10017

**Telephone:** 212-450-4516  **Fax:** 212-701-5516

**E-mail:** amelia.starr@davispolk.com

**Appearance for:** David Smart / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sharon Katz / Davis Polk & Wardwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2020-04-01  OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Amelia T.R. Starr

**Type or Print Name:** Amelia T.R. Starr