# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso

**CERTIFICATE OF SERVICE**\*

Docket Number: 22-2827

v.

Alan Gelbstein, in his official and individual capacity, et al.

I, Amelia T.R. Starr (print name), hereby certify under penalty of perjury that on November 15, 2022 (date), I served a copy of the Notice of Appearance of Amelia T.R. Starr as Additional Counsel for Appellee David Smart

(list all documents)

by (select all applicable)**

___ Personal Delivery        ___ United States Mail        _X_ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Mario H. Capogrosso | 21 Sheldrake Place | New Rochelle | NY | 10804 |
| PEC Group of NY, Inc. | 352 7th Avenue, Suite 701 | New York | NY | 10001 |
| Sadiq Tahir | 2994 Coney Island Avenue | Brooklyn | NY | 11235 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 15, 2022                    /s/ Amelia T.R. Starr
Today's Date                              Signature

Certificate of Service Form (Last Revised 12/2015)