IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____x

Mario H. Cappogrosso,

        Plaintiff-Appellant,

v.                                                   Docket No.: 22-2827

Alan Gelbstein, et al.,

        Defendants-Appellees.

_____x

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

The undersigned counsel moves for leave to appear *pro hac vice* for the Plaintiff-Appellant in the instant matter in submitting a brief in support of reversal on appeal as well as other ancillary documents pertaining to the above captioned matter. The Appellant is also requesting oral argument in this matter.

Local Rule 46.1 for the Second Circuit Court of Appeals states: "An attorney may be admitted pro hac vice to appear in a particular proceeding without formally applying for admission or paying the admission fee. Pro hac vice admission will be considered on submission of a written motion to the court before filing a notice of appearance. To qualify, the attorney must be a member in good standing of a state or the District of Columbia bar and must be one of the following: (1) a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and appears for that defendant on an appeal taken under 18 U.S.C. § 3006A; (2) acting for

1

a party proceeding in forma pauperis; or (3) able to demonstrate exceptional circumstances justifying admission for the particular proceeding."

Undersigned counsel is seeking to appear *pro hac vice* for the purpose of filing a brief of the appellant in the instant matter as well as other ancillary documents pertaining to the above captioned matter. I certify that I was originally admitted to the practice of law in the State of New York in 2004 and am admitted to appear before, and am a member in good standing of, the bar of the following jurisdiction:

    (1) The State of New York

Based on the foregoing, I request that this Honorable Court grant the instant motion for leave to appear *pro hac vice* in this matter.

WHEREFORE, based on the foregoing, the undersigned requests this Honorable Court GRANT the instant motion for leave to appear *pro hac vice* for the reasons stated herein.

DATED: November 8, 2022

                                        Pro Se Plaintiff-Appellant

                                        Mario H. Capogrosso, Esq.

Form T-1080 (rev.12-13)

**MOTION INFORMATION STATEMENT**

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**Docket Number(s):** 22-2827         **Caption [use short title]**

**Motion for:** MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Set forth below precise, complete statement of relief sought:

Capogrosso v. Gelbstein, et. al.

**MOVING PARTY:** Mario H. Capogrosso         **OPPOSING PARTY:** Alan Gelbstein, et. al.

☐ Plaintiff          ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:**                             **OPPOSING ATTORNEY:**
                [name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**                                         **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):         Has this request for relief been made below?        ☐ Yes ☐ No
☑ Yes ☐ No (explain):                                                        Has this relief been previously sought in this court? ☐ Yes ☐ No
                                                                             Requested return date and explanation of emergency:
Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
_[signature] M+C_        Date: 9/8/2022  Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso

**CERTIFICATE OF SERVICE***

Docket Number: 22-2827

v.

Alan Gelbstein, et al.,

I, Mario H. Capogrosso, hereby certify under penalty of perjury that
on 11/8/2022, I served a copy of MOTION FOR LEAVE TO APPEAR
(date) PRO HAC VICE
(list all documents)

by (select all applicable)**

___ Personal Delivery    ___ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| James M. Thompson, Esq | 28 Liberty Street, | New York, | NY | 10005 |
| Sadiq Tahir | 2994 Coney Island Avenue | Brooklyn | NY | 11235 |
| PEG Group of New York | 935 S. Lake Blvd, #7, | Mahopac | NY | 10541 |
| Maura Douglas, Esq. | 450 Lexington Avenue | New York | NY | 10017 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Today's Date: 11/8/2022

Signature: /s/ M.H.C.

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso

v.

Alan Gelbstein, et al.,

**CERTIFICATE OF SERVICE***

Docket Number: 22-2827

I, Mario H. Capogrosso (print name), hereby certify under penalty of perjury that on 11/8/2022 (date), I served a copy of MOTION FOR LEAVE TO APPEAR PRO HAC VICE (list all documents)

by (select all applicable)**

___ Personal Delivery    **X** United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| James M. Thompson, Esq | 28 Liberty Street, | New York, | NY | 10005 |
| Sadiq Tahir | 2994 Coney Island Avenue | Brooklyn | NY | 11235 |
| PEC Group of New York | 935 S. Lake Blvd. #7, | Mahopac | NY | 10541 |
| Maura Douglas, Exq. | 450 Lexington Avenue | New York | NY | 10017 |
|  |  |  |  |  |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/8/2022
Today's Date

_M.H.C._ (signature)
Signature

Certificate of Service Form (Last Revised 12/2015)