22-2827

PEC Group of NY, Inc.
Ste 701
352 7th Avenue
New York, NY 10001



RECEIVED
2022 NOV 16 PM 4:29
CLERK'S OFFICE
U.S. COURT OF APPEALS

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: November 03, 2022
Docket #: 22-2827
Short Title: Capogrosso v. Gelbstein

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 18-cv-2710
DC Court: EDNY (BROOKLYN)
DC Judge: Komitee
DC Judge: Bloom

## NOTICE BARRING A CORPORATION FROM PROCEEDING PRO SE

A Notice of Appeal has been filed in this Court in the above referenced case naming an incorporated business as an appellate party. It appears that the corporate party is not represented by counsel in this case.

An incorporated business, even if solely owned, is prohibited from appearing pro se in this Court. See 28 U.S.C. § 1654; Berrio v. New York City Housing Authority, 564 F. 3d 130, 132-133 (2d Cir. 2009).

If an attorney admitted to practice in this Court does not file a notice of appearance on behalf of the incorporated business by December 05, 2022, the corporate party will be deemed in default on the appeal. An unrepresented corporate party's brief will not be accepted for filing and when the appeal is placed on a calendar for determination by the Court, the unrepresented corporate party will not be heard at oral argument, except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8612.

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: November 03, 2022
Docket #: 22-2827
Short Title: Capogrosso v. Gelbstein

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 18-cv-2710
DC Court: EDNY (BROOKLYN)
DC Judge: Komitee
DC Judge: Bloom

**DOCKETING NOTICE**

A notice of appeal filed by Mario H. Capogrosso in the above referenced case was docketed today as 22-2827. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

YOUR CORRECT CONTACT INFORMATION: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

CHANGE IN CONTACT INFORMATION: An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case.

An attorney and any pro se party who is permitted to file documents electronically in CM/ECF must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. To update contact information, a Filing User must access PACER's Manage

My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

CAPTION: In an appeal, the Court uses the district court caption pursuant to FRAP 12(a), 32(a). For a petition for review or original proceeding the Court uses a caption pursuant to FRAP 15(a) or 21(a), respectively. Please review the caption carefully and promptly advise this Court of any improper or inaccurate designations in writing on the Acknowledgment and Notice of Appearance form. If a party has been terminated from the case the caption may reflect that change only if the district court judge ordered that the caption be amended.

APPELLATE DESIGNATIONS: Please review whether appellant is listed correctly on the party listing page of the docket sheet and in the caption. If there is an error, please note on the Acknowledgment and Notice of Appearance Form. Timely submission of the Acknowledgment and Notice of Appearance Form will constitute compliance with the requirement to file a Representation Statement required by FRAP 12(b).

For additional information consult the Court's instructions posted on the website.

Inquiries regarding this case may be directed to 212-857-8612.

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: November 03, 2022
Docket #: 22-2827
Short Title: Capogrosso v. Gelbstein

DC Docket #: 18-cv-2710
DC Court: EDNY (BROOKLYN)
DC Judge: Komitee
DC Judge: Bloom

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_ Record on Appeal - Certified List

\_\_\_\_ Record on Appeal - CD ROM

\_\_\_\_ Record on Appeal - Paper Documents

\_X\_ Record on Appeal - Electronic Index

\_\_\_\_ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8612.

# General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 22-2827 | **Docketed:** 10/28/2022 |
| **Nature of Suit:** 3440 CIVIL RIGHTS-Other | |
| Capogrosso v. Gelbstein | |
| **Appeal From:** EDNY (BROOKLYN) | |
| **Fee Status:** Paid | |

**Case Type Information:**
 1) Civil
 2) Private
 3) --

**Originating Court Information:**
 **District:** 0207-1 : 18-cv-2710
 **Trial Judge:** Eric R. Komitee, U.S. District Judge
 **Trial Judge:** Lois Bloom, U.S. Magistrate Judge
 **Date Filed:** 05/08/2018

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 09/30/2022 | 09/30/2022 | 10/25/2022 | 10/28/2022 |

