# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand twenty-two.

Before:     Alison J. Nathan,
                *Circuit Judge.*

_____

Mario H. Capogrosso,

      Plaintiff-Counter-Defendant-Appellant,

v.

Alan Gelbstein, in his official and individual capacity,
Ida Traschen, in her official and individual capacity,
Danielle Calvo, in her official and individual capacity,
PEC Group of NY, Inc., Mark J.F. Schroeder,
Commissioner of the New York State Department of
Motor Vehicles,

      Defendants - Appellees,

David Smart, Sadiq Tahir,

      Defendants-Counter-Claimants-Appellees,

_____

**ORDER**

Docket No. 22-2827

      Mario H. Capogrosso seeks to be admitted *pro hac vice* for the purpose of proceeding *pro se*.

      IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

