IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------------x

Mario H. Capogrosso,

       Plaintiff-Appellant,

   v.                                                Docket No. 22-2827

Alan Gelbstein, et al.,

       Defendants-Appellees.

---------------------------------------------------------------x

## ADDENDUM A(1)

1. A description of the nature of the action is as follows:

   - Attorney Mario H. Capogrosso, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1988, alleging that defendants retaliated against him for exercising his First Amendment rights by permanently barring him from the Traffic Violations Bureau ("TVB") in May of 2015.

   - Defendants moved for summary judgment on plaintiff's claims against them pursuant to Rule 56 of the Federal Rules of Civil Procedure

2. The result below is as follows:

   - The U.S. District Court granted summary judgment on the basis of judicial immunity and quasi-judicial immunity and that the private security guard was not a state actor; both of which are errors of law that the Appellant intends to challenge in this appeal.

1

DATED: December 6, 2022

Pro-Se Plaintiff-Appellant,

*[signature]*

Mario H. Capogrosso, Esq.