NOTICE OF APPEAL



UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

MARIO H. CAPOGROSSO,

        Plaintiff,                    NOTICE OF APPEAL

   -against-                            18-CV-2710

ALAN GELBSTEIN, in his individual capacity; IDA TRASCHEN, in her individual capacity; et. al.,

        Defendants.

---------------------------------------------x

    Notice is hereby given that Mario H. Capogrosso hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of Eric Komitee, United States District Judge granting Defendants' motions for summary judgment and his decline to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims entered in this action on the 29th day of September, 2022.

                                                Mario H. Capogrosso
                                                21 Sheldrake Place
                                                New Rochelle, NY 10804
                                                (914) 806-3682

October 25, 2022

✯ FILED ✯

2022 OCT 25 PM 9:25

CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

CHECK

TO: PR

CAPOGRUSSO v. GELBSTEIN, et. al., 18-CV-2710

NOTICE OF APPEAL

✱ FILED
2022 OCT 25 PM 9:26
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

