Query   Reports   Utilities   Help   Log Out

APPEAL.NPROSE

## U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:18-cv-02710-EK-LB

Capogrosso v. Gelbstein et al
Assigned to: Judge Eric R. Komitee
Referred to: Magistrate Judge Lois Bloom
Cause: 42:1983 Civil Rights Act

Date Filed: 05/08/2018
Date Terminated: 09/30/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Mario H. Capogrosso

represented by Mario H. Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
914-806-3692
PRO SE

V.

**Defendant**

Alan Gelbstein
*in his official and individual capacity*

represented by James M. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212)416-6556
Fax: (212)416-6075
Email: james.thompson@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Mark Siegmund
Fred Hutchinson Cancer Center
1100 Fairview Ave N
Mail Stop J6-105
Seattle, WA 98109
206-667-6493
Email: mas4038@med.cornell.edu
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David Stannard Oloughlin
Office of The Attorney General
State of New York
28 Liberty Street
New York, NY 10005

|  |  |
|---|---|
|  | 212-416-8593<br>Email: stanoloughlin@gmail.com<br>*TERMINATED: 09/13/2021*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth A. Forman**<br>New York State Office of Court Administration<br>25 Beaver Street<br>New York, NY 10004<br>212-428-2153<br>Email: eforman@nycourts.gov<br>*TERMINATED: 09/13/2021*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Boshra Vahdatlamas**<br>*in her official and individual capacity*<br>*TERMINATED: 11/14/2019*<br>also known as<br>**Bushra Vahdat**<br>*TERMINATED: 11/14/2019* | represented by **Mark Siegmund**<br>(See above for address)<br>*TERMINATED: 11/20/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth A. Forman**<br>(See above for address)<br>*TERMINATED: 09/13/2021*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Ida Traschen**<br>*in her official and individual capacity* | represented by **James M. Thompson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Siegmund**<br>(See above for address)<br>*TERMINATED: 11/20/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Stannard Oloughlin**<br>(See above for address)<br>*TERMINATED: 09/13/2021*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elizabeth A. Forman**<br>(See above for address)<br>*TERMINATED: 09/13/2021*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Elizabeth Prickett-Morgan**<br>*in her official and individual capacity*<br>*TERMINATED: 11/14/2019* | represented by **Mark Siegmund**<br>(See above for address)<br>*TERMINATED: 11/20/2019* |

                                                LEAD ATTORNEY
                                                ATTORNEY TO BE NOTICED

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

### Defendant

**Jean Flanagan**
*in her official and individual capacity*
*TERMINATED: 11/14/2019*

represented by **Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

### Defendant

**Vincent Palmieri**
*in his official and individual capacity*
*TERMINATED: 11/14/2019*

represented by **Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

### Defendant

**Danielle Calvo**
*in her official and individual capacity*

represented by **James M. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Siegmund**
(See above for address)
*TERMINATED: 11/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stannard Oloughlin**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Forman**
(See above for address)
*TERMINATED: 09/13/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

Sadiq Tahir
*in his individual capacity*

represented by **Sadiq Tahir**
2994 Coney Island Avenue
Brooklyn, NY 11235
929-366-1717
PRO SE

**Defendant**

PEC Group of NY, Inc.

**Defendant**

David Smart

represented by **Brianne Holland-Stergar**
Davis Polk & Wardwell LLP
New York
450 Lexington Avenue
New York, NY 10017
212-450-4000
Email: brianne.holland-stergar@davispolk.com
*TERMINATED: 08/02/2021*
*ATTORNEY TO BE NOTICED*

**Maura Douglas**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-3957
Fax: 212-701-6957
Email: maura.douglas@davispolk.com
*TERMINATED: 09/09/2021*
*ATTORNEY TO BE NOTICED*

**Sharon Katz**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4000
Email: skatz@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

John and Jane Doe
*TERMINATED: 11/14/2019*

**Defendant**

Mark J.F. Schroeder
*Commissioner of the New York State Department of Motor Vehicles*

represented by **James M. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

David Smart
*TERMINATED: 10/17/2018*

V.

**Counter Defendant**

Mario H. Capogrosso
*TERMINATED: 10/17/2018*

**Counter Claimant**

Sadiq Tahir
*in his individual capacity*
*TERMINATED: 10/17/2018*

V.

**Counter Defendant**

Mario H. Capogrosso
*TERMINATED: 10/17/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2018 | 1 | COMPLAINT against Danielle Calvo, Jean Flanagan, Alan Gelbstein, John and Jane Doe, PEC Group of NY, Inc., Vincent Palmieri, Elizabeth Prickett-Morgan, David Smart, Sadiq Tahir, Ida Traschen, filed by Mario H. Capogrosso. (1) Civil Cover Sheet) (Davis, Kimberly). (Entered: 05/09/2018) |
| 05/08/2018 | | FILING FEE: $ 400, receipt number 4653127676 (Davis, Kimberly) (Entered: 05/09/2018) |
| 05/08/2018 | 2 | Summons Issued as to Danielle Calvo, Jean Flanagan, Alan Gelbstein, John and Jane Doe, PEC Group of NY, Inc., Vincent Palmieri, Elizabeth Prickett-Morgan, David Smart, Sadiq Tahir, Ida Traschen, Boshra Vahdatlamas. (Davis, Kimberly) (Entered: 05/09/2018) |
| 05/09/2018 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.** Do NOT return or file the consent unless all parties have signed the consent. (Davis, Kimberly) (Entered: 05/09/2018) |
| 05/14/2018 | 4 | ORDER: The Honorable Margo K. Brodie assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiff and defendants, alike, are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint. Plaintiff shall have 90 days from the date the summonses were issued to serve defendants. Accordingly, if service, is not made upon defendants by 8/6/2018, or if plaintiff fails to show good cause why such service has not been effected by that date, it will be recommended that the Court should dismiss this action without prejudice. Plaintiff is required to advise the Clerk of Court of any change of address. Plaintiff may choose to receive electronic notification of court issued filings in this civil case. If plaintiff is eligible and wishes to receive electronic notification of court issued |

