| | | |
|---|---|---|
| | | 11201 on April 28 and 29, 2020 from 9:00 a.m. to 5:00 p.m. The parties are reminded that they are responsible for arranging for their own court reporters. As previously set, the parties shall complete all discovery by May 15, 2020 and shall file any pre-motion conference request in accordance with Judge Komitee's Individual Rules by June 5, 2020. Electronic Order dated Nov. 14, 2019. See attached Order. C/mailed to plaintiff via first-class mail. Ordered by Magistrate Judge Lois Bloom on 2/26/2020. (Panjini, Madhura) (Entered: 02/26/2020) |
| 03/01/2020 | 116 | Mail Returned as Undeliverable. 108 Order mailed to Sadiq Tahir - returned to sender. Postal notation: not deliverable as addressed. (Ramesar, Thameera) (Entered: 03/05/2020) |
| 03/04/2020 | 115 | Mail Returned as Undeliverable. Mail sent to Sadiq Tahir 2994 Coney Island Avenue Brooklyn, NY 11235 (Marziliano, August) (Entered: 03/04/2020) |
| 03/18/2020 | 117 | Letter MOTION to Take Deposition from Ida Traschen *Remotely via Telephone* by Ida Traschen. (Thompson, James) (Entered: 03/18/2020) |
| 03/18/2020 | 118 | ORDER: As set forth in the attached Order, State defendants' counsel requests that the deposition of Ida Traschen be conducted remotely due to the COVID-19 pandemic. ECF No. 117. Plaintiff does not consent. The request is denied. In light of the national emergency posed by COVID-19, the Court stays all deadlines in this case and cancels all depositions, ECF No. 114. The Court shall reschedule deadlines and any depositions that need to be conducted at the Courthouse at a later date. The parties shall file a status letter proposing dates and times for a telephone conference by May 1, 2020. State defendants' counsel shall mail a copy of this Order to plaintiff and file proof of service forthwith. See attached Order. Ordered by Magistrate Judge Lois Bloom on 3/18/2020. (Panjini, Madhura) (Entered: 03/18/2020) |
| 03/20/2020 | 119 | Letter *Certifying Service of Court's Order* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # 1 Affidavit of Service, # 2 Exhibit Email Exchange with pro se attorney Plaintiff indicating electronic receipt) (Thompson, James) (Entered: 03/20/2020) |
| 03/20/2020 | 120 | MOTION for Sanction / Letter from Mario H. Capogrosso to Judge Komitee seeking an Order requiring State's Attorney, service. (*See letter for details*). (Ramesar, Thameera) *Modified. (Latka-Mucha, Wieslawa)* (Entered: 03/23/2020) |
| 03/25/2020 | 121 | Letter *Opposing Pro Se Attorney Plaintiff's March 23 Letter-Motion for Hard Copy Service and Sanctions* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Thompson, James) (Entered: 03/25/2020) |
| 03/25/2020 | 122 | DECLARATION re 121 Letter *Opposing Pro Se Attorney Plaintiff's March 23 Letter-Motion for Hard Copy Service and Sanctions* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # 1 Exhibit 1 - Email from Plaintiff Enclosing Deposition Notices, # 2 Exhibit 2 - Email from Plaintiff Refusing to Register for ECF, # 3 Exhibit 3 - Email to Plaintiff Attaching Dkt. No. 117, # 4 Exhibit 4 - Email from Plaintiff Showing Receipt of March 18 Order, # 5 Exhibit 5 - Email Exchange with Plaintiff Threatening Sanctions, # 6 Exhibit 6 - Excerpts of Aug. 2, 2018 Conference Before Judge Brodie, # 7 Exhibit 7 - Excerpts of Jan. 10, 2020 Conference Before Judge Bloom) (Thompson, James) (Entered: 03/25/2020) |
| 03/26/2020 | 123 | REPLY re 121 Letter, filed by Mario H. Capogrosso. (Ramesar, Thameera) (Entered: 03/27/2020) |
| 03/27/2020 | 124 | Letter from Mario H. Capogrosso to Judge Komitee regarding requested sanction amount. (*See letter for details*). (Ramesar, Thameera) Modified on 3/30/2020 to correct the docket description. (Panjini, Madhura). (Entered: 03/27/2020) |

| Date | Doc # | Description |
|---|---|---|
| 04/27/2020 | 125 | Letter *Regarding Upcoming Conference Date* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Thompson, James) (Entered: 04/27/2020) |
| 04/29/2020 | | ORDER: The Court shall hold a telephone status conference in plaintiff's case on May 5, 2020 at 11:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 11:00 a.m. on May 5, 2020. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least forty-eight (48) hours before the scheduled conference. The State defendants' counsel is respectfully directed to communicate this Order to plaintiff and co-defendants by any means available forthwith, including by e-mail or telephone. Ordered by Magistrate Judge Lois Bloom on 4/29/2020. (Panjini, Madhura) (Entered: 04/29/2020) |
| 05/01/2020 | 128 | Letter from Mario H. Capogrosso to Judge Komitee, response to March 18, 2020 Order (Dkt. 118). See attached. (Ramesar, Thameera) (Entered: 05/06/2020) |
| 05/04/2020 | 126 | STATUS REPORT by Mario H. Capogrosso (Ramesar, Thameera) (Entered: 05/05/2020) |
| 05/05/2020 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 5/5/2020 (AT&T #11:01-11:57.) (Panjini, Madhura) (Entered: 05/06/2020) |
| 05/05/2020 | 127 | ORDER: As discussed on the record, plaintiff failed to comply with the safe harbor provision of Rule 11 of the Federal Rules of Civil Procedure and failed to establish a factual or legal basis upon which to impose sanctions; thus, plaintiff's 120 motion for sanctions against the State defendants' counsel is denied. During the conference, the Court suggested that plaintiff register for electronic case notifications. If plaintiff is eligible and wishes to receive electronic notifications, plaintiff should complete the attached Registration and Consent form and return the form to the Court. The Court shall hold a telephone status conference in this case on June 16, 2020 at 11:00 a.m. to discuss the parties' depositions. The parties shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 promptly at 11:00 a.m. The Clerk of Court is respectfully directed to mail this Order to plaintiff and the *pro se* defendants. SO ORDERED by Magistrate Judge Lois Bloom, on 5/5/2020. (Attachments: # 1 *Instruction for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases*, # 2 *Pro Se Registration and Consent Form; Telephone Conference set for 6/16/2020 at 11:00 a.m. before Magistrate Judge Lois Bloom.*) (Latka-Mucha, Wieslawa) (Entered: 05/06/2020) |
| 05/15/2020 | 129 | TRANSCRIPT of Proceedings held on May 5, 2020, before Judge Bloom. Court Reporter/Transcriber Transcriptions Plus II, Inc., Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 6/5/2020. Redacted Transcript Deadline set for 6/15/2020. Release of Transcript Restriction set for 8/13/2020. (Hong, Loan) (Entered: 05/15/2020) |
| 06/10/2020 | 130 | Mail Returned as Undeliverable. 127 Order mailed to Sadiq Tahir - returned to sender. Postal notation: Insufficient address. (Ramesar, Thameera) (Entered: 06/10/2020) |
| 06/16/2020 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 6/16/2020 (AT&T #11:02-11:57.) (Panjini, Madhura) (Entered: 06/16/2020) |
| 06/16/2020 | 131 | ORDER: The parties shall complete all discovery by 10/16/2020. All depositions shall be conducted remotely. The parties shall notify the Court of the agreed-upon dates for all |

