UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,

  -against-

ALAN GELBSTEIN, *in his official and individual capacity*, IDA TRASCHEN, *in her official and individual capacity*, DANIELLE CALVO, *in her official and individual capacity*, SADIQ TAHIR, *in his individual capacity*, PEC GROUP OF NY, INC., and DAVID SMART,

                Defendants.
------------------------------------------------------------------X

ORDER
18 CV 2710 (MKB)(LB)

**BLOOM, United States Magistrate Judge:**

      Plaintiff seeks to physically enter DMV premises to "gather information with respect to not only my initial disclosures but as well as any and all discovery which I must undertake with respect to my Complaint." ECF No. 91. The state defendants oppose plaintiff's request. ECF No. 93. The Court shall hold a status conference on January 10, 2020 at 10:30 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York to discuss the parties' discovery obligations. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference. As previously ordered, the state defendants shall answer plaintiff's complaint and plaintiff and the state defendants shall exchange initial disclosures by December 18, 2019.

SO ORDERED.

                                                                  /S/ Judge Lois Bloom
                                                                  LOIS BLOOM
Dated: December 10, 2019                              United States Magistrate Judge
Brooklyn, New York