```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                        Plaintiff,                              ORDER
                                                          18 CV 2710 (MKB)(LB)
        -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO, *in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                        Defendants.
----------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

The Court held a conference in this case on January 10, 2020.[1] The State defendants' request to add DMV Commissioner Mark Schroeder in his official capacity regarding plaintiff's claim for prospective injunctive relief pursuant to Rule 25(d) of the Federal Rules of Civil Procedure is granted.[2] ECF No. 96. As discussed, plaintiff's request to enter TVB premises to conduct discovery is denied. ECF No. 91. Plaintiff shall comply with Rules 26–37 of the Federal Rules of Civil Procedure and the Court's November 14, 2019 Order regarding discovery.[3] As previously set, the parties shall complete all discovery by May 15, 2020 and shall file any pre-motion conference request by June 5, 2020. Electronic Order dated Nov. 14, 2019.

SO ORDERED.

Dated: January 10, 2020                                         /S/
       Brooklyn, New York                               LOIS BLOOM
                                                        United States Magistrate Judge

---

[1] David Smart and Sadiq Tahir did not appear for the conference. The Court excuses their appearances. The Court also excuses plaintiff from registering for mandatory electronic case filing in this case.

[2] The Clerk of Court is directed to amend the caption of this case as set forth above. The State defendants' counsel waived service on behalf of Schroeder on the record.

[3] Any deposition of defendants shall occur at the Courthouse. The parties shall call my Chambers at (718) 613-2170 once they have selected dates that work for both sides to schedule use of a room at the Courthouse for these depositions.