UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

               Plaintiff,                                 **ORDER**
                                                          **18 CV 2710 (EK)(LB)**

   -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

               Defendants.
----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      The parties confirm that they plan to conduct depositions on April 28 and April 29, 2020. ECF No. 113. The Court has reserved Room 402 South in the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on April 28 and 29, 2020 from 9:00 a.m. to 5:00 p.m. The parties are reminded that they are responsible for arranging for their own court reporters. As previously set, the parties shall complete all discovery by May 15, 2020 and shall file any pre-motion conference request in accordance with Judge Komitee's Individual Rules by June 5, 2020. Electronic Order dated Nov. 14, 2019.

SO ORDERED.

                                                                     /S/
                                                              LOIS BLOOM
                                                              United States Magistrate Judge

Dated: February 26, 2020
          Brooklyn, New York