UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,                              **ORDER**
                                                           **18 CV 2710 (EK)(LB)**

   -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                Defendants.
---------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       Defendants request an extension of the discovery deadline with Plaintiff's consent. This request is granted. The parties shall complete all discovery by November 30, 2020. The parties shall file any pre-motion conference request by December 14, 2020, in accordance with Judge Komitee's Individual Rules.

SO ORDERED.

                                                                /S/
                                                            LOIS BLOOM
                                                            United States Magistrate Judge

Dated: September 23, 2020
       Brooklyn, New York