UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO H. CAPOGROSSO,

                Plaintiff,                    **ORDER**
                                                        **18 CV 2710 (EK)(LB)**

   -against-

ALAN GELBSTEIN, *in his individual capacity*, IDA
TRASCHEN, *in her individual capacity*, DANIELLE
CALVO*, in her individual capacity*, SADIQ TAHIR,
*in his individual capacity*, PEC GROUP
OF NY, INC., DAVID SMART, and DMV
COMMISSIONER MARK SCHROEDER,
*in his official capacity*,

                Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       The Court held a telephone status conference in this action on March 16, 2021. Defendant Smart answered plaintiff's interrogatories under oath on the record. The Court shall have a transcript of the conference made part of the record. The Clerk of Court shall mail plaintiff a copy of the transcript. ECF No. 163. Discovery in this matter is closed. The briefing schedule set by Judge Komitee for defendants' motion for summary judgment remains in effect. A copy of this Order shall be sent to plaintiff and to Defendant Smart.

SO ORDERED.

                                                                /S/
                                                 LOIS BLOOM
                                                 United States Magistrate Judge

Dated: March 18, 2021
       Brooklyn, New York