# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso

**CERTIFICATE OF SERVICE***

Docket Number: 22-2827

v.

Alan Gelbstein, et al.,

I, Mario H. Capogrosso (print name), hereby certify under penalty of perjury that on 12/6/2022 (date), I served a copy of CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C); CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D); and ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

(list all documents)

by (select all applicable)**

___ Personal Delivery   _X_ United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Sadiq Tahir | 2994 Coney Island Avenue | Brooklyn | NY | 11235 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/6/2022
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)