IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

―――――――――――――――――――――――x

Mario H. Capogrosso,

       Plaintiff-Appellant,

  v.                                                                          Docket No. 22-2827

Alan Gelbstein, et al.,

       Defendants-Appellees.

―――――――――――――――――――――――x

## SCHEDULING NOTIFICATION

I, Mario H. Capogrosso, the pro-se appellant in the matter of <u>Capogrosso v Gelbstein, et. al</u>. Dkt No. 22-2827 intend to file my brief in this matter on Tuesday, March 7. 2023.

DATED: December 6, 2022

                                                           Pro-Se Plaintiff-Appellant,

                                                           Mario H. Capogrosso, Esq.