# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso

v.

Alan Gelbstein, et. al.

**CERTIFICATE OF SERVICE***

Docket Number: 22-2827

I, Mari H. Capogrosso, hereby certify under penalty of perjury that
(print name)
on 12/6/2022, I served a copy of Scheduling Notification
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery    _X_ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| PEC Group of NY Inc. | Ste 701, 352 7th Avenue | New York | NY | 10001 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/6/2022
Today's Date

/s/ M.H.C.
Signature

Certificate of Service Form (Last Revised 12/2015)