UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-two,

Mario H. Capogrosso,

 Plaintiff-Counter-Defendant-Appellant,

v.

Alan Gelbstein, in his official and individual capacity, Ida Traschen, in her official and individual capacity, Danielle Calvo, in her official and individual capacity, PEC Group of NY, Inc., Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles,

 Defendants - Appellees,

David Smart, Sadiq Tahir,

 Defendants-Counter-Claimants-Appellees,

Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat, Elizabeth Prickett--Morgan, in her official and individual capacity, Jean Flanagan, in her official and individual capacity, Vincent Palmieri, in his official and individual capacity, John and Jane Doe,

 Defendants.

**ORDER**
Docket No: 22-2827

 Counsel for APPELLANT Mario H. Capogrosso has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 7, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before March 7, 2023. The appeal is dismissed effective March 7, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court