**CLERK'S OFFICE**
**ITED STATES COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS





RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

Morgan PDDC NY 10001
THU 15 DEC 2022

22-2827

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235



RECEIVED
2023 JAN -4 AM 9:58
CLERK'S OFFICE
U.S. COURT OF APPEALS

22-2827

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: December 15, 2022<br>Docket #: 22-2827<br>Short Title: Capogrosso v. Gelbstein | DC Docket #: 18-cv-2710<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Komitee<br>DC Judge: Bloom |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-two,

Mario H. Capogrosso,

   Plaintiff-Counter-Defendant-Appellant,

v.

Alan Gelbstein, in his official and individual capacity, Ida Traschen, in her official and individual capacity, Danielle Calvo, in her official and individual capacity, PEC Group of NY, Inc., Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles,

   Defendants - Appellees,

David Smart, Sadiq Tahir,

   Defendants-Counter-Claimants-Appellees,

Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat, Elizabeth Prickett--Morgan, in her official and individual capacity, Jean Flanagan, in her official and individual capacity, Vincent Palmieri, in his official and individual capacity, John and Jane Doe,

   Defendants.

**ORDER**
Docket No: 22-2827

Counsel for APPELLANT Mario H. Capogrosso has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 7, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before March 7, 2023. The appeal is dismissed effective March 7, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

General Docket
Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 22-2827<br>**Nature of Suit:** 3440 CIVIL RIGHTS-Other<br>Capogrosso v. Gelbstein<br>**Appeal From:** EDNY (BROOKLYN)<br>**Fee Status:** Paid | **Docketed:** 10/28/2022 |

**Case Type Information:**
1) Civil
2) Private
3) -

**Originating Court Information:**
**District:** 0207-1 : 18-cv-2710
**Trial Judge:** Eric R. Komitee, U.S. District Judge
**Trial Judge:** Lois Bloom, U.S. Magistrate Judge
**Date Filed:** 05/08/2018

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 09/30/2022 | 09/30/2022 | 10/25/2022 | 10/28/2022 |

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:**   Not available

| | |
|---|---|
| Mario H. Capogrosso<br>    Plaintiff - Appellant | Mario H. Capogrosso, -<br>[NTC Attorney, Pro se]<br>21 Sheldrake Place<br>New Rochelle, NY 10804<br><br>Mario Henry Capogrosso, Esq., -<br>Direct: 914-806-3692<br>[COR NTC Attorney]<br>21 Sheldrake Place<br>New Rochelle, NY 10804 |
| ------------------------------ | |
| Alan Gelbstein, in his official and individual capacity<br>    Defendant - Appellee | David Lawrence, III, Assistant Solicitor General<br>[COR NTC Government]<br>New York State Office of the Attorney General |

|  |  |
|---|---|
|  | 28 Liberty Street<br>New York, NY 10005<br><br>Barbara D. Underwood, -<br>**Terminated:** 11/08/2022<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |
| Ida Traschen, in her official and individual capacity<br>        Defendant - Appellee | David Lawrence, III, Assistant Solicitor General<br>[COR NTC Government]<br>(see above)<br><br>Barbara D. Underwood, -<br>**Terminated:** 11/08/2022<br>[COR NTC Government]<br>(see above) |
| Danielle Calvo, in her official and individual capacity<br>        Defendant - Appellee | David Lawrence, III, Assistant Solicitor General<br>[COR NTC Government]<br>(see above)<br><br>Barbara D. Underwood, -<br>**Terminated:** 11/08/2022<br>[COR NTC Government]<br>(see above) |
| Sadiq Tahir, in his individual capacity<br>        Defendant - Appellee | Sadiq Tahir, -<br>Direct: 929-366-1717<br>[NTC Pro Se]<br>2994 Coney Island Avenue<br>Brooklyn, NY 11235 |
| PEC Group of NY, Inc.<br>        Defendant - Appellee | PEC Group of NY, Inc., -<br>[NTC Pro Se]<br>Ste 701<br>352 7th Avenue<br>New York, NY 10001 |
| David Smart<br>        Defendant - Appellee | Sharon Katz, Esq., -<br>Direct: 212-450-4508<br>[COR NTC Retained]<br>Davis Polk & Wardwell LLP<br>2750<br>450 Lexington Avenue<br>New York, NY 10017<br><br>Amelia T.R. Starr, Esq., - |

|  |  |
|---|---|
|  | Direct: 212-450-4000<br>[NTC Retained]<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |
| Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles<br>    Defendant - Appellee | David Lawrence, III, Assistant Solicitor General<br>[COR NTC Government]<br>(see above)<br><br>Barbara D. Underwood, -<br>**Terminated:** 11/08/2022<br>[COR NTC Government]<br>(see above) |
| Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat<br>    Defendant |  |
| Elizabeth Prickett--Morgan, in her official and individual capacity<br>    Defendant |  |
| Jean Flanagan, in her official and individual capacity<br>    Defendant |  |
| Vincent Palmieri, in his official and individual capacity<br>    Defendant |  |
| John and Jane Doe<br>    Defendant |  |

Mario H. Capogrosso,

    Plaintiff-Counter-Defendant-Appellant,

v.

