# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso

vs.

Alan Gelbstein, in his individual capacity, Ida Traschen, in her individual capacity, Danielle Calvo, in her individual capacity, Sadiq Tahir, PEC Group of New York, Inc., David Smart, and Mark Schroeder, in his official capacity as Commissioner of The New York State Department of Motor Vehicles,

**CERTIFICATE OF SERVICE***

Docket Number: 22-2827

I, Mario H. Capogrosso, hereby certify under penalty of perjury that
(print name)

on March 7, 2023, I served a copy of Appellant's Brief; and
(date)
Appendix Volume I; Appendix Volume II
(list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| PEC Group of New York | 935 S. Lake Blvd. #7 | Mahopac | NY | 10541 |
| Sadiq Tahir | 2994 Coney Island Avenue | Brooklyn | NY | 11235 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

March 7, 2023
Today's Date

_[Signature]_
Signature

Certificate of Service Form (Last Revised 12/2015)