United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: March 08, 2023
Docket #: 22-2827
Short Title: Capogrosso v. Gelbstein

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 18-cv-2710
DC Court: EDNY (BROOKLYN)
DC Judge: Komitee
DC Judge: Bloom

## NOTICE OF DEFECTIVE FILING

On March 7, 2023 the Brief, on behalf of the Appellant Mario H. Capogrosso, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
**XX Defective cover *(FRAP 32)***
    **XX Incorrect caption *(FRAP 32)*** – "**Incomplete. See *Other* on next page**"
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
**XX Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)***
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing

   __XX__    __Incorrect Filing Event__ – file under "Appellant/Petitioner Brief FILED"
   __XX__    <mark>__Other__</mark>__: Please correct the cover by amending the caption so it reflects the full caption as shown on the docket (see below).__

*Mario H. Capogrosso,*

      *Plaintiff-Counter-Defendant-Appellant,*

*v.*

*Alan Gelbstein, in his official and individual capacity, Ida Traschen, in her official and individual capacity, Danielle Calvo, in her official and individual capacity, PEC Group of NY, Inc., Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles,*

      *Defendants - Appellees,*
*David Smart, Sadiq Tahir,*
      *Defendants-Counter-Claimants-Appellees,*
*Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat, Elizabeth Prickett--Morgan, in her official and individual capacity, Jean Flanagan, in her official and individual capacity, Vincent Palmieri, in his official and individual capacity, John and Jane Doe,*
      *Defendants.*

__Next, please paginate the pages of your brief. For information on how to paginate PDF documents, please click the hyperlink located in the sentence "__*__Incorrect pagination__*__" found on the first page of this notice.__

__Lastly, please refile your brief using filing event "__*__Appellant/Petitioner BRIEF FILED__*__". Please <mark>DO NOT</mark> use the "Corrected Brief" entry.__

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than __March 10, 2023__. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.