**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 08, 2023<br>Docket #: 22-2827<br>Short Title: Capogrosso v. Gelbstein | DC Docket #: 18-cv-2710<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Komitee<br>DC Judge: Bloom |

### NOTICE OF DEFECTIVE FILING

On March 7, 2023 the Appendix, volumes 1 and 2, on behalf of the Appellant Mario H. Capogrosso, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
     _____ Missing proof of service
     _____ Served to an incorrect address
     _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
**XX Failure to file special appendix *(Local Rule 32.1)***
**XX Defective cover *(FRAP 32)***
     **XX Incorrect caption *(FRAP 32)***
     _____ Wrong color cover *(FRAP 32)*
     _____ Docket number font too small *(Local Rule 32.1)*
**XX Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)***
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing

   XX    Incorrect Filing Event – use event "*Appendix FILED*"

   XX    **Other: Pursuant to LR 32.1(c), if the appendix exceeds 300 pages, the parties must file a Special Appendix. Please correct by providing a Special Appendix, either as an addendum attached to the end of your brief *or* as a separately bound volume designated "Special Appendix". If you choose to provide it as an addendum to your brief, please amend the cover so that it reflects the full caption (see docket for full caption list) and title the cover as a *Brief & Special Appendix*. Then, file it under filing event "*Brief & Special Appendix FILED*".**

**If you choose to provide the Special Appendix as a separately bound volume, please file it under event "*Special Appendix FILED*".**

**Please paginate the pages of your appendices and refile each volume, *separately*, using filing event "*Appendix FILED*".**

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **March 10, 2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.