# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Mario H. Capogrosso
_____

vs.

Alan Gelbstein, in his individual capacity, Ida Traschen,
in her individual capacity, Danielle Calvo,
in her individual capacity, Sadiq Tahir, PEC Group of
New York, Inc., David Smart, and Mark Schroeder,
in his official capacity as Commissioner of The New
York State Department of Motor Vehicles,
_____

**CERTIFICATE OF SERVICE***

Docket Number: __22-2827__

I, __Mario H. Capogrosso__, hereby certify under penalty of perjury that
          (print name)

on __3/9/2023__, I served a copy of __Appellant's Brief; and__
  (date)

__Appendix Volume I; Appendix Volume II ; Special Appendix__
_____
(list all documents)

by (select all applicable)**

____ Personal Delivery    ✔ United States Mail    ____ Federal Express or other Overnight Courier

____ Commercial Carrier    ____ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| PEC Group of New York | 935 S. Lake Blvd. #7 | Mahopac | NY | 10541 |
| Sadiq Tahir | 2994 Coney Island Avenue | Brooklyn | NY | 11235 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__3/9/2023__
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)