

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

March 10, 2023

Catherine O'Hagan Wolfe,
Clerk of the Court
U.S. Court of Appeals for
the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    *Capogrosso v. Gelbstein*, No. 22-2827

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2(a)(1)(B), we respectfully request that the brief for appellees Gelbstein, Traschen, Calvo, and Schroeder be due ninety-one days after the March 7, 2023, filing of the appellant's brief, *i.e.*, on June 6, 2023.

                      Respectfully,

                      /s/ David Lawrence III

                      David Lawrence III
                      Assistant Solicitor General

cc:    Mario Henry Capogrosso, Esq.
        Sadiq Tahir
        PEC Group of NY, Inc.
        Sharon Katz, Esq.
        Amelia T.R. Starr, Esq.