## CERTIFICATE OF SERVICE

      I hereby certify that I have, on the 10th day of March, 2023, served or caused to be served one copy of the accompanying scheduling notification by United States Postal Service first class/priority mail upon the following named person(s):

Mario Henry Capogrosso, Esq.
21 Sheldrake Place
New Rochelle, NY 10804

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

PEC Group of NY, Inc.
Ste 701
352 7th Avenue
New York, NY 10001

          /s/  David Lawrence III