# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand twenty-three,

_____

| | |
|---|---|
| Mario H. Capogrosso, | **ORDER** |
| | Docket No: 22-2827 |
|     Plaintiff-Counter-Defendant-Appellant, | |
| | |
| v. | |
| | |
| Alan Gelbstein, in his official and individual capacity, Ida Traschen, in her official and individual capacity, Danielle Calvo, in her official and individual capacity, PEC Group of NY, Inc., Mark J.F. Schroeder, Commissioner of the New York State Department of Motor Vehicles, | |
| | |
|     Defendants - Appellees, | |
| | |
| David Smart, Sadiq Tahir, | |
| | |
|     Defendants-Counter-Claimants-Appellees, | |
| | |
| Boshra Vahdatlamas, in her official and individual capacity, AKA Bushra Vahdat, Elizabeth Prickett--Morgan, in her official and individual capacity, Jean Flanagan, in her official and individual capacity, Vincent Palmieri, in his official and individual capacity, John and Jane Doe, | |
| | |
|     Defendants. | |

_____

      Counsel for APPELLEE Danielle Calvo, Alan Gelbstein, Mark J.F. Schroeder and Ida Traschen have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 6, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before June 6, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court