**Davis Polk**

Amelia T.R. Starr
+1 212 450 4516
amelia.starr@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

March 14, 2023

Re: *Capogrosso v. Gelbstein*, No. 22-2827

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Dear Mrs. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(B), we request that the brief for appellee David Smart be due ninety-one days after the March 7, 2023, filing of the appellant's brief, *i.e.*, on June 6, 2023.

Respectfully yours,

/s/ Amelia T.R. Starr
Amelia T.R. Starr
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Phone: (212) 450-4516
Fax: (212) 701-5516
amelia.starr@davispolk.com

*Attorney for Defendant David Smart*

cc: Mario Henry Capogrosso, Esq.
    Sadiq Tahir
    PEC Group of NY, Inc.
    David Lawrence III, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I caused a true and correct copy of this scheduling notification to be served on the following persons:

Mario Capogrosso, Esq.
21 Sheldrake Place
New Rochelle, NY 10804
(*via FedEx overnight mail*)

PEC Group of NY, Inc.
352 7th Avenue, Ste. 701
New York, NY 10001
(*via FedEx overnight mail*)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235
(*via FedEx overnight mail*)

Dated: New York, New York
       March 14, 2023

                                          */s/ Amelia T.R. Starr*
                                          Amelia T.R. Starr
                                          DAVIS POLK & WARDWELL LLP
                                          450 Lexington Avenue
                                          New York, NY 10017
                                          Phone: (212) 450-4516
                                          Fax: (212) 701-5516
                                          amelia.starr@davispolk.com

                                          *Attorney for Defendant David Smart*