# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Capogrosso v. Gelbstein, et al.     Docket No.: 22-2827

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Matthew Garry

Firm: Davis Polk & Wardwell LLP

Address: 450 Lexington Ave, New York, NY 10017

Telephone: 212-450-4516     Fax: 212-701-5516

E-mail: matthew.garry@davispolk.com

Appearance for: David Smart / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sharon Katz, Amelia T.R. Starr / Davis Polk & Wardwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Matthew Garry

Type or Print Name: Matthew Garry

# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2023, I caused a true and correct coy of this Notice of Appearance for Additional Counsel to be served on the following persons:


Mario Capogrosso
21 Sheldrake Place
New Rochelle, NY 10804
(*via FedEx overnight mail*)

PEC Group of NY, Inc.
352 7th Avenue, Ste. 701
New York, NY 10001
(*via FedEx overnight mail*)

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235
(*via FedEx overnight mail*)


Dated: New York, New York
        March 14, 2023

                                              */s/ Matthew Garry*
                                              Matthew Garry
                                              DAVIS POLK & WARDWELL LLP
                                              450 Lexington Avenue
                                              New York, NY 10017
                                              Phone: (212) 450-3394
                                              Fax: (212) 701-6394
                                              matthew.garry@davispolk.com

                                              *Attorney for Defendant David Smart*