## CERTIFICATE OF SERVICE

  I hereby certify that on March 16, 2023, I caused to be served one copy of the accompanying Notice of Appearance for Substitute Counsel by United States Postal Service first class/priority mail upon the following:

Sadiq Tahir
2994 Coney Island Avenue
Brooklyn, NY 11235

PEC Group of NY, Inc.
Ste 701
352 7th Avenue
New York, NY 10001

            /s/ Cleland B. Welton II