**Davis Polk**

Matthew Garry
+1 212 450 3394
matthew.garry@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

May 25, 2023

Re: *Capogrosso v. Gelbstein*, No. 22-2827

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10017

Dear Ms. Wolfe

David Smart, an appellee in the above-captioned appeal, is represented by Davis Polk & Wardwell LLP ("Davis Polk").  As of May 30, 2023, I will no longer be associated with Davis Polk.  Accordingly, I respectfully request that I be removed as counsel in this appeal.  Mr. Smart will continue to be represented by attorneys from Davis Polk.

Respectfully Submitted,


/s/ Matthew Garry
Matthew Garry