## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Capogrosso v. Gelbstein _____ Docket No.: 22-2827 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anna Lee Whisenant

Firm: Davis Polk & Wardwell LLP

Address: 450 Lexington Avenue, New York, NY 10017

Telephone: 212-450-3067 Fax: 212-701-6067

E-mail: anna.whisenant@davispolk.com

**Appearance for:** David Smart / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sharon Katz, Amelia T.R. Starr / Davis Polk & Wardwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Anna Lee Whisenant

Type or Print Name: Anna Lee Whisenant