## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Capogrosso v. Gelbstein  Docket No.: 22-2827

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Xueyao Chen

Firm: Davis Polk Wardwell LLP

Address: 1600 El Camino Real, Menlo Park, CA 94025

Telephone: 646-830-8231   Fax:

E-mail: xueyao.chen@davispolk.com

Appearance for: David Smart / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sharon Katz, Amelia T.R. Starr / Davis Polk & Wardwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Xueyao Chen

Type or Print Name: Xueyao Chen