9

Proceedings

1          MR. SMART:  No way.  No way.

2          THE COURT:  Thank you, sir.

3          MR. SMART:  They were not even -- they were not

4    even near.

5          THE COURT:  Thank you.  Thank you, sir.  Thank

6    you.  So I have gotten Mr. Smart to answer the

7    interrogatories under oath.  I will get a copy of this

8    conference transcript made part of the record and that in

9    my mind, Mr. Capogrosso, has eliminated this issue which

10   has caused some consternation and I do know that Judge

11   Komitee has set a scheduled for the defendant's summary

12   judgment motion which means that they're going to serve

13   you with their motion on March 31st of 2021 and you have

14   until April 30th of 2021 to serve your opposition and

15   that they will reply and both sides should file their

16   portions of the motion on May 10th, 2021.

17          Let me just mention, Mr. Thompson, that there

18   is a special notice provision under 56.2 of the Local

19   Rules which although Mr. Capogrosso is an attorney and he

20   is not entitled to the special solicitude that pro se

21   litigants are entitled to, it may be smart for you to

22   just to include the notice, so that for any determination

23   to be made, you've gone above and beyond what your duty

24   is and provided him special notice of how to oppose a

25   motion for summary judgment.

**JSA-166**

10

Proceedings

1          And Mr. Capogrosso, because you are an

2   attorney, you are expected to look at Local Rule 56.1 and

3   to file a counter statement to whatever 56.1 statement is

4   filed by the defendants.

5          Mr. Smart, I know that you're still working

6   with the City Bar and that they were looking for limited

7   scope pro bono counsel for the purpose of moving on your

8   behalf for summary judgment.  Is that correct, sir?

9          MR. SMART:  Yeah, I was called yesterday by Kat

10  Ataka (ph.) and they say that she is looking for one to

11  represent me.

12          THE COURT:  Okay.

13          MR. SMART:  And she is going to let me know as

14  soon as possible.

15          THE COURT:  So you please stay in touch, so

16  that when the motion is made to Judge Komitee, he'll have

17  everybody's motion at the same time, okay?

18          MR. SMART:  Yeah.

19          THE COURT:  Mr. Capogrosso, do you have any

20  questions for the Court before we adjourn?

21          MR. CAPOGROSSO:  I do.  I do.

22          THE COURT:  Yes.

23          MR. CAPOGROSSO:  I do and I will keep it short

24  because I will waste the Court's time and I don't want to

25  do that but I do have several questions.  Number one,

**JSA-167**

11

Proceedings

1    will I be getting a copy of this deposition, your Honor?

2              THE COURT:  Are you going to get a copy of the

3    transcript of today's --

4              MR. CAPOGROSSO:  Of the transcript --

5              THE COURT:  -- conference?

6              MR. CAPOGROSSO:  -- yes.

7              THE COURT:  Yes, you are sir.

8              MR. CAPOGROSSO:  Yes, thank you.

9              May I ask Attorney Thompson concerning my

10   deposition which I have not received yet and I've sent

11   him a copy of mine.

12             THE COURT:  Mr. Thompson?

13             MR. CAPOGROSSO:  And when am I going to get it?

14             THE COURT:  Mr. Thompson, can you get Mr.

15   Capogrosso a copy of his deposition transcript please?

16             MR. THOMPSON:  Certainly, we can do that.

17             MR. CAPOGROSSO:  When am I going to get it and

18   is it going to be a hard copy or an electronic file?  I

19   sent you a hard copy.

20             MR. THOMPSON:  If you would like, I can email

21   you a digital copy this afternoon.

22             MR. CAPOGROSSO:  I don't want a digital copy, I

23   want a hard copy.  I sent you a hard copy.  I would like

24   a hard copy (indiscernible).

25             THE COURT:  Sir, sir, sir?

Transcriptions Plus II, Inc.

**JSA-168**

Case 1:20-2827, Document 163, 06/06/2023, 3525581, Page 124 of 14

12

Proceedings

1          MR. CAPOGROSSO:  Yes.

2          THE COURT:  Nobody is in their office, so if

3  what you're asking for him to print it in a printer and

4  put it in the mail to you, it's going to take longer.

5  Don't you have a printer at your home where he could

6  email it to you and you could print it out for yourself?

