UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): No. 22-2827 _____     _____ Caption [use short title] _____

Motion for: Leave To File Oversized Brief _____

_____

_____

Set forth below precise, complete statement of relief sought:

Leave to file an oversized brief is sought due to the _____

Appellant having to respond to two response briefs _____

in a single reply brief as opposed to filing two separate _____

reply briefs. _____

_____

_____

Mario H. Capogrosso, Appellant

v.

Alan Gelbstein, in his individual capacity,
Ida Traschen, in her individual capacity,
Danielle Calvo, in her individual capacity,
Sadiq Tahir, PEC Group of New York, Inc.,
David Smart, and Mark Schroeder,
in his official capacity as Commissioner of
The New York State Department of Motor
Vehicles, Appellees

Alan Gelbstein, in his individual capacity, Ida Traschen,
in her individual capacity, Danielle Calvo, in her individual capacity,
Sadiq Tahir, PEC Group of New York, Inc., David Smart, and
Mark Schroeder, in his official capacity as Commissioner of
The New York State Department of Motor Vehicles, Appellees

MOVING PARTY: Mario H. Capogrosso, _____     OPPOSING PARTY: _____

☐ Plaintiff        ☐ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Mario H. Capogrosso, _____     OPPOSING ATTORNEY: Cleland B. Welton II / Anna Lee Whisenan

[name of attorney, with firm, address, phone number and e-mail]

21 Sheldrake Place                              51 Madison Avenue, 22nd Floor / 450 Lexington Avenue

New Rochelle, NY 10804                          New York, NY 10010 / New York, NY 10017.

(914) 806 3692              212.416.6197 leland.welton@ag.ny.gov / 1 212 450 3067 anna.whisenant@davispolk.com

Court- Judge/ Agency appealed from: U.S. District Court For The Eastern District Of New York - Honorable Eric R. Komitee

Please check appropriate boxes:                 FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                INJUNCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):     Has this request for relief been made below?   ☐ Yes ☐ No
☑ Yes   ☐ No (explain):_____             Has this relief been previously sought in this court?  ☐ Yes ☐ No
_____                                Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:                                  _____
☑ Unopposed  ☐ Opposed  ☐ Don't Know                   _____
Does opposing counsel intend to file a response:                        _____
☐ Yes  ☐ No  ☑ Don't Know                              _____

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date:_____

Signature of Moving Attorney:

/s/ Mario H. Capogrosso, _____ Date: 06/30/2023 _____   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---

# No. 22-2827

---

Mario H. Capogrosso,
Appellant

v.

Alan Gelbstein, in his individual capacity, Ida Traschen, in her individual capacity, Danielle Calvo, in her individual capacity, Sadiq Tahir, PEC Group of New York, Inc., David Smart, and Mark Schroeder, in his official capacity as Commissioner of The New York State Department of Motor Vehicles,
Appellees

---

*Appeal from the United States District Court for the*
*Eastern District of New York, Docket No. 2:18-cv-02710-MKB-LB*
*From The Order Dated September 29, 2022*

---

## MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

---

AND NOW, comes the Appellant, Mario H. Capogrosso, to file the instant motion and in support thereof states as follows:

1. The Appellant seeks to file an oversized brief due to the circumstances described herein.

2. The Appellant filed his brief on appeal to which the State Respondents filed a responsive brief and Defendant David Smart filed a responsive brief separately.

3. The Appellant initially intended to file separate reply briefs for each of these two briefs since the legal arguments in each brief differ from one another.

4. It was right at the point of submission that the Appellant was informed by the case manager that the reply brief had to address both responses in one brief.

5. Because the Appellant is essentially responding to two briefs within a single reply brief, the reply brief has naturally exceeded the 7,000 word limitation; however, the exceeded amount is not substantial as the brief is only 8,161 words all together which is not overly excessive given the circumstances of the Appellant having to reply to two responsive briefs within a single reply brief.

6. Therefore, based on the foregoing, the Appellant argues that the circumstances in this matter justify the granting of leave for the reply brief submitted by the Appellant to exceed the 7,000 words originally allotted to briefs in general.

7. Furthermore, the reason this motion was not filed at least 14 days prior to the due date for the brief is that the Appellant had initially prepared and intended to

file two separate briefs addressing each of the two separate responsive briefs respectively; after which they were informed that they were only permitted to file a single responsive brief and had to merge the responses together.

8. Appellant has sought the concurrence of opposing Counsel and pro se Appellees with regards to obtaining permission to file an oversized brief; Counsel for State Defendants Cleland Welton responded indicating he does not oppose the substance of the proposed motion and Counsel for Appellee David Smart, Anna Lee Whisenant, responded indicating she does not object as well which accounts for the two responding parties. All other counsel and pro se Appellees listed in this matter have not responded.

WHEREFORE, based on the foregoing, it is hereby requested that this Court GRANT the instant motion for leave to file an oversized brief.

DATED: June 30, 2023

For the Appellant/Plaintiff,

Mario H. Capogrosso
Appellant, Pro Se
21 Sheldrake Place,
New Rochelle, NY 10804
Tel: 914-806-3692
Email: nry4@aol.com