**Davis Polk**

Andrei Gribakov Jaffe
+1 650 752 2026
andrei.jaffe@davispolk.com

Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
davispolk.com

July 17, 2023

Re: *Capogrosso v. Gelbstein*, No. 22-2827

Catherine O'Hagan Wolfe
Clerk of Court
U.S Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Dear Ms. Wolfe:

      I represent defendant Mr. Smart in the above-captioned appeal. I write to advise the Court that I will unavailable for oral argument from October 10 through October 20, 2023. I respectfully request that this case not be calendared for oral argument during that period.

Respectfully submitted,

*/s/ Andrei Gribakov Jaffe*

Andrei Gribakov Jaffe


cc (via CM/ECF): All counsel of record

#97078319v1