# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand twenty-three.

Before:      Richard J. Sullivan,
                 *Circuit Judge,*

_____

Mario H. Capogrosso,

    Plaintiff-Counter-Defendant-Appellant,

**ORDER**

Docket No. 22-2827

v.

Alan Gelbstein, in his official and individual capacity,
Ida Traschen, in her official and individual capacity,
Danielle Calvo, in her official and individual capacity,
PEC Group of NY, Inc., Mark J.F. Schroeder,
Commissioner of the New York State Department of Motor Vehicles,

    Defendants - Appellees,

David Smart, Sadiq Tahir,

    Defendants-Counter-Claimants-Appellees.

_____

    Appellant moves for leave to file an oversized reply brief of 8,161 words.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                             For the Court:
                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court