**Prior Cases:**
 None

**Current Cases:**
 None

**Panel Assignment:** Not available

| | |
|---|---|
| Mario H. Capogrosso<br>    Plaintiff – Appellant | Mario H. Capogrosso, –<br>[NTC Pro Se]<br>21 Sheldrake Place<br>New Rochelle, NY 10804 |
| Alan Gelbstein, in his official and individual capacity<br>    Defendant – Appellee | Barbara D. Underwood, –<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |
| Ida Traschen, in her official and individual capacity<br>    Defendant – Appellee | Barbara D. Underwood, –<br>[COR NTC Government]<br>(see above) |
| Danielle Calvo, in her official and individual capacity<br>    Defendant – Appellee | Barbara D. Underwood, –<br>[COR NTC Government]<br>(see above) |
| Sadiq Tahir, in his individual capacity<br>    Defendant – Appellee | Sadiq Tahir, –<br>Direct: 929-366-1717<br>[NTC Pro Se]<br>2994 Coney Island Avenue<br>Brooklyn, NY 11235 |
| PEC Group of NY, Inc.<br>    Defendant – Appellee | PEC Group of NY, Inc., –<br>[NTC Pro Se]<br>Ste 701<br>352 7th Avenue<br>New York, NY 10001 |
| David Smart<br>    Defendant – Appellee | Sharon Katz, Esq., –<br>Direct: 212-450-4508<br>[COR NTC Retained]<br>Davis Polk & Wardwell LLP<br>2750<br>450 Lexington Avenue<br>New York, NY 10017 |
| Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles<br>    Defendant – Appellee | Barbara D. Underwood, –<br>[COR NTC Government]<br>(see above) |
| Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat<br>    Defendant | |

Elizabeth Prickett---Morgan, in her official and individual capacity
    Defendant

Jean Flanagan, in her official and individual capacity
    Defendant

Vincent Palmieri, in his official and individual capacity
    Defendant

John and Jane Doe
    Defendant

Mario H. Capogrosso,

    Plaintiff–Counter–Defendant–Appellant,

v.

Alan Gelbstein, in his official and individual capacity, Ida Traschen, in her official and individual capacity, Danielle Calvo, in her official and individual capacity, PEC Group of NY, Inc., Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles,

    Defendants – Appellees,

David Smart, Sadiq Tahir,

    Defendants–Counter–Claimants–Appellees,

Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat, Elizabeth Prickett—Morgan, in her official and individual capacity, Jean Flanagan, in her official and individual capacity, Vincent Palmieri, in his official and individual capacity, John and Jane Doe,

    Defendants.

22-2827 Capogrosso v. Gelbstein

| | | |
|---|---|---|
| 10/28/2022 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Mario H. Capogrosso, FILED. [3413511] [22-2827] [Entered: 11/03/2022 12:32 PM] |
| 10/28/2022 | 2 | DISTRICT COURT MEMORANDUM AND ORDER, dated 09/29/2022, RECEIVED.[3413515] [22-2827] [Entered: 11/03/2022 12:34 PM] |
| 10/28/2022 | 3 | DISTRICT COURT JUDGMENT, dated 09/30/2022, RECEIVED.[3413516] [22-2827] [Entered: 11/03/2022 12:35 PM] |
| 10/28/2022 | 4 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Mario H. Capogrosso, district court receipt # 100002436, FILED.[3413517] [22-2827] [Entered: 11/03/2022 12:37 PM] |
| 10/28/2022 | 5 | ELECTRONIC INDEX, in lieu of record, FILED.[3413519] [22-2827] [Entered: 11/03/2022 12:37 PM] |
| 11/03/2022 | 6 | INSTRUCTIONAL FORMS, to Pro Se litigant, Mario H. Capogrosso, SENT.[3413521] [22-2827] [Entered: 11/03/2022 12:39 PM] |
| 11/03/2022 | 7 | INSTRUCTIONAL FORMS, to Pro Se litigant, Sadiq Tahir, SENT.[3413526] [22-2827] [Entered: 11/03/2022 12:43 PM] |



Address Unknown
Return to Sender

USM SDNY

MIXIE 061 42 1 0211/13/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
UNITED STATES COURT HOUSE
FOLEY SQUARE
NEW YORK, N.Y. 10007



quadient
FIRST-CLASS MAIL
IMI
$001.68
11/03/2022 ZIP 10007
043M31215152
US POSTAGE