| | | |
|---|---|---|
| | | documents, plaintiff should complete the attached Registration and Consent form and return the form to the Court. SO ORDERED by Magistrate Judge Lois Bloom, on 5/14/2018. C/mailed w/Attachments: # 1 Individual Practices of Magistrate Judge Lois Bloom, # 2 Instruction for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases, # 3 Pro Se Registration and Consent Form. (Service upon Defendants due by 8/6/2018.) (Latka-Mucha, Wieslawa) (Entered: 05/15/2018) |
| 05/30/2018 | 5 | First MOTION for Extension of Time to File Answer to Verified Complaint by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 05/30/2018) |
| 05/30/2018 | 6 | ANSWER to 1 Complaint, COUNTERCLAIM against Mario H. Capogrosso by David Smart. (Lee, Tiffeny) (Entered: 05/31/2018) |
| 05/30/2018 | 7 | ANSWER to 1 Complaint, COUNTERCLAIM against Mario H. Capogrosso by Sadiq Tahir. (Lee, Tiffeny) (Entered: 05/31/2018) |
| 06/01/2018 | 8 | ORDER: Counsel for defendant Gelberstein writes to request an extension of the deadline to respond to plaintiff's complaint "until 30 days after the last State Defendant has been served." The Court will not grant an extension based upon an unknown date. Nevertheless, the first request for an extension of is generally granted as a courtesy. Accordingly, the 5 request is granted in part and denied in part. Defendant Gelberstein shall respond to plaintiff's complaint by 7/16/2018. SO ORDERED by Magistrate Judge Lois Bloom, on 6/1/2018. C/mailed. (Latka-Mucha, Wieslawa) (Entered: 06/01/2018) |
| 06/08/2018 | 9 | Summons Returned Unexecuted by Mario H. Capogrosso as to Danielle Calvo. (Piper, Francine) (Entered: 06/11/2018) |
| 06/08/2018 | 10 | SUMMONS Returned Executed by Mario H. Capogrosso. Danielle Calvo served on 5/30/2018, answer due 6/20/2018; Alan Gelbstein served on 5/11/2018, answer due 6/1/2018; Elizabeth Prickett-Morgan served on 5/29/2018, answer due 6/19/2018; David Smart served on 5/11/2018, answer due 6/1/2018; Sadiq Tahir served on 5/11/2018, answer due 6/1/2018. (Attachments: # 1 Morgan Executed Summons, # 2 David Executed Summons, # 3 Daniel Executed Summons, # 4 Alan Executed Summons) (Piper, Francine) (Entered: 06/11/2018) |
| 06/08/2018 | 11 | Letter dated June 6, 2018 from Mario Capogrosso to Mag. Bloom, objecting to defendant's request for an extension of time to answer. (Piper, Francine) (Entered: 06/11/2018) |
| 06/11/2018 | | Document # 13, a duplicate of Mario Capogrosso's 11 letter dated June 6, 2018, was removed from the Court record, as per Chambers' request. (Latka-Mucha, Wieslawa) (Entered: 06/15/2018) |
| 06/12/2018 | 12 | ORDER TO ANSWER: Pro se plaintiff 11 writes to object to defendant Gelberstein's request for an extension of time to respond to plaintiff's complaint. Now that proof of service on all defendants has been 10 filed with the Court, the Court orders all defendants to respond to plaintiff's complaint by 7/16/2018. The Court shall hold an initial conference on 7/25/2018 at 10:30 a.m. in Courtroom 11A South of the United States Courthouse. The parties shall exchange their Rule 26(a)(1) initial disclosures and file their Rule 26(f) Meeting Report with the Court by 7/23/2018. SO ORDERED by Magistrate Judge Lois Bloom, on 6/12/2018. C/mailed. (Initial Conference set for 7/25/2018 at 10:30 a.m. in Courtroom 11A South before Magistrate Judge Lois Bloom.) (Latka-Mucha, Wieslawa) (Entered: 06/13/2018) |
| 06/14/2018 | 13 | Letter MOTION for Extension of Time to File to defendants' Tahir and Smart's counterclaims as set forth in their pro se Answer to my Complaint, No. CV18-2710 by |

| | | |
|---|---|---|
| | | Mario H. Capogrosso. (Marziliano, August) (Entered: 06/15/2018) |
| 06/18/2018 | 14 | ORDER: The Court notes that plaintiff requests additional time to, among other things, "interview parties." Plaintiff need not "interview parties" to respond to defendant's counterclaims. ECF Nos. 6, 7. Nevertheless, as a first request for an extension of time is generally granted as a courtesy, plaintiff's 13 request for an extension of time to respond to the counterclaims is granted. Plaintiff shall respond to defendants' counterclaims by 7/16/2018. SO ORDERED by Magistrate Judge Lois Bloom, on 6/18/2018. *C/mailed.* (Latka-Mucha, Wieslawa) (Entered: 06/19/2018) |
| 06/20/2018 | 15 | MOTION to Dismiss *David Smart"s Counterclaims* by Mario H. Capogrosso. (Attachments: # 1 Memorandum in Support, # 2 Affirmation In Support, # 3 Affirmation of Service) (Piper, Francine) (Entered: 06/21/2018) |
| 06/20/2018 | 16 | Letter dated June 20, 2018 from Mario H. Capogrosso to Judge Brodie, seeking the recusal of Mag. Bloom, or in the alternative a fair hearing on the merits. (Piper, Francine) (Entered: 06/21/2018) |
| 06/20/2018 | 17 | MOTION to Dismiss *Sadiq Tahir's Counterclaim;* filed by Mario H. Capogrosso. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support, # 3 Affidavit of Service, # 4 Notice) (Latka-Mucha, Wieslawa) (Entered: 06/25/2018) |
| 06/20/2018 | 18 | NOTICE re: Mario H. Capogrosso's 15 Motion to Dismiss David Smart's Counterclaim; filed by *pro se* Mario H. Capogrosso, dated 6/19/2018. (Latka-Mucha, Wieslawa) (Entered: 06/25/2018) |
| 07/13/2018 | 19 | Letter *Requesting Pre-Motion Conference Relating to State Defendants' Motion to Dismiss Verified Complaint* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Attachments: # 1 Exhibit Ex. 1 - Statements, Complaints and Reports from 2009 through 2011, # 2 Exhibit Ex. 2 - Employee Petition, # 3 Exhibit Ex. 3 - Feb. 8, 2012 DMV Letter Summarizing Complaints, # 4 Exhibit Ex. 4 - May 15, 2012 Letter from DMV's Counsel to Mr. Capogrosso's Counsel, # 5 Exhibit Ex. 5 - June 20, 2012 Letter from DMV's Counsel to Mr. Capogrosso's Counsel, # 6 Exhibit Ex. 6 - Statements, Complaints and Reports from 2014 through 2016) (Siegmund, Mark) (Entered: 07/13/2018) |
| 07/13/2018 | 20 | First MOTION to Stay *Discovery* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 07/13/2018) |
| 07/18/2018 | 21 | MOTION to Appoint Counsel by David Smart. (Attachments: # 1 Support Papers, # 2 Tax Attachment, # 3 Mailing Envelope) (Piper, Francine) (Entered: 07/19/2018) |
| 07/19/2018 | | **SCHEDULING ORDER:** Pre Motion Conference is set for **August 2, 2018 at 11:30 AM** in Courtroom 6F North before Judge Margo K. Brodie. The Court will address all pending issues, including the request to stay discovery at the conference. Ordered by Judge Margo K. Brodie on 7/19/2018. (Brucella, Michelle) (Entered: 07/19/2018) |
| 07/20/2018 | 22 | ORDER: In light of the pre-motion conference scheduled before Judge Brodie, the Court cancels the 7/25/2018 initial conference. SO ORDERED by Magistrate Judge Lois Bloom, on 7/20/2018. *C/mailed.* (Latka-Mucha, Wieslawa) (Entered: 07/23/2018) |
| 07/23/2018 | 23 | Letter *Advising Court of Incident Involving Plaintiff* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Attachments: # 1 Exhibit Ex. 1 - Letter to Plaintiff Dated 7/18/18) (Siegmund, Mark) (Entered: 07/23/2018) |
| 07/27/2018 | 24 | SUMMONS Returned Executed by Mario H. Capogrosso. PEC Group of NY, Inc. served on 6/11/2018, answer due 7/16/2018; Ida Traschen served on 6/6/2018, answer due |