| | | |
|---|---|---|
| | | depositions. Once the depositions are scheduled, the Court shall provide an e-mail address to the parties which may be used should a dispute arise during the deposition that the parties cannot resolve despite their best efforts. The parties shall file any pre-motion conference request in accordance with Judge Komitee's Individual Rules by 10/30/2020. SO ORDERED by Magistrate Judge Lois Bloom, on 6/16/2020. *C/mailed. (Discovery due by 10/16/2020; Parties' pre-motion conference request due by 10/30/2020.)* (Latka-Mucha, Wieslawa) (Entered: 06/17/2020) |
| 07/06/2020 | 132 | Mail Returned as Undeliverable. 131 Order mailed to Sadiq Tahir returned to sender. Postal notation: Insufficient address. (Ramesar, Thameera) (Entered: 07/09/2020) |
| 09/03/2020 | 133 | Letter from David Smart in regards to case. See attached. (Ramesar, Thameera) (Entered: 09/04/2020) |
| 09/16/2020 | 134 | NOTICE of Change of address. Address updated. *(Copy of docket sheet mailed)* (Ramesar, Thameera) (Entered: 09/18/2020) |
| 09/16/2020 | 135 | NOTICE of Change of Phone number. Docket updated. (Ramesar, Thameera) (Entered: 09/18/2020) |
| 09/16/2020 | 136 | AFFIRMATION of Service for Interrogatories on August 25, 2020, filed by David Smart. (Ramesar, Thameera) (Entered: 09/18/2020) |
| 09/22/2020 | 137 | Consent MOTION for Extension of Time to Complete Discovery *for Plaintiff's and State Defendants' responses to discovery requests* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 09/22/2020) |
| 09/23/2020 | 138 | ORDER: Granting Motion for Extension of Time to Complete Discovery. ECF No. 137. Ordered by Magistrate Judge Lois Bloom on 9/23/2020. (Wilhelm, Samantha) (Entered: 09/23/2020) |
| 10/23/2020 | 139 | Letter MOTION for Protective Order *pursuant to FRE 502(d) and Confidentiality Order* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Attachments: # 1 Proposed Order Proposed 502(d) Order, # 2 Proposed Order Proposed Confidentiality Order) (Thompson, James) (Entered: 10/23/2020) |
| 10/28/2020 | 140 | ORDER: The State Defendants plan to produce discovery to plaintiff but first request two proposed orders. ECF No. 139. The Court grants defendants' request for an order under the Federal Rule of Evidence 502(d), which protects the parties against the inadvertent waiver of privileged information. See attached. However, the Court cannot so order a confidentiality order unless all parties sign it. Plaintiff is advised that signing an agreement to keep discovery materials confidential is not a motion to exclude evidence. If plaintiff refuses to sign a confidentiality agreement, defendants may not produce confidential material to him during discovery. Ordered by Magistrate Judge Lois Bloom on 10/28/2020. (Wilhelm, Samantha) (Entered: 10/28/2020) |
| 11/23/2020 | 141 | Mail Returned as Undeliverable. 140 Order mailed to Sadiq Tahir, returned to sender. Postal notation: insufficient address. (Ramesar, Thameera) (Entered: 11/24/2020) |
| 11/27/2020 | 143 | Letter MOTION to Appoint Counsel by David Smart. (Ramesar, Thameera) (Entered: 12/01/2020) |
| 11/30/2020 | 142 | Consent MOTION for Extension of Time to Complete Discovery *to Complete Depositions* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 11/30/2020) |
| 12/02/2020 | 144 | Pro se defendant David Smart requests pro bono counsel. ECF No. 143. There is no right to counsel in a civil case. Guggenheim Capital, LLC v. Birnbaum, 722 F.3d 444, 453 (2d Cir. 2013). The Court cannot compel an attorney to represent a litigant in a civil case |

| | | |
|---|---|---|
| | | without a fee. Mallard v. U.S. Dist. Court, 490 U.S. 296 (1989). Although the Court would prefer all parties to have access to counsel, there is no right to counsel. Accordingly, defendant's request for pro bono counsel is denied without prejudice. Defendant Smart may contact The Federal Pro Se Legal Assistance Project, a free, limited-scope legal assistance clinic operated by the City Bar Justice Center of the New York City Bar Association. A copy of the City Bar Justice Centers flyer is included with this Order. See attached. Ordered by Magistrate Judge Lois Bloom on 12/2/2020. (Wilhelm, Samantha) (Entered: 12/02/2020) |
| 12/02/2020 | 145 | ORDER: Defendants, with plaintiff's consent, request a second extension of the deadline for the parties to complete all discovery. ECF No. 142. The request is granted. The parties shall complete all discovery by December 22, 2020. The parties shall file any pre-motion conference request by January 12, 2021, in accordance with Judge Komitee's Individual Rules. Ordered by Magistrate Judge Lois Bloom on 12/2/2020. (Wilhelm, Samantha) *Modified. (Latka-Mucha, Wieslawa)* (Entered: 12/02/2020) |
| 12/10/2020 | 147 | Letter fro Mario H. Capogrosso to Judge Komitee regarding discovery dispute. See attached. (Ramesar, Thameera) (Entered: 12/15/2020) |
| 12/15/2020 | 146 | Letter MOTION for Protective Order *against attempt to depose Commissioner Schroeder* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 12/15/2020) |
| 12/16/2020 | 148 | ORDER: On December 10, 2020, plaintiff requested a Court Order that defendant Commissioner Schroeder be produced for a deposition. ECF No. 147. Defendants request a protective order, pursuant to Federal Rule of Civil Procedure 26(c), prohibiting plaintiff's deposition of Commissioner Schroeder. ECF No. 146. For the reasons set forth in the attached order, defendants' motion for a protective order is granted. Plaintiff also requests that defendant Smart be ordered to respond to his interrogatories dated August 25, 2020 and that defendant Smart provide plaintiff with an email address or phone number to conduct his deposition remotely. Although plaintiff states that he served interrogatories on defendant Smart, he has not provided them to the Court. Therefore, the Court cannot rule on plaintiff's request to compel defendant Smart to respond. Whereas plaintiff is permitted to pursue discovery, the Court will not compel defendant Smart to provide his email address or phone number to plaintiff. Plaintiff may provide the interrogatories that are outstanding to the Court for the Court to consider them. This will be the one exception to the parties' deadline to complete all discovery by December 22, 2020. Defendants' counsel shall communicate this order to plaintiff by all available means. See attached Order. Ordered by Magistrate Judge Lois Bloom on 12/16/2020. (Wilhelm, Samantha) (Entered: 12/16/2020) |
| 12/22/2020 | 149 | Letter dated December 21, 2020 from Exhibit Mano H. Capogrosso to Judge Komitee regarding discovery dispute of interrogatories. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Ramesar, Thameera) (Entered: 12/28/2020) |
| 12/28/2020 | 150 | Letter *Opposing Pro Se Attorney Plaintiff's Subpoena Request* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # 1 Exhibit A - March 6 Attorney Correspondence Regarding Deposition Subpoena) (Thompson, James) (Entered: 12/28/2020) |
| 01/11/2021 | 151 | Letter MOTION for pre motion conference *regarding motion for summary judgment* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 01/11/2021) |
| 01/13/2021 | 152 | Letter MOTION for Reconsideration re 148 Order on Motion for Protective Order,,,,, by Mario H. Capogrosso. (Ramesar, Thameera) (Entered: 01/13/2021) |