Alan Gelbstein, in his official and individual capacity, Ida Traschen, in her official and individual capacity, Danielle Calvo, in her official and individual capacity, PEC Group of NY, Inc., Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles,

    Defendants - Appellees,

David Smart, Sadiq Tahir,

Defendants-Counter-Claimants-Appellees,

Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat, Elizabeth Prickett--Morgan, in her official and individual capacity, Jean Flanagan, in her official and individual capacity, Vincent Palmieri, in his official and individual capacity, John and Jane Doe,

Defendants.

| Date | # | Size | Description |
|---|---|---|---|
| 10/28/2022 | 1 | 35 pg, 293.15 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Mario H. Capogrosso, FILED. [3413511] [22-2827] [Entered: 11/03/2022 12:32 PM] |
| 10/28/2022 | 2 | 9 pg, 153.1 KB | DISTRICT COURT MEMORANDUM AND ORDER, dated 09/29/2022, RECEIVED.[3413515] [22-2827] [Entered: 11/03/2022 12:34 PM] |
| 10/28/2022 | 3 | 1 pg, 63.4 KB | DISTRICT COURT JUDGMENT, dated 09/30/2022, RECEIVED. [3413516] [22-2827] [Entered: 11/03/2022 12:35 PM] |
| 10/28/2022 | 4 | 1 pg, 35.97 KB | PAYMENT OF DOCKETING FEE, on behalf of Appellant Mario H. Capogrosso, district court receipt # 100002436, FILED.[3413517] [22-2827] [Entered: 11/03/2022 12:37 PM] |
| 10/28/2022 | 5 | 33 pg, 390.78 KB | ELECTRONIC INDEX, in lieu of record, FILED.[3413519] [22-2827] [Entered: 11/03/2022 12:37 PM] |
| 11/03/2022 | 6 | 1 pg, 93.5 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, Mario H. Capogrosso, SENT.[3413521] [22-2827] [Entered: 11/03/2022 12:39 PM] |
| 11/03/2022 | 7 | 1 pg, 93.46 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, Sadiq Tahir, SENT. [3413526] [22-2827] [Entered: 11/03/2022 12:43 PM] |
| 11/03/2022 | 9 | 1 pg, 96.45 KB | NOTICE, to Appellee PEC Group of NY, Inc., regarding a corporation proceeding Pro Se, and requesting a response 30 days from the date of this letter, SENT.[3413529] [22-2827] [Entered: 11/03/2022 12:46 PM] |
| 11/08/2022 | 12 | 2 pg, 104.42 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Danielle Calvo, Mark J.F. Schroeder, Alan Gelbstein and Ida Traschen, FILED. Service date 11/08/2022 by CM/ECF, US mail. [3416487] [22-2827] [Entered: 11/08/2022 03:48 PM] |
| 11/08/2022 | 13 | | ATTORNEY, David Lawrence III, [12], in place of attorney Barbara D. Underwood, SUBSTITUTED.[3416595] [22-2827] [Entered: 11/08/2022 05:37 PM] |
| 11/09/2022 | 18 | 5 pg, 2.42 MB | MOTION, for admission pro hac vice, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 11/08/2022 by US mail.[3421655] [22-2827] [Entered: 11/17/2022 12:13 PM] |
| 11/10/2022 | 14 | 1 pg, 73.33 KB | |