7          MR. CAPOGROSSO:  Judge, I would like it the way

8  I sent it to Attorney Thompson. That's how I would like

9  it, hard copy.

10          THE COURT:  Mr. Thompson, is there a way that

11  you could get it printed in your office and sent to Mr.

12  Capogrosso?

13          MR. THOMPSON:  We could but what I would ask in

14  return, it's much more useful for us to have copies of

15  transcripts in digital formats because when he sends

16  things to us in hard copy, we have to have someone go

17  through page-by-page and scan it.

18          So what I would say is if we're going to print

19  out a hard copy for him, I would request a digital copy

20  of the transcripts he's taken.

21          MR. CAPOGROSSO:  That's fine.  That's fine.

22  That's fine.

23          THE COURT:  So Mr. Capogrosso --

24          MR. CAPOGROSSO:  That's fine.

25          THE COURT:  -- they will print out a copy for

Transcriptions Plus II, Inc.

Proceedings

1 you because that's your preference and he said could you

2 please email him --

3             MR. CAPOGROSSO:  Absolutely.

4             THE COURT:  -- a digital copy of the

5 depositions that you took, okay?

6             MR. CAPOGROSSO:  Well, normally the court

7 reporter prints out a hard copy.  I've done this for a

8 while.  A hard copy, they do, they send you a hard copy

9 of (indiscernible).  So that's fine.  We'll make a hard

10 copy and as soon as I get a hard copy, I'll send you a

11 digital copy.

12             In terms of the deposition, Judge, this is the

13 Court's deposition, am I allowed to (indiscernible) any

14 question?

15             THE COURT:  No.

16             MR. CAPOGROSSO:  I am not.

17             THE COURT:  You're done.  You're done.

18             MR. CAPOGROSSO:  All right.  Okay.

19 (Indiscernible).

20             THE COURT:  Was there anything else today, Mr.

21 Capogrosso before we adjourn?

22             MR. CAPOGROSSO:  When will I get the hard copy,

23 Attorney Thompson?

24             MR. THOMPSON:  I -- let me check and see.  I

25 will try to get it in the mail for you by the end of the

14

Proceedings

1  wee, does that work?

2         MR. CAPOGROSSO:  That's fine.  That will be

3  great.

4         THE COURT:  And likewise, I'll get the court

5  reporter's to transcribe today's conference and I will

6  endeavor to get it to you by the end of next week, Mr.

7  Capogrosso.

8         MR. CAPOGROSSO:  All right.  I'm not wanting to

9  waste the Court's time but I have one more comment that I

10 would like to ask Attorney Thompson and as well as the

11 attorney for the DMV.  This was brought up at the

12 deposition of defendant Gelbstein.  May I ask Attorney

13 Thompson?

14        THE COURT:  Go ahead, Mr. Capogrosso.

15        MR. CAPOGROSSO:  Fine.  At the attorney of

16 Attorney Gelbstein, you testified that there were no

17 ticket brokers in his office.  Defendant Calvo indicated

18 he saw ticket brokers in his office.

19        THE COURT:  I'm having a difficult time, Mr.

20 Capogrosso, understanding --

21        MR. CAPOGROSSO:  Fine.

22        THE COURT:  -- what you're saying.  I don't

23 know if it's the line or you're speaking not into the

24 phone but please, you are asking Mr. Thompson a question

25 about Gelbstein's deposition, so what is the question?

Transcriptions Plus II, Inc.

15

Proceedings

1    MR. CAPOGROSSO:  Yes.  The question is at his

2  deposition, I'm speaking into the phone now, he indicated

3  that there were no ticket brokers in his office, Jewish

4  ticket brokers in his office.  Defendant Calvo indicated

5  that there were.  She saw them.  I saw them. I was there

6  ten years.  He indicated that he was not pleading

7  motorists guilty on a sidebar with Judge Bloomstein.  I

8  indicated I saw that.  He indicated that he might have --

9  might have --

10    THE COURT:  What is the question that you have,

11  Mr. Capogrosso?

12    MR. CAPOGROSSO:  The question is is this, your

13  Honor.  Your Honor, the question is this.  These are

14  allegations of wrongdoing on behalf of -- by Defendant

15  Gelbstein by myself on behalf -- by defendant Gelbstein

16  by myself.  Has the Attorney General's office opened up

17  an investigation concerning these allegations of

18  wrongdoing with respect to defendant Gelbstein?