| | | |
|---|---|---|
| | | 7/16/2018; Boshra Vahdatlamas served on 6/11/2018, answer due 7/16/2018. (Piper, Francine) (Entered: 07/27/2018) |
| 07/31/2018 | 25 | Letter dated July 30, 2018 from Mario Capogrosso to Judge Brodie and Mag. Bloom, requesting that sanctions be entered against attorney M. Siegmund. (Piper, Francine) (Entered: 08/01/2018) |
| 08/01/2018 | 26 | Letter *in Response to Letter from Plaintiff to the Court, dated July 30, 2018 (ECF No. 25)*, by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 08/01/2018) |
| 08/01/2018 | 27 | Letter dated July 31, 2018 from Mario Capograsso to Judge Brodie and Magistrate Bloom, requesting prospective injunctive relief, enjoining the defendants from denying plaintiff the right to practice law in the Traffic Violations Bureau Courts in the State of New York. (Piper, Francine) (Entered: 08/02/2018) |
| 08/02/2018 | 28 | Letter MOTION for pre motion conference by Mario H. Capogrosso. (Piper, Francine) (Entered: 08/02/2018) |
| 08/02/2018 | 29 | Letter dated August 2, 2018 from Mario Capograsso to Judge Brodie and Magistrate Bloom, attaching several exhibits mistakenly omitted and requesting that it be attached to the July 31, 2018 letter. (Attachments: # 1 Exhibits B-D) (Piper, Francine) (Entered: 08/02/2018) |
| 08/02/2018 | | Minute Entry for pre-motion conference held on August 2, 2018. Pro se plaintiff Mario Capogrosso appeared on behalf of himself. Mark Siegmund appeared for defendants Alan Gelbstein, Boshra Vahdatlamas, Ida Traschen, Elizabeth Prickett-Morgan, Jean Flanagan, Vincent Palmieri and Danielle Calvo (the "State Defendants"). Pro se defendant and counterclaim-plaintiff David Smart appeared on behalf of himself. Pro se defendant and counterclaim-plaintiff Sadiq Tahir appeared on behalf of himself. Defendant PEC Group of NY, Inc. did not appear. <br><br> For the reasons stated on the record, the Court denied Plaintiff's motion to recuse Judge Bloom from this case. The Court also denied Mr. Smart's motion for appointment of counsel, and informed Mr. Smart that a written order denying his motion would be forthcoming. <br><br> For the reasons stated on the record, the Court denied plaintiff's motion to dismiss the counterclaims filed by Mr. Smart and Mr. Tahir. The Court directed Mr. Smart to file an amended answer and counterclaim on or before August 9, 2018 to clarify that his counterclaim is based on prior conduct by plaintiff and also on plaintiff's filing of this action. Plaintiff shall respond to Mr. Smart's amended answer and counterclaim on or before August 23, 2018. The Court ordered Plaintiff to serve all papers on Mr. Smart by mail, using the mailing address Mr. Smart provided to the Court. <br><br> For the reasons stated on the record, the Court considered Mr. Tahir's oral statements made during the conference that his counterclaim is based on plaintiff's commencement of this action, and deemed such statements an amended answer and counterclaim. Plaintiff shall respond to Mr. Tahir's amended counterclaim on or before August 16, 2018. <br><br> The Court discussed with the parties the bases for the State Defendants' anticipated motion to dismiss the Complaint. The State Defendants shall serve their moving papers on or before August 17, 2018; Plaintiff shall serve his opposition on or before September 17, 2018; State Defendants shall serve their reply on or before October 1, 2018. The Court granted the State Defendants' motion for a stay of discovery pending the resolution |

| | | |
|---|---|---|
| | | of their motion to dismiss. Ordered by Judge Margo K. Brodie on 8/2/2018. (McKenzie, Lindsay) (Entered: 08/02/2018) |
| 08/02/2018 | 30 | ORDER re 21 motion to appoint counsel. At this early stage of the litigation, Mr. Smart has not established that his position is "likely to be of substance." Accordingly, the Court denies Mr. Smart's request for pro bono counsel without prejudice. Ordered by Judge Margo K. Brodie on 8/2/2018. (McKenzie, Lindsay) (Entered: 08/02/2018) |
| 08/02/2018 | 31 | Letter from David Smart to Judge Brodie, enclosing (1) reports from the police department and (b) report of labor relations of department of motor vehicles. (Piper, Francine) (Entered: 08/03/2018) |
| 08/16/2018 | 32 | Letter *to Plaintiff, with Copy to the Court, Attaching State Defendants' Motion to Dismiss Opening Papers* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 08/16/2018) |
| 08/16/2018 | 33 | MOTION to Dismiss *Counterclaims of Defendant Sadiq Tahir* by Mario H. Capogrosso. (Attachments: # 1 Proposed Order, # 2 Affirmation in Support, # 3 Memorandum In Support, # 4 Affirmation of Service) (Piper, Francine) (Entered: 08/16/2018) |
| 08/16/2018 | 34 | Letter dated August 15, 2018 from Mario Capogrosso to Judge Brodie and Magistrate Bloom, in regards to Attorney Siegmund's letter to the court dated August 1, 2018. (Piper, Francine) (Entered: 08/16/2018) |
| 08/22/2018 | 35 | MOTION to Dismiss *the Counterclaims of Defendant David Smart* by Mario H. Capogrosso. (Attachments: # 1 Memorandum in Support, # 2 Affirmation In Support, # 3 Proposed Order, # 4 Affirmation of Service) (Piper, Francine) (Entered: 08/23/2018) |
| 09/10/2018 | 36 | Letter MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss (ECF No. 32)* by Mario H. Capogrosso. (Piper, Francine) (Entered: 09/11/2018) |
| 09/11/2018 | 37 | Letter *in Response to Plaintiff's September 10, 2018 Letter (ECF No. 36)* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 09/11/2018) |
| 09/12/2018 | | ORDER granting in part and denying in part 36 Motion for Extension of Time to File Response/Reply. Plaintiff shall serve opposition papers on or before September 28, 2018. Defendants shall serve their reply on or before October 12, 2018. Ordered by Judge Margo K. Brodie on 9/12/2018.(Obanor, Dorielle) (Entered: 09/12/2018) |
| 10/02/2018 | 38 | Letter Letter dated October 2, 2018 from Mario Capogrosso to Judge Brodie and Magistrate Bloom, in response to attorney M. Siegmunds' telephone call of October 2, 2018. (Attachments: # 1 Mailing Envelope) (Piper, Francine) Modified on 10/3/2018 to correct spelling of plaintiff's name (Piper, Francine). (Entered: 10/03/2018) |
| 10/02/2018 | 39 | Letter dated October 1, 2018 from Mario Capogrosso to Judge Brodie and Mag. Bloom, in compliance with the court's standing order showing proof of service. (Attachments: # 1 Affirmation of Service, # 2 Mailing Envelope) (Piper, Francine) (Entered: 10/03/2018) |
| 10/02/2018 | 40 | DECLARATION In Opposition To Defendant's Motion To Dismiss Plaintiff's Complaint; filed by Mario H. Capogrosso. W/Attachments: # 1 Affirmation of Service, # 2 Envelope. (Latka-Mucha, Wieslawa) (Entered: 10/09/2018) |
| 10/02/2018 | 41 | MEMORANDUM Of Law In Opposition To Defendants' Motion To Dismiss; filed by *pro se* Mario H. Capogrosso. W/Attachments: # 1 Letter (Duplicate of doc.# 38 ), # 2 Affirmation of Service (Duplicate of doc.# 39 ). (Latka-Mucha, Wieslawa) (Entered: 10/09/2018) |