| Date | # | Description |
|---|---|---|
| 01/13/2021 | 153 | RESPONSE in Opposition re 152 Letter MOTION for Reconsideration re 148 Order on Motion for Protective Order,...., filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 01/13/2021) |
| 01/13/2021 | 154 | ORDER: Plaintiff moves the Court to compel discovery. Specifically, plaintiff seeks a Court Order that defendant Smart answer his interrogatories and "produce an email and requisite laptop" so that plaintiff can conduct Smart's deposition, that defendant Smart be ordered to appear at a deposition, that the State's Attorney produce two clerks he wishes to depose, and that the discovery deadline be extended by 30 days. ECF No. 149. The State defendants oppose plaintiff's requests to conduct additional depositions and to extend discovery. For the reasons set forth in the attached Order, plaintiff's requests are granted in part and denied in part. Defendant Smart shall, to the best of his ability, respond in writing to plaintiff's interrogatories No. 1-7 by February 12, 2021. Fed. R. Civ. P. 33(b)(2). Discovery in this matter is otherwise closed. Plaintiff's deadline to respond to the State defendant's pre-motion conference request, ECF No. 151, pursuant to Judge Komittee's individual rules, is extended. Plaintiff shall respond to the State defendant's pre-motion conference request by February 19, 2021. Defendants' counsel shall communicate this order to plaintiff and to defendant Smart by all available means. Ordered by Magistrate Judge Lois Bloom on 1/13/2021. (Wilhelm, Samantha) (Entered: 01/13/2021) |
| 01/15/2021 | 155 | RESPONSE in Opposition re 151 Letter MOTION for pre motion conference *regarding motion for summary judgment* filed by Mario H. Capogrosso. (Ramesar, Thameera) (Entered: 01/15/2021) |
| 02/03/2021 | 156 | Mail Returned as Undeliverable. 154 Order mailed to Sadiq Tahir returned to sender. Postal notation: insufficient address. (Ramesar, Thameera) (Entered: 02/04/2021) |
| 02/19/2021 | 157 | Letter MOTION for Sanctions *and that default judgment be entered against deft David Smart, filed* by Mario H. Capogrosso. (Attachments: # 1 Exhibit A) (Galeano, Sonia) (Entered: 02/22/2021) |
| 02/22/2021 | 158 | RESPONSE in Opposition re 157 Letter MOTION for Sanctions *and that default judgment be entered against deft David Smart, filed* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 02/22/2021) |
| 02/25/2021 | 159 | ORDER: The Court ordered Defendant David Smart to respond to plaintiff's interrogatories dated August 25, 2020 by February 12, 2021. ECF No 154. Plaintiff reports that Defendant Smart has not responded to his interrogatories and moves the Court to impose sanctions on Defendant Smart. ECF No. 157. The state defendants oppose plaintiff's motion. ECF No. 158. Plaintiffs request is denied without prejudice. Defendant Smart proceeds in this matter pro se, and unlike plaintiff, Mr. Smart is not an attorney. The Court shall therefore give Mr. Smart another chance to comply with the Court's Order. The Court shall hold a conference in this action on March 16, 2021 at noon. Instead of providing written responses to plaintiffs interrogatories, **Defendant Smart shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 at 12:00p.m. on March 16, 2021.** At the conference, the Court shall swear defendant Smart to the truth of his testimony and defendant Smart shall answer plaintiff's interrogatories orally on the record. The Clerk of Court is respectfully requested to serve a copy of this order upon Defendant Smart via overnight delivery. Ordered by Magistrate Judge Lois Bloom on 2/25/2021. (Wilhelm, Samantha) (Entered: 02/25/2021) |
| 03/01/2021 | | ORDER re 51 Motion for Pre Motion Conference -- The Court has reviewed the parties' pre-motion letters concerning State Defendants' motion for summary judgment and has determined that a pre-motion conference is not necessary. The motion shall be briefed as |