| Date | Doc # | Description |
|---|---|---|
| | | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee David Smart, FILED. Service date 11/10/2022 by CM/ECF. [3418382] [22-2827] [Entered: 11/10/2022 03:42 PM] |
| 11/15/2022 | 15 <br> 1 pg, 68.64 KB | CERTIFICATE OF SERVICE, for , on behalf of Appellee David Smart, FILED. Service date 11/15/2022 by US mail.[3420300] [22-2827] [Entered: 11/15/2022 03:48 PM] |
| 11/15/2022 | 16 <br> 2 pg, 169.22 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee David Smart, FILED. Service date 11/15/2022 by US mail. [3420307] [22-2827] [Entered: 11/15/2022 03:53 PM] |
| 11/16/2022 | 20 <br> 56 pg, 20.05 MB | UNDELIVERABLE MAIL, to USCA from USPS, return to sender, not deliverable as addressed, unable to forward, RECEIVED.[3423028] [22-2827] [Entered: 11/18/2022 06:48 PM] |
| 11/16/2022 | 21 <br> 11 pg, 960.24 KB | UNDELIVERABLE MAIL, to USCA from USPS, on behalf of PEC Group of NY, Inc. Address unknown, return to sender., RECEIVED. [3423473] [22-2827] [Entered: 11/21/2022 12:34 PM] |
| 11/22/2022 | 24 <br> 1 pg, 153.6 KB | MOTION ORDER, granting motion for admission pro hac vice. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order. [18], by AJN, copy to pro se, FILED. [3424230][22-2827] [Entered: 11/22/2022 10:38 AM] |
| 12/06/2022 | 25 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, US mail.[3431702] [22-2827] [Entered: 12/06/2022 11:15 AM] |
| 12/06/2022 | 26 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, US mail.[3431707] [22-2827] [Entered: 12/06/2022 11:18 AM] |
| 12/06/2022 | 27 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, US mail.[3431711] [22-2827] [Entered: 12/06/2022 11:20 AM] |
| 12/06/2022 | 28 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431716] [22-2827] [Entered: 12/06/2022 11:21 AM] |
| 12/06/2022 | 29 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431736] [22-2827] [Entered: 12/06/2022 11:31 AM] |
| 12/06/2022 | 30 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431738] [22-2827] [Entered: 12/06/2022 11:31 AM] |
| 12/06/2022 | 31 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431742] [22-2827] [Entered: 12/06/2022 11:33 AM] |
| 12/06/2022 | 32 | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431745] [22-2827] [Entered: 12/06/2022 11:34 AM] |
| 12/06/2022 | ☐ | 33 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431751] [22-2827] [Entered: 12/06/2022 11:36 AM] |
| 12/06/2022 | ☐ | 34 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431756] [22-2827] [Entered: 12/06/2022 11:37 AM] |
| 12/06/2022 | ☐ | 35 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431758] [22-2827] [Entered: 12/06/2022 11:38 AM] |
| 12/06/2022 | ☐ | 36 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431760] [22-2827] [Entered: 12/06/2022 11:40 AM] |
| 12/06/2022 | ☐ | 37 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431761] [22-2827] [Entered: 12/06/2022 11:41 AM] |
| 12/06/2022 | ☐ | 38 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431763] [22-2827] [Entered: 12/06/2022 11:42 AM] |
| 12/06/2022 | ☐ | 39 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431766] [22-2827] [Entered: 12/06/2022 11:43 AM] |
| 12/06/2022 | ☐ | 40 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431769] [22-2827] [Entered: 12/06/2022 11:45 AM] |
| 12/06/2022 | ☐ | 41 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431773] [22-2827] [Entered: 12/06/2022 11:46 AM] |
| 12/06/2022 | ☐ | 42 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431774] [22-2827] [Entered: 12/06/2022 11:47 AM] |
| 12/06/2022 | ☐ | 43 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431776] [22-2827] [Entered: 12/06/2022 11:49 AM] |
| 12/06/2022 | ☐ | 44 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431779] [22-2827] [Entered: 12/06/2022 11:50 AM] |
| 12/06/2022 | ☐ | 45 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431783] [22-2827] [Entered: 12/06/2022 11:51 AM] |

| Date | | # | Description |
|---|---|---|---|
| 12/06/2022 | ☐ | 46 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431786] [22-2827] [Entered: 12/06/2022 11:53 AM] |
| 12/06/2022 | ☐ | 47 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431788] [22-2827] [Entered: 12/06/2022 11:54 AM] |
| 12/06/2022 | ☐ | 48 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431790] [22-2827] [Entered: 12/06/2022 11:56 AM] |
| 12/06/2022 | ☐ | 49 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431794] [22-2827] [Entered: 12/06/2022 11:57 AM] |
| 12/06/2022 | ☐ | 50 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431798] [22-2827] [Entered: 12/06/2022 11:58 AM] |
| 12/06/2022 | ☐ | 51 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431803] [22-2827] [Entered: 12/06/2022 12:00 PM] |
| 12/06/2022 | ☐ | 52 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431807] [22-2827] [Entered: 12/06/2022 12:01 PM] |
| 12/06/2022 | ☐ | 53 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431809] [22-2827] [Entered: 12/06/2022 12:02 PM] |
| 12/06/2022 | ☐ | 54 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431811] [22-2827] [Entered: 12/06/2022 12:04 PM] |
| 12/06/2022 | ☐ | 55 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431814] [22-2827] [Entered: 12/06/2022 12:05 PM] |
| 12/06/2022 | ☐ | 56 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431816] [22-2827] [Entered: 12/06/2022 12:06 PM] |
| 12/06/2022 | ☐ | 57 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431818] [22-2827] [Entered: 12/06/2022 12:08 PM] |
| 12/06/2022 | ☐ | 58 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431819] [22-2827] [Entered: 12/06/2022 12:09 PM] |
| 12/06/2022 | ☐ | 59 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431820] [22-2827] [Entered: 12/06/2022 12:10 PM] |