19    THE COURT:  Mr. Capogrosso, sir, with all due

20  respect --

21    MR. CAPOGROSSO:  Yes.

22    THE COURT:  -- you are an attorney.  If you

23  want to ask a FOIA request of the State regarding any

24  investigation, you could do that but Mr. Thompson is not

25  going to have to answer your questions today and again,

Transcriptions Plus II, Inc.

**JSA-172**

16

Proceedings

1  as far as the summary judgment goes, if there are

2  inconsistencies in the testimony of the witnesses, you

3  could use that for whatever purpose is, you could use for

4  whatever purpose you believe will help you sustain your

5  burden as the plaintiff in this civil rights action but

6  that's not the purpose of today's call.

7          So I am not going to have Mr. Thompson have to

8  answer whether there's an investigation into these

9  allegations.  You say there was testimony that

10  contradicted Gelbstein's testimony.  You can point that

11  out in your papers to the Court and make your best

12  argument but that is not for Mr. Thompson today and if

13  you want to file a FOIL request with the State to find

14  out if there has been an investigation, you're an

15  attorney, sir, you're free to do that.

16          MR. CAPOGROSSO:  I understand that.

17          THE COURT:  Okay?

18          MR. CAPOGROSSO:  One more -- I don't want to

19  waste the Court's time, I'll take one more minute.

20          THE COURT:  Yes, sir.

21          MR. CAPOGROSSO:  With respect to your

22  questioning of defendant Smart, now I would ask that a

23  more precise question because part of the question was

24  who told defendant Smart -- who told you to approach me,

25  approach, the word was approach.

Transcriptions Plus II, Inc.

**JSA-173**

Case 1:18-cv-02710-EK-LB Document 163, Filed 06/23/25 Page 9 of 14 PageID #: 1939

17

Proceedings

1        THE COURT:  He said no one did.

2        MR. CAPOGROSSO:  Now defendant Smart --

3        THE COURT:  He said no one did.  And he clearly

4 talked about that you walked in, were staring at him, he

5 was staring at you, because you were staring at him and

6 that's why he approached you.  That's what his sworn

7 testimony was.

8        MR. CAPOGROSSO:  He didn't say that he

9 approached me.

10       THE COURT:  Yes, he did.

11       MR. CAPOGROSSO:  That's the question I want

12 more precise answer.  He never said he approached me.

13       THE COURT:  He said he approached you.  He said

14 he approached you --

15       MR. CAPOGROSSO:  All right.  I'll look at the

16 deposition.

17       THE COURT:  -- for staring at him.

18       MR. CAPOGROSSO:  I'll look at the transcript.

19       THE COURT:  Okay.

20       MR. CAPOGROSSO:  All right.  Fine.  Thank you,

21 Judge.

22       THE COURT:  Okay. Anything else, Mr. Thompson

23 before we adjourn today?

24       MR. THOMPSON:  Yes, your Honor, one quick

25 matter and it may be for Judge Komitee.  I noticed in Mr.

Transcriptions Plus II, Inc.

**JSA-174**

18

Proceedings

1  Smart's submission that he's contemplating filing his own

2  motion for summary judgment which would presumably go on

3  a different and alter timetable than ours.

4          THE COURT:  Hopefully not, hopefully not.

5  Hopefully, whoever is filing for him will be able to file

6  something short and sweet within the time frame set by

7  the Court and if not, they'll make the application to

8  Judge Komitee.

9          MR. THOMPSON:  Okay.  Our request was just that

10  we, you know -- our time table be harmonized with that

11  one but we can see what happens then.

12          THE COURT:  Stay with your time table unless

13  you need an extension of time and then you should

14  approach Mr. Capogrosso before approaching Judge Komitee.

15          MR. THOMPSON:  Thank you, your Honor.

16          THE COURT:  Anything further, Mr. Smart, before

17  we adjourn here today?