| Date | No. | Description |
|---|---|---|
| 10/11/2018 | 42 | MOTION to Dismiss for Failure to State a Claim by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 43 | Letter *(Cover Letter to Court for motion to dismiss)* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 44 | MEMORANDUM in Support *Of Defendants' Motion to Dismiss* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 45 | AFFIDAVIT/DECLARATION in Support re 42 MOTION to Dismiss for Failure to State a Claim *Declaration of Barbara Montena with Exhibits* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Attachments: # 1 Exhibit Ex. 1 - Perez Jr Incident Report (4-21-2009), # 2 Exhibit Ex. 2 - Roy Tucci Letter (4-21-2009), # 3 Exhibit Ex. 3 - Marisol Cervoni Letter (6-19-2009), # 4 Exhibit Ex. 4 - Fuller Letter (Redacted) (8-5-2009), # 5 Exhibit Ex. 5 - Dorset Letter (9-28-2010), # 6 Exhibit Ex. 6 - Employee Petition (1-6-2011), # 7 Exhibit Ex. 7 - Brody Letter (12-21-2011), # 8 Exhibit Ex. 8 - Maher Letter (12-21-2011), # 9 Exhibit Ex. 9 - Tahir Letter (12-21-2011), # 10 Exhibit Ex. 10 - Meyers Letter (12-23-2011), # 11 Exhibit Ex. 11 - Letter from Ida Traschen (2-8-2012), # 12 Exhibit Ex. 12 - Letter re 10-29-2014 Incident (Redacted), # 13 Exhibit Ex. 13 - Letter re 2-5-2015 Incident, # 14 Exhibit Ex. 14 - David Smart Statement (2-3-2015), # 15 Exhibit Ex. 15 - Letter re 2-5-2015 Incident (Redacted), # 16 Exhibit Ex. 16 - Email from TVB Employee (2-9-2015) (Redacted), # 17 Exhibit Ex. 17 - Letter from Tahir and Other Attorney (3-19-2015) (Redacted), # 18 Exhibit Ex. 18 - Letter from TVB Clerk (5-5-2015) (Redacted), # 19 Exhibit Ex. 19 - Letter from Attorney (5-5-2015) (Redacted), # 20 Exhibit Ex. 20 - Tahir Letter (5-5-2015) (Redacted), # 21 Exhibit Ex. 21 - Report of Workplace Violence Incident (Calvo & Flanagan) (Redacted) (5-5-2015), # 22 Exhibit Ex. 22 - Report of Workplace Violence Incident (Calvo) (Redacted) (5-11-2015), # 23 Exhibit Ex. 23 - Attorney Statement (5-11-2015), # 24 Exhibit Ex. 24 - Attorney Statement (5-11-2015), # 25 Exhibit Ex. 25 - Police Incident Information Slip (5-11-2015), # 26 Exhibit Ex. 26 - Internal DMV Memorandum (5-27-2015) (Redacted), # 27 Exhibit Ex. 27 - Letter from ALJ (June 2015) (Redacted), # 28 Exhibit Ex. 28 - Letter from Roy Tucci (3-3-2011)) (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 46 | AFFIDAVIT/DECLARATION in Support re 42 MOTION to Dismiss for Failure to State a Claim *Declaration of Mark Siegmund with Exhibits* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Attachments: # 1 Exhibit Ex. 1 - Capogrosso Petition (3-1-2012), # 2 Exhibit Ex. 2 - Gelbstein Affirmation (5-3-2012), # 3 Exhibit Ex. 3 - Traschen Affirmation (4-11-2012) (with exhibits) (Redacted), # 4 Exhibit Ex. 4 - First Letter from DMV Counsel to Capogrosso Counsel, dated 5-13-2012, # 5 Exhibit Ex. 5 - Second Letter from DMV Counsel to Capogrosso Counsel, dated 6-20-2012, # 6 Exhibit Ex. 6 - Capogrosso v. DMV Stipulation of Discontinuance, dated 6-22-2012, # 7 Exhibit Ex. 7 - Capogrosso Letter to Elizabeth Morgan, dated 3-20-2015) (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 47 | MEMORANDUM in Opposition *Plaintiff's Memo of Law in Opposition* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 48 | AFFIDAVIT/DECLARATION in Opposition re 42 MOTION to Dismiss for Failure to State a Claim filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Capogrosso Decl. - Ex. A, # 2 Exhibit Capogrosso Decl. - Ex. B, # 3 Exhibit Capogrosso Decl. - Ex. C, # 4 Exhibit Capogrosso Decl. - Ex. D, # 5 Exhibit Capogrosso Decl. - Ex. E, # 6 Exhibit Capogrosso Decl. - Ex. F, # 7 Exhibit Capogrosso Decl. - Ex. G) (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/11/2018 | 49 | REPLY in Support re 42 MOTION to Dismiss for Failure to State a Claim -- *Reply Memorandum of Law in Further Support of State Defendants' Motion to Dismiss the Complaint* -- filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Forman, Elizabeth) (Entered: 10/11/2018) |
| 10/17/2018 | 50 | **MEMORANDUM AND ORDER:** The Court grants Plaintiff's 33 and 35 motions and dismisses Defendants' counterclaims. Ordered by Judge Margo K. Brodie on 10/17/2018. (Brucella, Michelle) (Entered: 10/17/2018) |
| 11/05/2018 | | ORDER REFERRING MOTION: Defendants' 42 Motion to Dismiss for Failure to State a Claim is respectfully referred to Magistrate Judge Lois Bloom for a report and recommendation. Ordered by Judge Margo K. Brodie on 11/5/2018.(Obanor, Dorielle) (Entered: 11/05/2018) |
| 01/30/2019 | 51 | **REPORT & RECOMMENDATION:** The State Defendants move to dismiss plaintiff's 1 complaint pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(1), 12(b)(5), and 12(b)(6). The Honorable Margo K. Brodie referred the motion to me for a Report and Recommendation in accordance with 28 U.S.C. § 636(b). The Court respectfully recommends that the State Defendants' 42 motion to dismiss should be granted in part and denied in part. The State Defendants' motion to dismiss should be granted as to plaintiff's due process and Sections 1985 and 1986 claims, as well as all claims against Vahdatlamas, Morgan, Flanagan, and Palmieri. The State Defendants' motion to dismiss plaintiff's First Amendment retaliation claim against Gelbstein, Calvo, and Traschen should be denied. Likewise, plaintiff's claims for prospective injunctive relief against Gelbstein, Calvo, and Traschen should be denied. The State Defendants' motion to dismiss based on qualified immunity should be denied without prejudice. Should this Report be adopted, plaintiff should be afforded fourteen days leave to file an amended complaint as set forth herein. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen days from service of this Report to file written objections. SO ORDERED by Magistrate Judge Lois Bloom on 1/30/2019. *C/mailed. (Objections to R&R due by 2/13/2019.)* (Latka-Mucha, Wieslawa) (Entered: 01/30/2019) |
| 01/31/2019 | 52 | OBJECTION to 51 Report and Recommendations filed by Mario H. Capogrosso. (Piper, Francine) (Entered: 02/01/2019) |
| 02/04/2019 | 53 | ORDER: As set forth in the attached Order, this Order is to correct the Conclusion of my January 30, 2019 Report and Recommendation. The relevant portion of the Conclusion should be corrected to read: "Likewise, the State Defendants' motion to dismiss plaintiff's claim for prospective injunctive relief against Gelbstein, Calvo, and Traschen should be denied." *See attached Order. C/mailed to plaintiff via FedEx.* Ordered by Magistrate Judge Lois Bloom on 2/4/2019. (Panjini, Madhura) (Entered: 02/04/2019) |
| 02/08/2019 | 57 | Letter MOTION to Dismiss *Case* by David Smart. (Attachments: # 1 Incident Form) (Piper, Francine) (Entered: 02/13/2019) |
| 02/11/2019 | 54 | MOTION for Extension of Time to File *Objections to the Report and Recommendation* by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 02/12/2019) |
| 02/12/2019 | 55 | Letter *to Judge Brodie in Response to Plaintiff's Request for Extension of Time to File Objections to Report and Recommendation (ECF Doc. No. 54)* by Danielle Calvo, Jean |