| | | |
|---|---|---|
| | | follows: State Defendants' motion by March 31, 2021; Plaintiff's response by April 30, 2021; and State Defendants' reply, if any, by May 10, 2021. As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline. *See* Rule III.B.2 this Court's Individual Practices and Rules. Ordered by Judge Eric R. Komitee on 3/1/2021. *c/m to pro se parties*. (Guy, Alicia) (Entered: 03/01/2021) |
| 03/09/2021 | 160 | Mail Returned as Undeliverable, Reason for return: "Return to Sender, No Such Number, Unable to Forward." Order dated 2/25/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 03/09/2021) |
| 03/09/2021 | 161 | Letter MOTION for Extension of Time to File Response/Reply . *Deft opposes Plaintiffs Letter Motion for Sanctions (ECF # 157) filed February 19, 2021; (2) to respectfully request an extension of time, nunc pro tunc, to serve my responses to Plaintiff's interrogatories; and (3) to request appointment of limited-scope pro bono counsel for the purpose of moving for summary judgment. 1,* Letter MOTION to Appoint Counsel *filed by David Smart*. (Galeano, Sonia) (Entered: 03/10/2021) |
| 03/11/2021 | 162 | ORDER: Defendant Smart, who proceeds in this matter pro se, writes to oppose plaintiff's motion for sanctions, ECF No. 157, to request an extension of time, *nunc pro tunc*, to serve his responses to plaintiff's interrogatories, and to request the appointment of limited-scope pro bono counsel for the purpose of moving for summary judgment. ECF No. 161. Defendant Smart's requests are granted in part and denied in part.<br><br>On February 25, 2021, the Court denied plaintiff's motion for sanctions without prejudice. ECF No. 159. Accordingly, Defendant Smart's request to oppose sanctions is denied as moot. The Court grants Defendant Smart's request for an extension of time to serve his responses to plaintiff's interrogatories *nunc pro tunc*. Defendant Smart states that he received assistance from the City Bar Justice Centers Pro Se Project ("the Pro Se Project") to draft his responses to plaintiff's interrogatories and intends to serve a copy of his responses shortly. The Court notes that Defendant Smart's letter is dated February 24, 2021 and that Defendant Smart may have already served his interrogatory responses. However, the conference scheduled for March 16, 2021 at noon shall proceed as scheduled. **The parties, including defendant Smart, shall call the Chambers telephone conference line at (888) 363-4734 and use the access code 4444221 at 12:00p.m. on March 16, 2021.** Defendant Smart requests the Pro Se Project's assistance in searching for limited-scope pro bono counsel. The Court grants defendant Smart's request for the Pro Se Project to seek limited-scope pro bono counsel in order for Mr. Smart to move for summary judgment. Ordered by Magistrate Judge Lois Bloom on 3/11/2021. (Wilhelm, Samantha) (Entered: 03/11/2021) |
| 03/16/2021 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 3/16/2021. AT&T Log # (12:08-12:33). (Wilhelm, Samantha) (Entered: 03/16/2021) |
| 03/18/2021 | 163 | TRANSCRIPT of Proceedings held on March 16, 2021, before Judge Bloom. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: laferrara44@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 4/8/2021. Redacted Transcript Deadline set for 4/19/2021. Release of Transcript Restriction set for 6/16/2021. (Hong, Loan) (Entered: 03/18/2021) |
| 03/18/2021 | 164 | ORDER: The Court held a telephone status conference in this action on March 16, 2021. Defendant Smart answered plaintiff's interrogatories under oath on the record. The Court |

| | | |
|---|---|---|
| | | shall have the transcript of the conference made part of the record. The Clerk of Court shall mail plaintiff a copy of the transcript. ECF No. 163. Discovery in this matter is closed. The briefing schedule set by Judge Komitee for defendants' motion for summary judgment remains in effect. A copy of this Order shall be sent to plaintiff and to Defendant Smart. Ordered by Magistrate Judge Lois Bloom on 3/18/2021. (Wilhelm, Samantha) (Entered: 03/18/2021) |
| 03/18/2021 | 165 | Mail Returned as Undeliverable, "Return to Sender; Insufficient Address, Unable to Forward." Order dated 3/1/2021 previously sent to to Sadiq Tahir. (Galeano, Sonia) (Entered: 03/22/2021) |
| 03/25/2021 | 166 | Letter MOTION for Extension of Time to File *Motion for Summary Judgment* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 03/25/2021) |
| 03/26/2021 | | ORDER granting 166 Motion for Extension of Time to File. The motion schedule is amended as follows: State Defendants' motion by April 30, 2021; Plaintiff's response by June 1, 2021; and State Defendants' reply, if any, by June 11, 2021. c/m to *pro se* parties. Ordered by Judge Eric R. Komitee on 3/26/2021 (LiCalzi, Christine) (Entered: 03/26/2021) |
| 03/26/2021 | 167 | NOTICE of Appearance by Maura Douglas on behalf of David Smart (aty to be noticed) (Douglas, Maura) (Entered: 03/26/2021) |
| 03/26/2021 | 168 | NOTICE of Appearance by Brianne Holland-Stergar on behalf of David Smart (aty to be noticed) (Holland-Stergar, Brianne) (Entered: 03/26/2021) |
| 03/30/2021 | 173 | Mail Returned as Undeliverable: Fed ex overnight mailing re: Magistrate Judge Bloom's Order dated 2/25/2021. Mail sent to David Smart. Fed ex failed to check off reason for package return. (Tavarez, Jennifer) (Entered: 04/08/2021) |
| 04/05/2021 | 169 | Mail Returned as Undeliverable, Reason for Return: "Return to Sender, Insufficient Address, Unable to Forward." Order dated 3/26/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 04/05/2021) |
| 04/06/2021 | 170 | MOTION for pre motion conference by David Smart. (Douglas, Maura) (Entered: 04/06/2021) |
| 04/06/2021 | 172 | Mail Returned as Undeliverable. Reason for return: "Return to Sender, Insufficient Address, Unable to Forward." Orders dated 3/11/2021 and 3/18/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 04/08/2021) |
| 04/07/2021 | | NOTICE: Defendant David Smart submitted a letter requesting a pre-motion conference on an anticipated motion for summary judgment on April 6, 2021. The Parties are reminded that pursuant to Rule III.B.4 of Judge Komitee's Individual Motion Practices and Rules, all served parties are required to serve and file a letter response of three pages or less, within five days from service of defendant Smart's letter. *c/m to pro se parties.* (Guy, Alicia) (Entered: 04/07/2021) |
| 04/07/2021 | 171 | RESPONSE to Motion re 170 MOTION for pre motion conference filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 04/07/2021) |
| 04/17/2021 | 174 | RESPONSE in Opposition to Deft David Smart's motion for summary judgment and apologizing to the Court for pltff's late reply with respect to opposing counsel's 170 MOTION for pre motion conference, filed by Mario H. Capogrosso. (Galeano, Sonia) (Entered: 04/19/2021) |
| 04/17/2021 | 175 | AFFIRMATION of Service re: Pltff's Response in Opposition to Deft's Motion, served |