| Date | Doc # | Description |
|---|---|---|
| 12/06/2022 | 60 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431830] [22-2827] [Entered: 12/06/2022 12:18 PM] |
| 12/06/2022 | 63 | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431835] [22-2827] [Entered: 12/06/2022 12:20 PM] |
| 12/06/2022 | 64<br>3 pg, 326.35 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431838] [22-2827] [Entered: 12/06/2022 12:22 PM] |
| 12/06/2022 | 65<br>1 pg, 125.45 KB | FORM D, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431841] [22-2827] [Entered: 12/06/2022 12:24 PM] |
| 12/06/2022 | 66 | FORM D, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, email, US mail.[3431848] [22-2827] [Entered: 12/06/2022 12:28 PM] |
| 12/06/2022 | 69<br>381 pg, 49.01 MB | FORM C, on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by CM/ECF, US mail.[3432033] [22-2827] [Entered: 12/06/2022 02:50 PM] |
| 12/06/2022 | 70<br>1 pg, 88.22 KB | CERTIFICATE OF SERVICE, for , on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by US mail.[3432053] [22-2827] [Entered: 12/06/2022 03:01 PM] |
| 12/06/2022 | 71<br>1 pg, 84.82 KB | CERTIFICATE OF SERVICE, for , on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by US mail.[3432055] [22-2827] [Entered: 12/06/2022 03:02 PM] |
| 12/06/2022 | 72<br>1 pg, 47.12 KB | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellant Mario H. Capogrosso, informing Court of proposed due date 03/07/2023, RECEIVED. Service date 12/06/2022 by CM/ECF, US mail.[3432075] [22-2827] [Entered: 12/06/2022 03:16 PM] |
| 12/06/2022 | 73<br>1 pg, 84.6 KB | CERTIFICATE OF SERVICE, for , on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by US mail.[3432124] [22-2827] [Entered: 12/06/2022 03:59 PM] |
| 12/06/2022 | 74<br>1 pg, 87.27 KB | CERTIFICATE OF SERVICE, for , on behalf of Appellant Mario H. Capogrosso, FILED. Service date 12/06/2022 by US mail.[3432125] [22-2827] [Entered: 12/06/2022 04:00 PM] |
| 12/07/2022 | 75<br>2 pg, 129.56 KB | DEFECTIVE DOCUMENT, Form D, [66], on behalf of Appellant Mario H. Capogrosso, FILED.[3432788] [22-2827] [Entered: 12/07/2022 04:32 PM] |
| 12/07/2022 | 76 | CURED DEFECTIVE Form D, [75], [65], on behalf of Appellant Mario H. Capogrosso, FILED.[3432790] [22-2827] [Entered: 12/07/2022 04:35 PM] |
| 12/07/2022 | 78 | |

| | | | |
|---|---|---|---|
| | 2 pg, 129.63 KB | | DEFECTIVE DOCUMENT, Form C, [25], [26], [27], [28], [29], [30], [31], [32], [33], [34], [35], [36], [37], [38], [39], [40], [41], [42], [43], [44], [45], [46], [47], [48], [49], [50], [51], [52], [53], [54], [55], [56], [57], [58], [59], [60], [63], on behalf of Appellant Mario H. Capogrosso, FILED.[3432800] [22-2827] [Entered: 12/07/2022 04:41 PM] |
| 12/07/2022 | ☐ | 79 | CURED DEFECTIVE Form C, [78], [69], on behalf of Appellant Mario H. Capogrosso, FILED.[3432806] [22-2827] [Entered: 12/07/2022 04:45 PM] |
| 12/08/2022 | ☐ | 84 | ATTORNEY, Amelia T.R. Starr for Appellee David Smart, in case 22-2827 , [16], ADDED.[3433160] [22-2827] [Entered: 12/08/2022 11:36 AM] |
| 12/14/2022 | ☐ | 86<br>1 pg, 93.82 KB | NOTICE, to Appellee Sadiq Tahir , for failure to file an appearance, SENT.[3436896] [22-2827] [Entered: 12/14/2022 02:39 PM] |
| 12/15/2022 | ☐ | 89<br>1 pg, 86.92 KB | NEW CASE MANAGER, Ronald Willoughby, ASSIGNED.[3437428] [22-2827] [Entered: 12/15/2022 11:33 AM] |

Select All    Clear All

⦿ **Documents and Docket Report**
○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

Selected Pages: 0      Selected Size: 0 KB

View Selected