18          MR. SMART:  No, what I -- what I would like to

19  say to Mr. Capogrosso is that I have known him -- your

20  Honor, I have known Mario, I used to work for Alexanders

21  and that was how the whole thing started and I was

22  talking him and I say oh, he used to work for Alexanders

23  also.  At what part --

24          MR. CAPOGROSSO:  No, this is off the record.

25          MR. SMART:  No, no, no, no this is very --

Transcriptions Plus II, Inc.

**JSA-175**

19

Proceedings

 1    THE COURT:  No, we're still on the record.

 2    MR. SMART:  This is very -- this is very

 3 important.  This is very important because that is where

 4 you and me became we're talking about this and then we're

 5 talking about Alexanders and all those kind of stuff and

 6 then -- then he also told me that he's so lonely where he

 7 lives and he would like to find a place, a club or some

 8 sort.  So I told him about Log Cabin, that was a club on

 9 23rd Street and Avenue Z and -- Town Coffee (ph.) on 20 -

10 - on 18th Street and Avenue Z.  And we went on -- that

11 went on, he carry on and you impressed me for introduce

12 you to those clubs.  So you know, I am just shocked that

13 this nonsense will come to this kind of a area which I

14 wasn't expecting and that's all I have to say because I'm

15 very shocked.

16    MR. CAPOGROSSO:  Well, this is nonsense.  I'm

17 out of work.  My career has been ruined, David, ruined.

18 I don't have to explain --

19    THE COURT:  Again --

20    MR. CAPOGROSSO:  -- (indiscernible) the things

21 that you created, (indiscernible) stopped.

22    THE COURT:  Mr. Capogrosso --

23    MR. CAPOGROSSO:  There was all kinds of

24 nonsense.

25    THE COURT:  Mr. Capogrosso, again --

Transcriptions Plus II, Inc.

**JSA-176**

                    Proceedings

1           MR. CAPOGROSSO:  Yes, Judge.

2           THE COURT:  -- you're litigating the case --

3           MR. CAPOGROSSO:  I understand.

4           THE COURT:  -- Mr. Smart just stated on the

5    record that he's shocked.  It has nothing to do with the

6    merits of the case.  He's shocked.

7           MR. CAPOGROSSO:  Fine, Judge.

8           THE COURT:  He's entitled to his feelings.

9           Is there anything else that anybody needs to

10   address today, otherwise I am adjourning the conference.

11   All discovery is closed.

12          MR. CAPOGROSSO:  Okay, David.

13          THE COURT:  The defendants have gotten

14   permission from Judge Komitee to move for summary

15   judgment and the schedule has been set by Judge Komitee

16   and any alteration of that schedule should only be made

17   on application to Judge Komitee after the parties have

18   spoken about it if they need any extension of time.  That

19   works on both sides, Mr. Capogrosso.  If you need more

20   time, you need to contact Mr. Thompson.  If Mr. Thompson

21   needs more time, he needs to contact you and the Court

22   could always grant it even if one side or the other says

23   no.

24          So again, I am saying that the summary judgment

25   schedule remains in effect.  I have said to look at the

21

Proceedings

1 Local Rules, Mr. Thompson, to make sure that you're

2 complying with them, that goes for you as well, Mr.

3 Capogrosso.  They'll get you the transcript of the

4 deposition.  You'll get them the transcripts.  I will get

5 the record made from today's conference and make that

6 transcript available to you, Mr. Capogrosso and with

7 that, we are adjourned.

8          MR. CAPOGROSSO:  Thank you.

9          THE COURT:  Thank you everybody very much.

10         MR. SMART:  Thank you, your Honor.

11               (Matter Concluded)

12                    -o0o-

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcriptions Plus II, Inc.

**JSA-178**

22

C  E  R  T  I  F  I  C  A  T  E

        I, LINDA FERRARA, hereby certify that the
foregoing transcript of the said proceedings is a true
and accurate transcript from the electronic sound-
recording of the proceedings reduced to typewriting in
the above-entitled matter.


        I FURTHER CERTIFY that I am not a relative or
employee or attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
or financially interested directly or indirectly in this
action.


        IN WITNESS WHEREOF, I hereunto set my hand this
**17th** day of **March** 2021.


                            *Linda Ferrara*
                            Linda Ferrara


                            AAERT CET 656
                            Transcriptions Plus II, Inc.


Transcriptions Plus II, Inc.

**JSA-179**