| | | |
|---|---|---|
| | | Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 02/12/2019) |
| 02/12/2019 | 56 | Mail Returned as Insufficient Address Unable to Forward. Mail sent to Sadiq Tahir - Notice of Electronic Filing Dated 11/5/18 (Piper, Francine) (Entered: 02/13/2019) |
| 02/12/2019 | 58 | Mail Returned as Undeliverable. Mail sent to Sadiq Tahir 2994 Coney Island Ave Brooklyn, NY 11235 (Marziliano, August) (Entered: 02/19/2019) |
| 02/13/2019 | | ORDER granting 54 Motion for Extension of Time to File. The parties shall file any objections to Magistrate Judge Bloom's Report & Recommendation on or before February 27, 2019. Ordered by Judge Margo K. Brodie on 2/13/2019. (Obanor, Dorielle) (Entered: 02/13/2019) |
| 02/27/2019 | 59 | OBJECTION to 51 Report and Recommendations filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 02/27/2019) |
| 02/27/2019 | 60 | Declaration of Mario H. Capograsso in support of Plaintiffs 52 Objection to Report and Recommendations (Piper, Francine) (Entered: 02/28/2019) |
| 03/11/2019 | 61 | Mail Returned as Unclaimed, Unable to Forward. Mail, Electronic Order granting 54 Motion For Extension of time was sent to Sadiq Tahir.: (Piper, Francine) (Entered: 03/11/2019) |
| 03/13/2019 | 62 | MEMORANDUM in Support *State Defendants' Response to Plaintiff's Written Objections to the Magistrate Judge's Report & Recommendation Dated January 30, 2019* filed by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 03/13/2019) |
| 03/18/2019 | 63 | Plaintiff's Response to State Defendants Response to Plaintiff's Written Objections to Report & Recommendation of Magistrate Bloom Dated January 30, 2019. (Piper, Francine) (Entered: 03/20/2019) |
| 03/18/2019 | 64 | Mail Returned as Insufficient Address, Unable to Forward. Mail - Report and Recommendation was sent to Sadiq Tahir (Piper, Francine) (Entered: 03/22/2019) |
| 04/15/2019 | 65 | Letter dated April 8, 2019 from David Smart to Magistrate Bloom, regarding dfts efforts to dismiss the case against Mario H. Capogrosso. (Attachments: # 1 Mailing Envelope) (Piper, Francine) (Entered: 04/16/2019) |
| 04/24/2019 | 66 | MOTION to Appoint Counsel *(Pro-Bono)* by David Smart. (Piper, Francine) (Entered: 04/25/2019) |
| 05/24/2019 | 67 | Letter dated May 24, 2019 from Mario H. Capogrosso to Judge Brodie, advising that defendants Smart's Letter Motion to Dismiss was not received. (Piper, Francine) (Entered: 05/28/2019) |
| 05/24/2019 | 68 | Letter dated May 24, 2019 from Mario H. Capogrosso to Judge Brodie, requesting a decision on the state defendants' motion to dismiss filed on October 11, 2018. (Piper, Francine) (Entered: 05/28/2019) |
| 05/31/2019 | 69 | AFFIRMATION by Mario H. Capogrosso in opposition to defendant Smart's Motion to Dismiss Dated April 15, 2015 (Dkt. 65) (Piper, Francine) (Entered: 06/04/2019) |
| 09/06/2019 | 70 | Letter dated September 6, 2019 to Judge Brodie and Magistrate Bloom, providing the court with a letter to Judge Irizarry dated August 29, 2019. (Piper, Francine) (Entered: 09/06/2019) |