| | | |
|---|---|---|
| | | upon Maura Douglas, Esq., James Thompson, Esq., Sadiq Tahir, and Pec Group of NY via 4/17/2021, filed Mario H. Capogrosso. (Galeano, Sonia) (Entered: 04/19/2021) |
| 04/20/2021 | | ORDER denying 170 Motion for Pre Motion Conference -- Defendant Smart's motion for a pre-motion conference is denied. Defendant Smart shall join the State Defendants' briefing schedule, which is adjourned as follows: Defendants' motions by May 17, 2021; Plaintiff's response by June 29, 2021; and Defendants' replies, if any, by July 9, 2021. The forthcoming motions for summary judgment are respectfully referred to Magistrate Judge Bloom for a Report and Recommendation. Ordered by Judge Eric R. Komitee on 4/20/2021. *c/m to pro se parties.* (Guy, Alicia) Modified on 4/20/2021 (Guy, Alicia). (Entered: 04/20/2021) |
| 04/26/2021 | 176 | Mail Returned as Undeliverable: Notice of electronic filing entered on 4/7/2021. Mail sent to Sadiq Tahir, 2994 Coney Island Avenue, Brooklyn, NY 11235. Postal Notation: Return to sender, insufficient address, unable to forward. (Tavarez, Jennifer) (Entered: 04/30/2021) |
| 05/12/2021 | 177 | Letter MOTION for Leave to File Excess Pages by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/12/2021) |
| 05/17/2021 | 178 | MOTION for Summary Judgment by David Smart. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment, # 2 Declaration of Maura Douglas, # 3 Exhibit 1 - Excerpts of Deposition of Mario Capogrosso, # 4 Exhibit 2 - Excerpts of Plaintiff's Responses to Interrogatories and Document Production, # 5 Exhibit 3 - Transcript of March 16, 2021 Hearing, # 6 Exhibit 4 - Excerpts of Deposition of Danielle Calvo, # 7 Rule 56.1 Statement of Undisputed Material Facts, # 8 Rule 56.2 Statement) (Douglas, Maura) (Entered: 05/17/2021) |
| 05/17/2021 | 179 | MOTION for Summary Judgment by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 180 | MEMORANDUM in Support re 179 MOTION for Summary Judgment filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 181 | RULE 56.1 STATEMENT *in Support of State Defendants' Motion for Summary Judgment* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 182 | NOTICE by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen re 179 MOTION for Summary Judgment *Local Civil Rule 56.2 Notice* (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 183 | AFFIDAVIT/DECLARATION in Support re 179 MOTION for Summary Judgment *Declaration of Danielle Calvo* filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 184 | EXHIBIT *1 - TVB Employee Petition* by Danielle Calvo. Related document: 183 Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 185 | EXHIBIT 2 - *May 5, 2014 Piparo Workplace Violence Report* by Danielle Calvo. Related document: 183 Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 186 | EXHIBIT 3 - *May 5, 2015 Calvo Workplace Violence Report* by Danielle Calvo. Related document: 183 Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |

| | | | |
|---|---|---|---|
| 05/17/2021 | 187 | EXHIBIT 4 - *May 11, 2015 Calvo-Smart Workplace Violence Report* by Danielle Calvo. Related document: 183 Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 188 | EXHIBIT 5 - *May 11, 2015 Adinolfi Statement* by Danielle Calvo. Related document: 183 Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 189 | EXHIBIT 6 - *May 11, 2015 Han Statement* by Danielle Calvo. Related document: 183 Affidavit in Support of Motion filed by Danielle Calvo. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 190 | AFFIDAVIT/DECLARATION in Support re 179 MOTION for Summary Judgment *Declaration of Alan Gelbstein* filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 191 | EXHIBIT 1 - *April 21, 2009 Perez Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 192 | EXHIBIT 2 - *April 21, 2009 Tucci Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 193 | EXHIBIT 3 - *June 19, 2009 Cervoni Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 194 | EXHIBIT 4 - *August 5, 2009 Paez/Fuller Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 195 | EXHIBIT 5 - *TVB Employee Petition* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 196 | EXHIBIT 6 - *December 23, 2011 Vahdatalamas Email to File* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 197 | EXHIBIT 7 - *December 22, 2011 Brody Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 198 | EXHIBIT 8 - *December 22, 2011 Maher Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 199 | EXHIBIT 9 - *Tahir Statement re December 2011 Incident* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 200 | EXHIBIT 10 - *December 23, 2011 Meyers Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 201 | EXHIBIT 11 - *May 3, 2012 ALJ Affirmation in Article 78 Proceeding* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |

| | | |
|---|---|---|
| 05/17/2021 | 202 | EXHIBIT *12 - May 9, 2014 Piparo Workplace Violence Report* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 203 | EXHIBIT *13 - October 29, 2014 Alford Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 204 | EXHIBIT *14 - February 3 Smart Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 205 | EXHIBIT *15 - February 5, 2015 Perez Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 206 | EXHIBIT *16 - February 5, 2015 Vergara Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 207 | EXHIBIT *17 - February 5, 2015 Levine Workplace Violence Report* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 208 | EXHIBIT *18 - February 9, 2015 Piparo Email Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 209 | EXHIBIT *19 - March 19, 2015 Fuller/Tahir Complaint Memo* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 210 | EXHIBIT *20 - May 5, 2015 Tahir Complaint* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 211 | EXHIBIT *21 - May 5, 2015 Rivers Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 212 | EXHIBIT *22 - May 5, 215 Beer Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 213 | EXHIBIT *23 - May 5, 2015 Calvo Workplace Violence Report* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 214 | EXHIBIT *24 - May 11, 2015 Calvo/Smart Workplace Violence Report* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 215 | EXHIBIT *25 - May 11, 2015 Adinolfi Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 216 | EXHIBIT *26 - May 11, 2015 Han Statement* by Alan Gelbstein. Related document: 190 Affidavit in Support of Motion filed by Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |

| Date | # | Description |
|---|---|---|
| 05/17/2021 | 217 | AFFIDAVIT/DECLARATION in Support re 179 MOTION for Summary Judgment *Declaration of Ida Traschen* filed by Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 218 | EXHIBIT *1 - Commissioner's Job Announcement* by Ida Traschen. Related document: 217 Affidavit in Support of Motion filed by Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 219 | EXHIBIT *2 - May 15, 2012 Letter Warning Plaintiff Regarding Further Aggressive Or Violent Conduct* by Ida Traschen. Related document: 217 Affidavit in Support of Motion filed by Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 220 | AFFIDAVIT/DECLARATION in Support re 179 MOTION for Summary Judgment *Declaration of James M. Thompson* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 221 | EXHIBIT *1 - Plaintiff's Deposition Transcript Part 1* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 222 | EXHIBIT *2 - Plaintiff's Deposition Transcript Part 2* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 223 | EXHIBIT *3 - January 25, 2012 Letter from Plaintiff's Counsel* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 224 | EXHIBIT *4 - Plaintiff's 2012 Article 78 Verified Petition* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 225 | EXHIBIT *5 - Statement of Dr. John McCann* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 226 | EXHIBIT *6 - June 2012 Article 78 Stipulation of Discontinuance* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 227 | EXHIBIT *7 - March 20, 2015 AG Letter* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 228 | EXHIBIT *8 - Transcript of March 16, 2021 Telephone Conference Before Judge Bloom* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/17/2021 | 229 | EXHIBIT *9 - Plaintiff's Ressponses to State Defendants' Interrogatories* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. Related document: 220 |