| | | |
|---|---|---|
| 09/25/2019 | 71 | ORDER ADOPTING REPORT AND RECOMMENDATION: The Court grants in part and denies in part the State Defendants' motion to dismiss. The Court grants the motion to dismiss as to Plaintiff's due process and section 1985 and section 1986 claims, as well as all claims against Vahdatlamas, Morgan, Flanagan, and Palmieri. The Court denies the motion to dismiss for lack of standing. The Court also denies the motion to dismiss Plaintiff's First Amendment retaliation claim and claim for prospective injunctive relief Gelbstein, Calvo, and Traschen. Finally, the Court denies without prejudice the motion to dismiss on qualified immunity grounds. The Court grants Plaintiff leave to file an amended complaint within thirty (30) days of this Memorandum and Order. Ordered by Judge Margo K. Brodie on 9/25/2019. (Valentin, Winnethka) (Entered: 09/26/2019) |
| 09/27/2019 | 72 | ORDER. In support of his motion, Smart attaches several documents seeking to show that he is a victim of Plaintiff's actions. (Incident Form, annexed to Def. Mot., Docket Entry No. 57-1.) Because Smart has not stated a proper basis to dismiss the Complaint against him, the Court denies without prejudice his motion to dismiss. The Court also denies without prejudice Smart's April 24, 2019 application for appointment of pro bono counsel. (Mot. to Appoint Counsel, Docket Entry No. 66.) As stated in the Court's prior Order denying a similar application from Smart, there is no right to counsel in a civil case. Ordered by Judge Margo K. Brodie on 9/27/2019. (Valentin, Winnethka) (Entered: 09/27/2019) |
| 09/30/2019 | 73 | Letter dated September 30, 2019 from Mario H. Capogrosso to Judge Brodie, requesting clarification in the Memorandum and Decision dated September 25, 2019. (Piper, Francine) (Entered: 09/30/2019) |
| 09/30/2019 | | ORDER re: 73 Plaintiff's Letter dated September 30, 2019, seeking clarification of the Court's Memorandum and Order dated September 25, 2019. In the Memorandum and Order denying in part and granting in part defendants' motion to dismiss, the Court did not decide whether plaintiff is entitled to prospective injunctive relief (or any relief). The Court only decided whether plaintiff's claims, including his request for prospective injunctive relief, can proceed to discovery. Ordered by Judge Margo K. Brodie on 9/30/2019. (Schindler, Emma) (Entered: 09/30/2019) |
| 10/24/2019 | 74 | AMENDED COMPLAINT against Danielle Calvo, Jean Flanagan, Alan Gelbstein, John and Jane Doe, PEC Group of NY, Inc., Vincent Palmieri, Elizabeth Prickett-Morgan, David Smart, Sadiq Tahir, Ida Traschen, Boshra Vahdatlamas, filed by Mario H. Capogrosso. (Attachments: # 1 Affirmation of Service) (Piper, Francine) (Entered: 10/28/2019) |
| 10/24/2019 | 75 | Letter dated October 24, 2019 from Mario Capogrosso to Judge Brodie and Magistrate Judge Bloom, advising the court of changes made in pages 11-14 and paragraphs 44-64 of the amended complaint. (Attachments: # 1 Affirmation of Service) (Piper, Francine) (Entered: 10/28/2019) |
| 10/28/2019 | 76 | ORDER: The Court shall hold the initial conference in *pro se* plaintiff's case on 11/14/2019 at 12:00 p.m. in Courtroom 11A South of the United States Courthouse. No planning conference pursuant to Rule 26(a) shall be required at this time. SO ORDERED by Magistrate Judge Lois Bloom, on 10/28/2019. *C/mailed. (Initial Conference set for 11/14/2019 at 12:00 p.m. in Courtroom 11A South before Magistrate Judge Lois Bloom.)* (Latka-Mucha, Wieslawa) (Entered: 10/29/2019) |
| 11/07/2019 | 77 | MOTION to Dismiss for Failure to State a Claim by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, Mark) (Entered: 11/07/2019) |
| 11/07/2019 | 78 | MOTION to Stay *Discovery* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas. (Siegmund, |

| | | |
|---|---|---|
| | | Mark) (Entered: 11/07/2019) |
| 11/07/2019 | 79 | AFFIDAVIT/AFFIRMATION *of Service of Pre-Motion Letters* by Danielle Calvo, Jean Flanagan, Alan Gelbstein, Vincent Palmieri, Elizabeth Prickett-Morgan, Ida Traschen, Boshra Vahdatlamas (Siegmund, Mark) (Entered: 11/07/2019) |
| 11/08/2019 | 80 | Mail Returned as Undeliverable. Order dated 10/28/2019 (ECF No. 76 ) sent to Sadiq Tahir. (Barrett, C) (Entered: 11/13/2019) |
| 11/14/2019 | 81 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Initial Conference held on 11/14/2019. Recorded. Tick #(s) 12:07 - 1:09. Appearance for Plaintiff: *pro se* Mario H. Capogrosso. Appearances for Defendants: Mark Siegmund, New York State Attorney General; and *pro se* David Smart. (Latka-Mucha, Wieslawa) (Entered: 11/14/2019) |
| 11/14/2019 | 82 | ORDER: Plaintiff voluntarily withdrew his 74 amended complaint. Accordingly, the Clerk of Court shall terminate the state defendants' 77 motion to dismiss. The state defendants' 78 motion to stay discovery is denied. This case shall proceed on the original 1 complaint against defendants Gelbstein, Calvo, Traschen, Smart, Tahir, and PEC Group of NY as set forth in Judge Brodie's 9/25/2019 Memorandum & Order 71 . The state defendants shall answer plaintiff's 1 Complaint and plaintiff and the state defendants shall exchange initial disclosures by **12/4/2019**. The parties shall complete all discovery by **5/15/2020**. Before requesting the Court's assistance regarding a discovery dispute, the parties must make a good faith effort to resolve the dispute with one another. Upon completion of discovery, any party seeking to file a dispositive motion shall file a pre-motion conference request by **6/5/2020** in accordance with Judge Brodie's Individual Motion Practices and Rules. Defendants Tahir and PEC Group of NY did not appear at the conference. The Court's Order scheduling the 11/14/2019 conference that was sent to Tahir was returned as 80 undeliverable. As Tahir did not have notice of today's conference, the Court excused his appearance on the record. A transcript of the 11/14/2019 conference has been ordered and shall be made part of the record. The Clerk of Court is directed to amend the caption as set forth above. Defendants Smart and Tahir have answered plaintiff's complaint. The Clerk of Court is directed to mail defendant Smart a copy of the *pro se* manual. SO ORDERED by Magistrate Judge Lois Bloom, on 11/14/2019. C/mailed. *(Defendants Vincent Palmieri, Elizabeth Prickett-Morgan, Boshra Vahdatlamas, Jean Flanagan and John and Jane Doe terminated. Danielle Calvo, Alan Gelbstein and Ida Traschen's answers due by 12/4/2019. Discovery due by 5/15/2020; Parties' Request for a Pre-motion Conference due by 6/5/2020.)* (Latka-Mucha, Wieslawa) (Entered: 11/15/2019) |
| 11/18/2019 | 83 | NOTICE of Appearance by James M. Thompson on behalf of Danielle Calvo, Alan Gelbstein, Ida Traschen (aty to be noticed) (Thompson, James) (Entered: 11/18/2019) |
| 11/19/2019 | 84 | MOTION to Withdraw as Attorney by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Attachments: # 1 Declaration) (Siegmund, Mark) (Entered: 11/19/2019) |
| 11/20/2019 | 85 | TRANSCRIPT of Proceedings held on November 14, 2019 before Judge Bloom. Court Transcriber: Typewrite Word Processing Service, Telephone number 518-581-8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 12/11/2019. Redacted Transcript Deadline set for 12/23/2019. Release of Transcript Restriction set for 2/18/2020. (Rocco, Christine) (Entered: 11/20/2019) |
| 11/20/2019 | 86 | ORDER, granting 84 Motion to Withdraw as Counsel for Defendants Alan Gelbstein, Ida |