| | | |
|---|---|---|
| | | Affidavit in Support of Motion filed by Danielle Calvo, Ida Traschen, Mark J.F. Schroeder, Alan Gelbstein. (Thompson, James) (Entered: 05/17/2021) |
| 05/18/2021 | | MOTIONS REFERRED: 179 MOTION for Summary Judgment, 178 MOTION for Summary Judgment. See Judge Komitee's Order dated April 20, 2021. (Guy, Alicia) (Entered: 05/18/2021) |
| 05/19/2021 | 230 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 4/20/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 05/21/2021) |
| 05/21/2021 | 231 | Letter *Regarding Pro Se Attorney Plaintiff's Inappropriate And Aggressive Telephone Behavior* by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen (Attachments: # 1 Exhibit 1 - Service of Motion Papers, # 2 Exhibit 2 - Service of Calvo Declaration and Exhibits, # 3 Exhibit 3 - Service of Gelbstein Declaration and Exhibits, # 4 Exhibit 4 - Service of Traschen Declaration and Exhibits, # 5 Exhibit 5 - Service of Thompson Declaration and Exhibits) (Thompson, James) (Entered: 05/21/2021) |
| 05/26/2021 | 232 | Letter dated 5/25/2021 from Mario H. Capogrosso to Judge Komitee, submitting Response and Objection to State Defendants' Request for a Page Enlargement, Dkt.177, dated May 12, 2021. (Attachments: # 1 Exhibit A, # 2 Affirmation of Service) (Galeano, Sonia) (Entered: 05/26/2021) |
| 06/29/2021 | 233 | Letter MOTION for Extension of Time to File *to file and serve pltff's opposition and response to the State Defts and Deft Smarts' motion for summary judgment. Pltff request an extension of time to 7/29/2021 to respond,* filed by Mario H. Capogrosso. (w/ Affirmation of Service attached) (Galeano, Sonia) Modified on 7/1/2021 (Galeano, Sonia). (Entered: 07/01/2021) |
| 06/29/2021 | 235 | PLTFF'S AFFIRMATION in Opposition to State Defts' 179 MOTION for Summary Judgment filed by Mario H. Capogrosso. (w/ Affirmation of Service attached to main document) (Attachments: # 1 Envelope) (Galeano, Sonia) (Additional attachment(s) added on 7/12/2021: # 2 Exhibit A, # 3 Exhibit B, # 5 Exhibit C, # 6 Exhibit D) (Galeano, Sonia). Modified on 7/12/2021 (Galeano, Sonia). (Entered: 07/12/2021) |
| 06/29/2021 | 236 | EXHIBIT E Part 1 by Mario H. Capogrosso. Related document: 235 Affidavit in Opposition to Motion, filed by Mario H. Capogrosso. (Attachments: # 1 Exhibit E Part 2, # 2 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 06/29/2021 | 237 | EXHIBIT F by Mario H. Capogrosso. Related document: 235 Affidavit in Opposition to Motion, filed by Mario H. Capogrosso. (Attachments: # 1 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 06/29/2021 | 238 | EXHIBIT G-M by Mario H. Capogrosso. Related document: 235 Affidavit in Opposition to Motion, filed by Mario H. Capogrosso. (Attachments: # 1 Exhibit P - V, # 2 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 06/29/2021 | 239 | PLTFF'S AFFIRMATION in Opposition to Deft Smart's 178 MOTION for Summary Judgment filed by Mario H. Capogrosso. (w/ Affirmation of Service attached to Main Document) (Attachments: # 1 Exhibit A-K, M, # 2 Envelope) (Galeano, Sonia) (Entered: 07/12/2021) |
| 07/02/2021 | 234 | MOTION to Withdraw as Attorney by David Smart. (Holland-Stergar, Brianne) (Entered: 07/02/2021) |
| 07/06/2021 | | ORDER granting 233 Motion for Extension of Time to File -- The application is granted. The briefing schedule is amended as follows: Plaintiff's response to Defendants' motions are due by July 29, 2021; and Defendants' replies, if any, are due by August 8, 2021. In the future, the Court will deny untimely requests for scheduling relief absent |

| | | |
|---|---|---|
| | | extraordinary circumstances accompanied by documentary support. Ordered by Judge Eric R. Komitee on 7/6/2021. *c/m to pro se parties*. (Guy, Alicia) (Entered: 07/06/2021) |
| 07/15/2021 | 240 | Mail Returned as Undeliverable, "Return to Sender, Not Deliverable As Addressed, Unable to Forward." Order dated 7/6/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 07/16/2021) |
| 07/29/2021 | 245 | Letter dated 7/29/2021 from Mario Capogrosso regarding documents to be added to his opposition. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 246 | MEMORANDUM of Law in Opposition to State Defendants' Motion for Summary Judgment filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 247 | PLAINTIFF'S SUPPLEMENTAL OPPOSITION to State Defendants' Motion for Summary Judgment filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 248 | EXHIBIT W by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 249 | EXHIBIT X by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 250 | EXHIBIT Y by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 251 | EXHIBIT Z by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 252 | EXHIBIT AA by Mario H. Capogrosso. Related document: 247 CR 21-400-ARR Notice of Rule 7b Motion filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 253 | EXHIBIT BB by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 254 | EXHIBIT CC by Mario H. Capogrosso. Related document: 247 CR 21-400-ARR Notice of Rule 7b Motion filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 255 | EXHIBIT DD by Mario H. Capogrosso. Related document: 247 CR 21-400-ARR Notice of Rule 7b Motion filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 256 | EXHIBIT EE by Mario H. Capogrosso. Related document: 247 Plaintiff's Supplemental Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 257 | AFFIRMATION OF SERVICE by Mario H. Capogrosso re 253 Exhibit, 246 Memorandum in Opposition, 250 Exhibit, 254 Exhibit, 248 Exhibit, 252 Exhibit, 256 Exhibit, 251 Exhibit, 255 Exhibit, 249 Exhibit, 247 Reply in Opposition (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 258 | MEMORANDUM of Law in Opposition to Defendant Smart's Motion for Summary Judgment filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 259 | EXHIBIT N by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 260 | EXHIBIT O by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 261 | EXHIBIT P by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 262 | EXHIBIT Q by Mario H. Capogrosso. Related document: 258 Memorandum in |