| | | |
|---|---|---|
| | | Traschen, and Danielle Calvo (collectively, the "State Defendants"). Accordingly, it is ORDERED that Mark Siegmund, Esq. is hereby withdrawn as counsel of record for the State Defendants and shall be removed from all future notices in this lawsuit. **SO ORDERED** by Magistrate Judge Lois Bloom, on 11/20/2019. C/mailed. *(Attorney Mark Siegmund terminated.)* (Latka-Mucha, Wieslawa) (Entered: 11/21/2019) |
| 11/22/2019 | 87 | Mail Returned as **Undeliverable**. A copy of Judge Lois Bloom's 82 Order, dated 11/14/2019, was sent to *pro se* Defendant **Sadiq Tahir**'s secondary address: **2875 W. 8th Street, Brooklyn, NY 112224**. Envelope marked, "Return To Sender. No Such Street. Unable To Forward." (Latka-Mucha, Wieslawa) (Entered: 11/22/2019) |
| 11/26/2019 | 88 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 11/14/19 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 11/26/2019) |
| 11/27/2019 | 89 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, *and serve initial disclosures* by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Thompson, James) (Entered: 11/27/2019) |
| 11/27/2019 | 90 | ORDER: The state defendants' 89 request is granted over plaintiff's objection. The state defendants shall answer plaintiff's 1 Complaint, and plaintiff and the state defendants shall exchange initial disclosures by **12/18/2019**. SO ORDERED by Magistrate Judge Lois Bloom, on 11/27/2019. C/mailed. *(Defendants Danielle Calvo; Alan Gelbstein; and Ida Traschen's Answers due by 12/18/2019.)* (Latka-Mucha, Wieslawa) (Entered: 11/27/2019) |
| 12/02/2019 | 91 | Letter MOTION *Seeking Entrance to DMV TVB and Statement on Key Issues* by Mario H. Capogrosso. (Attachments: # 1 Affidavit of Service) (Lee, Tiffeny) (Entered: 12/02/2019) |
| 12/03/2019 | 92 | Mail Returned as Attempted Not Known. Unable to Forward. Mail - Order, Document 86 was sent to Sadiq Tahir (Piper, Francine) (Entered: 12/04/2019) |
| 12/06/2019 | 93 | RESPONSE in Opposition re 91 Letter MOTION *Seeking Entrance to DMV TVB and Statement on Key Issues* filed by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Attachments: # 1 Exhibit A - Attorney Correspondence) (Thompson, James) (Entered: 12/06/2019) |
| 12/10/2019 | 94 | ORDER: Plaintiff seeks to physically enter DMV premises to "gather information with respect to not only my initial disclosures but as well as any and all discovery which I must undertake with respect to my Complaint." The state defendants 93 oppose plaintiff's 91 request. The Court shall hold a status conference on 1/10/2020 at 10:30 a.m. in Courtroom 11 A South of the United States Courthouse, to discuss the parties' discovery obligations. As previously ordered, the state defendants shall answer plaintiff's complaint and plaintiff and the state defendants shall exchange initial disclosures by 12/18/2019. ORDERED by Magistrate Judge Lois Bloom, on 12/10/2019. C/mailed. *(Defendants' answers due by 12/18/2019; Initial Disclosures due by 12/18/2019; Status Conference set for 1/10/2020 at 10:30 a.m. in Courtroom 11A South before Magistrate Judge Lois Bloom.)* (Latka-Mucha, Wieslawa) (Entered: 12/11/2019) |
| 12/11/2019 | 95 | Mail Returned as Insufficient Address. Mail sent to Sadiq Tahir, 2994 Coney Island Avenue, Brooklyn, NY 11235. Envelope was returned with no document inside. (Piper, Francine) (Entered: 12/11/2019) |
| 12/11/2019 | 96 | Letter MOTION to Substitute Party *for official-capacity claims* by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Thompson, James) (Entered: 12/11/2019) |
| 12/12/2019 | 97 | Mail Returned as Insufficient Address, Unable to Forward. Mail - Order 90 was sent to |