| | | |
|---|---|---|
| | | Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 263 | EXHIBIT R by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 264 | EXHIBIT S by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 265 | EXHIBIT T by Mario H. Capogrosso. Related document: 258 Memorandum in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/29/2021 | 266 | CERTIFICATE OF SERVICE by Mario H. Capogrosso re 258 Memorandum in Opposition, 261 Exhibit, 265 Exhibit, 262 Exhibit, 260 Exhibit, 263 Exhibit, 264 Exhibit, 259 Exhibit. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 07/30/2021 | 241 | First MOTION for Extension of Time to File Response/Reply as to 235 Affidavit in Opposition to Motion, by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Oloughlin, D.) (Entered: 07/30/2021) |
| 08/02/2021 | 242 | ORDER granting 234 Motion to Withdraw as Attorney. Attorney Brianne Holland-Stergar terminated. Endorsed on doc 234. So Ordered by Magistrate Judge Lois Bloom on 8/2/2021. (Rein, Gilbert) (Entered: 08/02/2021) |
| 08/02/2021 | 243 | ORDER: The State defendants request an extension of time to file a reply in support of their motion for summary judgment. ECF No. 241. The request is granted. The State defendants shall file their reply by September 10, 2021. See Attached Order. Ordered by Magistrate Judge Lois Bloom on 8/2/2021. (Rein, Gilbert) (Entered: 08/02/2021) |
| 08/02/2021 | 267 | Letter dated 8/2/2021 to Judge Komitee and Judge Bloom regarding opposing counsel's request for extension of time to reply. (Lee, Tiffeny) (Entered: 08/04/2021) |
| 08/03/2021 | 244 | Letter MOTION for Extension of Time to File Response/Reply as to 239 Affidavit in Opposition to Motion, by David Smart. (Douglas, Maura) (Entered: 08/03/2021) |
| 08/05/2021 | 268 | ORDER: Defendant David Smart requests an extension of time to file a reply in support of his motion for summary judgment. ECF No. 244. Defendant Smart requests to extend the August 8, 2021 deadline to September 10, 2021. This is a 33-day extension of time. Defendant writes that plaintiff consents only to a 30-day extension. The additional three days will not prejudice plaintiff. Accordingly, defendant Smart's request is granted. Defendant Smart shall file his reply by September 10, 2021. Ordered by Magistrate Judge Lois Bloom on 8/5/2021. (Wilhelm, Samantha) (Entered: 08/05/2021) |
| 08/12/2021 | 269 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 8/2/2021 and Motion to Withdraw As Counsel previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 08/13/2021) |
| 08/20/2021 | 270 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Order dated 8/5/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 08/23/2021) |
| 09/08/2021 | 271 | NOTICE of Appearance by Sharon Katz on behalf of David Smart (aty to be noticed) (Katz, Sharon) (Entered: 09/08/2021) |
| 09/08/2021 | 272 | REPLY in Support re 178 MOTION for Summary Judgment filed by David Smart. (Douglas, Maura) (Entered: 09/08/2021) |
| 09/08/2021 | 273 | MOTION to Withdraw as Attorney by David Smart. (Douglas, Maura) (Entered: 09/08/2021) |
| 09/09/2021 | | ORDER: Attorney Maura Douglas requests leave to withdraw as counsel for David |

| | | |
|---|---|---|
| | | Smart. ECF No. 273. The request is granted. Davis Polk will continue to be pro bono counsel of record in this matter for the limited purpose of Mr. Smart's motion for summary judgment. Ordered by Magistrate Judge Lois Bloom on 9/9/2021. (Wilhelm, Samantha) (Entered: 09/09/2021) |
| 09/09/2021 | 274 | REPLY in Support re 179 MOTION for Summary Judgment *by the State Defendants* filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 09/09/2021) |
| 09/10/2021 | 275 | MOTION to Withdraw as Attorney *on behalf of D. Stan O'Loughlin and Elizabeth Forman* by Danielle Calvo, Alan Gelbstein, Ida Traschen. (Oloughlin, D.) (Entered: 09/10/2021) |
| 09/13/2021 | | ORDER: Attorneys Stan O'Loughlin and Elizabeth Forman request leave to withdraw as counsel for defendants Gelbstein, Traschen, Calvo, and the DMV ("the State Defendants"). ECF No. 275. The request is granted. Attorney James Thompson will continue to represent the State Defendants on behalf of the Attorney General. Ordered by Magistrate Judge Lois Bloom on 9/13/2021. (Wilhelm, Samantha) (Entered: 09/13/2021) |
| 09/22/2021 | 276 | Mail Returned as Undeliverable, "Return to Sender, No Such Street, Unable to Forward." Order dated 9/13/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 09/23/2021) |
| 09/22/2021 | 277 | Mail Returned as Undeliverable, "Return to Sender, No Such Number, Unable to Forward." Order dated 9/9/2021 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 09/23/2021) |
| 02/01/2022 | 278 | **REPORT AND RECOMMENDATION:** Attorney Mario H. Capogrosso, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1988, alleging that defendants retaliated against him for exercising his First Amendment rights by permanently barring him from the Traffic Violations Bureau ("TVB") in May of 2015. Defendant David Smart and defendants Alan Gelbstein, Ida Transchen, Danielle Calvo, and New York State Department of Motor Vehicles Commissioner Mark Schroeder, (collectively, "the State Defendants") move for summary judgment on plaintiff's claims against them pursuant to Rule 56 of the Federal Rules of Civil Procedure. ECF Nos. 178, 179. Plaintiff opposes the motions. ECF Nos. 246, 258. The Honorable Eric R. Komitee referred defendants' motions to me for a Report and Recommendation in accordance with 28 U.S.C. § 636(b). For the reasons set forth in the attached Report and Recommendation, it is respectfully recommended that defendants' motions for summary judgment should be granted and plaintiff's complaint should be dismissed. Plaintiff's state law claims should be dismissed without prejudice. Objections to R&R due by 2/15/2022. Ordered by Magistrate Judge Lois Bloom on 2/1/2022. (Wilhelm, Samantha) (Entered: 02/01/2022) |
| 02/09/2022 | 279 | ORDER: On February 7, 2022, plaintiff left a message on my chamber's voicemail stating that he wishes to request an extension of time to file his objections to my February 1, 2022 Report and Recommendation. Plaintiff is an attorney and he should be well aware that any request for an extension of time must be made in writing and filed on the docket. The Court will not consider requests made by telephone. Ordered by Magistrate Judge Lois Bloom on 2/9/2022. (Wilhelm, Samantha) (Entered: 02/09/2022) |
| 02/09/2022 | 280 | Letter MOTION for Extension of Time to File *Objection to Report and Recommendations. Pltff seeks a seven (7) day extension to 2/21/22,* filed by Mario H. Capogrosso. (Galeano, Sonia) (Entered: 02/11/2022) |
| 02/14/2022 | 281 | Mail Returned as Undeliverable, "Return to Sender, Insufficient Address, Unable to Forward." Report and Recommendation dated 2/1/2022 previously sent to Sadiq Tahir. |