| | | |
|---|---|---|
| | | Sadiq Tahir (Piper, Francine) (Entered: 12/16/2019) |
| 12/13/2019 | 98 | Mail Returned as Insufficient Address, Unable to Forward. Mail - Order 86 was sent to Sadiq Tahir (Piper, Francine) (Entered: 12/16/2019) |
| 12/18/2019 | 99 | ANSWER to 1 Complaint, by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Thompson, James) (Entered: 12/18/2019) |
| 12/30/2019 | 100 | Mail Returned as Return to Sender, No such Number, Unable to Forward. Mail - Order 94 was sent to Sadiq Tahir. (Piper, Francine) (Entered: 01/02/2020) |
| 01/03/2020 | 101 | RESPONSE in Opposition re 91 Letter MOTION *Seeking Entrance to DMV TVB and Statement on Key Issues Supplemental Response Regarding Plaintiff's Appearance at TVB* filed by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Attachments: # 1 Exhibit A - Attorney Correspondence, # 2 Exhibit B - Declaration of Claudio Collins) (Thompson, James) (Entered: 01/03/2020) |
| 01/08/2020 | 102 | Letter dated January 8, 2020 from Mario Capogrosso to Judge Brodie and Magistrate Bloom, in response to State Defendants letters dated December 6, 2019 and December 11, 2019 annexed as Exhibit A. (Attachments: # 1 Affirmation of Service, # 2 Mailing Envelope) (Piper, Francine) (Entered: 01/09/2020) |
| 01/10/2020 | 103 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Status Conference held on 1/10/2020 (FTR Log #10:50-11:33.) (Panjini, Madhura) (Entered: 01/10/2020) |
| 01/10/2020 | 104 | ORDER: As set forth in the following Order, the Court held a conference in this case on January 10, 2020. The State defendants' request to add DMV Commissioner Mark Schroeder in his official capacity regarding plaintiff's claim for prospective injunctive relief pursuant to Rule 25(d) of the Federal Rules of Civil Procedure is granted. ECF No. 96. As discussed, plaintiff's request to enter TVB premises to conduct discovery is denied. ECF No. 91. Plaintiff shall comply with Rules 26-37 of the Federal Rules of Civil Procedure and the Court's November 14, 2019 Order regarding discovery. As previously set, the parties shall complete all discovery by May 15, 2020 and shall file any pre-motion conference request by June 5, 2020. Electronic Order dated Nov. 14, 2019. See attached Order. *C/mailed to plaintiff via first class mail.* Ordered by Magistrate Judge Lois Bloom on 1/10/2020. (Panjini, Madhura) Modified on 1/16/2020 for clerical purposes. (Panjini, Madhura). (Entered: 01/10/2020) |
| 01/15/2020 | 106 | Letter MOTION for Reconsideration re 104 Order on Motion to Compel,,,, Order on Motion to Substitute Party,,, by Mario H. Capogrosso. (Piper, Francine) (Entered: 01/16/2020) |
| 01/16/2020 | 105 | TRANSCRIPT of Proceedings held on January 10, 2020, before Judge Bloom. Court Transcriber: Typewrite Word Processing Service, Telephone number 518-581-8973. Email address: transcripts@typewp.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 2/6/2020. Redacted Transcript Deadline set for 2/17/2020. Release of Transcript Restriction set for 4/15/2020. (Rocco, Christine) (Entered: 01/16/2020) |
| 01/16/2020 | | ORDER re 106 Motion for Reconsideration. The Court directs the state defendants to respond to plaintiff's motion for reconsideration on or before January 23, 2020. Ordered by Judge Margo K. Brodie on 1/16/2020. (Schindler, Emma) (Entered: 01/16/2020) |
| 01/23/2020 | 107 | RESPONSE in Opposition re 106 Letter MOTION for Reconsideration re 104 Order on |

| | | |
|---|---|---|
| | | Motion to Compel...., Order on Motion to Substitute Party,,, filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Attachments: # 1 Exhibit A - Status Conference Transcript, # 2 Exhibit B - Employee Petition, # 3 Exhibit C - Plaintiff's Initial Disclosures) (Thompson, James) (Entered: 01/23/2020) |
| 02/03/2020 | 108 | ORDER denying 106 Motion for Reconsideration. The Court has reviewed Judge Blooms Order, denying Plaintiffs request for a court order giving him access to the TVB and directing Plaintiff to comply with the Federal Rules of Civil Procedure regarding discovery, and finds that it was not "clearly erroneous or contrary to law." Ebo, 2015 WL 4078550, at *4 (quoting McNamee, 2014 WL 1338720, at *2). Accordingly, the Court declines to modify or set aside Judge Blooms Order. Ordered by Judge Margo K. Brodie on 2/3/2020. (Piper, Francine) (Entered: 02/03/2020) |
| 02/07/2020 | | Case Reassigned to Judge Eric R. Komitee. Judge Margo K. Brodie no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 02/07/2020) |
| 02/11/2020 | 109 | Letter from Mario H. Capogrosso to Judge Brodie requesting deposition dates and clarification as to deposition transpiration costs. (*See letter for details*). (Ramesar, Thameera) (Entered: 02/12/2020) |
| 02/12/2020 | 110 | Letter from Mario H. Capogrosso to Judge Brodie regarding follow up to 109 Letter. (Ramesar, Thameera) (Entered: 02/13/2020) |
| 02/18/2020 | 111 | ORDER: As set forth in the following Order, plaintiff filed two letters regarding the parties' depositions. ECF Nos. 109-110. He reports that defendants seek to hold Ida Traschen's deposition in Albany instead of Brooklyn. ECF No. 109 at 2, 6. Plaintiff does not consent to deposing Traschen by telephone. Id. at 5. As Traschen is a named defendant in this action and defendants were granted permission to hold all the depositions in this action in the Brooklyn Courthouse, defendants shall bear the cost for Traschen's travel to Brooklyn to be deposed. Plaintiff also reports that he intends to depose three defendants in the same day. ECF No. 110 at 3, 6. Rule 30 of the Federal Rules of Civil Procedure provides that a deposition "is limited to 1 day of 7 hours." Fed. R. Civ. P. 30(d)(1). Although the Court would not advise trying to depose three defendants in the same day, plaintiff may do so. However, if he chooses to do so, he must complete all three depositions on the selected day.<br><br>The Court has reserved Room 402 South in the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, from 9:00 a.m. to 5:00 p.m. for the parties to conduct depositions on the four dates requested: March 12, March 19, April 29, and April 30, 2020. ECF No. 109 at 1. The parties shall jointly confirm in writing the dates of the depositions by February 25, 2020. The parties are reminded of their obligation to cooperate regarding discovery and that they must make a good-faith effort to resolve any dispute prior to seeking Court intervention. L. Civ. R. 26.4, 37.3. See attached Order. C/mailed to pro se plaintiff via FedEx. Ordered by Magistrate Judge Lois Bloom on 2/18/2020. (Panjini, Madhura) (Entered: 02/18/2020) |
| 02/18/2020 | 112 | Mail Returned as Undeliverable. 104 Order sent to Sadiq Tahir, returned to sender. Postal notation: Not deliverable as addressed. (Ramesar, Thameera) (Entered: 02/19/2020) |
| 02/25/2020 | 113 | Letter *Regarding Agreement On Deposition Dates* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Thompson, James) (Entered: 02/25/2020) |
| 02/26/2020 | 114 | ORDER: As set forth in the following Order, the parties confirm that they plan to conduct depositions on April 28 and April 29, 2020. ECF No. 113. The Court has reserved Room 402 South in the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York |