| | | | |
|---|---|---|---|
| | | | (Galeano, Sonia) (Entered: 02/16/2022) |
| 02/14/2022 | 282 | | OBJECTION to 278 Report and Recommendations dated 2/1/2022, filed by Mario H. Capogrosso. (Attachments: # 1 Affirmation of Service and Envelope) (Galeano, Sonia) (Entered: 02/18/2022) |
| 02/16/2022 | 283 | | SUPPLEMENTAL OBJECTIONS to 278 REPORT AND RECOMMENDATIONS dated 2/1/2022 filed by Mario H. Capogrosso. (Attachments: # 1 Affirmation of Service and Envelope) (Galeano, Sonia) (Entered: 02/18/2022) |
| 02/18/2022 | 284 | | Mail Returned as Undeliverable, "Return to Sender, Attempted-Not Known, Unable to Forward." Order dated 2/9/2022 previously sent to Sadiq Tahir. (Galeano, Sonia) (Entered: 02/24/2022) |
| 02/22/2022 | | | ORDER finding as moot 280 Motion for Extension of Time to File -- *See* docket entries 282 and 283 . Ordered by Judge Eric R. Komitee on 2/22/2022. (Guy, Alicia) (Entered: 02/22/2022) |
| 02/26/2022 | 285 | | Letter MOTION for Extension of Time to File Response/Reply as to 282 Objection to Report and Recommendations, 283 Notice (Other) by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 02/26/2022) |
| 02/28/2022 | | | ORDER granting in part and denying in part 285 Motion for Extension of Time to File Response/Reply as to 282 Objection to Report and Recommendations, 283 Notice (Other)-- The application is granted in part. The State Defendants' time to respond to Plaintiff's objections and supplemental objections is extended to March 10, 2022. Ordered by Judge Eric R. Komitee on 2/28/2022. c/m. (Guy, Alicia) (Entered: 02/28/2022) |
| 03/03/2022 | 286 | | MEMORANDUM in Opposition re 282 Objection to Report and Recommendations, 283 Notice (Other) *Supplemental Objection to Report and Recommendation* filed by David Smart. (Katz, Sharon) (Entered: 03/03/2022) |
| 03/03/2022 | 287 | | REPLY to Motion for Extension of Time (ECF 285 ) filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 03/04/2022) |
| 03/10/2022 | 288 | | MEMORANDUM in Opposition re 282 Objection to Report and Recommendations, 283 Notice (Other) filed by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 03/10/2022) |
| 03/15/2022 | 289 | | RESPONSE to State Defendants' Reply to Opposition to Report and Recommendations filed by Mario H. Capogrosso. (Lee, Tiffeny) ***Stricken pursuant to Judge Komitee's Order dated 9/29/22.***. Modified on 9/29/2022 to note the filing has been stricken from the docket. (Guy, Alicia). (Entered: 03/16/2022) |
| 03/15/2022 | 290 | | RESPONSE to Defendant Smart's Reply to Opposition to Report and Recommendations filed by Mario H. Capogrosso. (Lee, Tiffeny) ***Stricken pursuant to Judge Komitee's Order dated 9/29/22.***. Modified on 9/29/2022 to note the filing has been stricken from the docket. (Guy, Alicia). (Entered: 03/16/2022) |
| 03/17/2022 | 291 | | Letter MOTION to Strike 289 Reply in Opposition by Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder, Ida Traschen. (Thompson, James) (Entered: 03/17/2022) |
| 03/17/2022 | 292 | | RESPONSE in Opposition re 291 Letter MOTION to Strike 289 Reply in Opposition filed by Mario H. Capogrosso. (Lee, Tiffeny) (Entered: 03/18/2022) |
| 09/29/2022 | 293 | | **MEMORANDUM & ORDER ADOPTING REPORT AND RECOMMENDATIONS -- The R&R** 278 **is adopted in its entirety. Defendants' motions for summary judgment** 178 , 179 **are granted, the Court declines to exercise supplemental** |

| | | | |
|---|---|---|---|
| | | | jurisdiction over Plaintiff's state-law claims against defendants Tahir and PEC Group of NY, Inc., and Defendants' motion to strike Plaintiff's unauthorized sur-replies(ECF Nos. 289 and 290) is granted. The Clerk of Court is respectfully directed to enter judgment in Defendants' favor and to close the case. **ORDER ATTACHED**. Ordered by Judge Eric R. Komitee on 9/29/2022. ((copy mailed). (Guy, Alicia) (Entered: 09/29/2022) |
| 09/29/2022 | | | ORDER granting 291 Letter MOTION to Strike -- *See* docket entry 293 . Ordered by Judge Eric R. Komitee on 9/29/2022. (Guy, Alicia) (Entered: 09/29/2022) |
| 09/30/2022 | | 294 | JUDGMENT: It is ORDERED and ADJUDGED that Defendants' motions for summary judgment are granted; that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims against defendants Tahir and PEC Group of NY, Inc.; and that Defendants' motion to strike Plaintiff's unauthorized sur-replies (ECF Nos. 289 and 290) is granted. ORDERED by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 9/30/2022. *(Copy of this Judgment and the attached appeals packet sent to pro se Plaintiff.)* (Latka-Mucha, Wieslawa) (Entered: 09/30/2022) |
| 10/14/2022 | | 295 | Mail Returned as Undeliverable, "Return to Sender, No Such Number, Unable to Forward." Judgment dated 9/30/2022 previously sent to Sadiq Tahir. (SG) (Entered: 10/20/2022) |
| 10/25/2022 | | 296 | NOTICE OF APPEAL as to 294 Clerk's Judgment., 293 Order Adopting Report and Recommendations, Order on Motion for Summary Judgment, Order on Report and Recommendations., by Mario H. Capogrosso. (VJ) (Entered: 10/26/2022) |
| 10/26/2022 | | 297 | USCA Appeal Fees received $ 505 receipt number 100002436 re 296 Notice of Appeal filed by Mario H. Capogrosso (VJ) (Entered: 10/26/2022) |
| 10/26/2022 | | | Electronic Index to Record on Appeal sent to US Court of Appeals. 296 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/26/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2022 14:47:05 | | | |
| **PACER Login:** | mariohenrycapogrosso | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-02710-EK-LB |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |